E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

**CV 08 2753 CW**

| | |
|---|---|
| JAMES M. CADY, et al. (See attachment for all Plaintiffs) ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| ANTHEM BLUE CROSS LIFE AND HEALTH ) | |
| INSURANCE COMPANY, et al. ) | |
| (See attachment for all Defendants) ) | |
| Defendant | |

**Summons in a Civil Action**

To: THE ABOVE-NAMED DEFENDANT(S):
    *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David E. Wood, Esq.
Wood & Bender LLP
864 East Santa Clara Street
San Buenaventura, California 93001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 2 2008

Richard W. Wieking
Name of clerk of court

Helen L. Almacen
Deputy clerk's signature

FILE BY FAX

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

JAMES M. CADY, *et al.* v. ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, *et al.*

ATTACHMENT TO SUMMONS

JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,

Plaintiffs,

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; PREMERA BLUE CROSS, an Alaska Corporation; BLUE CROSS AND BLUE SHIELD OF ALABAMA, an Alabama Corporation; ARKANSAS BLUE CROSS AND BLUE SHIELD, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona Corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation; ANTHEM BLUE CROSS AND BLUE SHIELD, an Indiana Corporation; CAREFIRST, INC., a Maryland Corporation; BLUE CROSS BLUE SHIELD OF DELAWARE, a Delaware Corporation; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida Corporation; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a Georgia Corporation; HAWAII MEDICAL SERVICE ASSOCIATION, a Hawaii Corporation; WELLMARK, INC., an Iowa Corporation; BLUE CROSS OF IDAHO, INC., an Idaho Corporation; REGENCE BLUESHIELD OF IDAHO, INC., an Idaho Corporation; THE REGENCE GROUP, an Oregon Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas Corporation; BLUE CROSS AND BLUE SHIELD OF LOUISIANA, a Louisiana Corporation; BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., a Massachusetts Corporation; BCBSM FOUNDATION, a Michigan Corporation; BCBSM FOUNDATION, INC., a Minnesota Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, a Missouri Corporation; BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, a Mississippi Corporation; BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., a Montana Corporation; BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, a North Carolina Corporation; BLUE CROSS BLUE SHIELD OF NORTH DAKOTA, a North Dakota Corporation; BLUE CROSS AND BLUE SHIELD OF NEBRASKA, a Nebraska Corporation; BLUECROSS BLUESHIELD OF WESTERN NEW YORK, a New York Corporation; BLUE SHIELD OF NORTHEASTERN NEW YORK, a New York Corporation; EMPIRE BLUECROSS BLUESHIELD, a New York Corporation; EXCELLUS BLUECROSS BLUESHIELD, a New York Corporation; BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, a Pennsylvania Corporation; CAPITAL BLUE CROSS, a Pennsylvania Corporation; HIGHMARK BLUE CROSS BLUE SHIELD, a Pennsylvania Corporation; HIGHMARK BLUE SHIELD, a Pennsylvania Corporation; INDEPENDENCE BLUE CROSS, a Pennsylvania Corporation; BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, a Rhode Island Corporation; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, a South Carolina Corporation; BLUECROSS BLUESHIELD OF TENNESSEE, INC., a Tennessee Corporation; BLUE CROSS AND BLUE SHIELD OF TEXAS, a Texas Corporation; BLUE CROSS AND BLUE SHIELD OF VERMONT, a Vermont Corporation;

-1-

ATTACHMENT TO SUMMONS

1 | MOUNTAIN STATE BLUE CROSS BLUE SHIELD, INC., a West Virginia Corporation;
2 | BLUE CROSS & BLUE SHIELD OF WYOMING, a Wyoming Corporation,
3 |                                                             Defendants.

-2-
**ATTACHMENT TO SUMMONS**