```
FILED
JUL - 1 2008
RICHARD W. WIEKING
```

```
RECEIVED
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
JUL - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

1  PATRICK O'CONNOR, PA # 13086, *Seeking Pro Hac Vice Admission*
2  COZEN O'CONNOR
3  1900 Market Street
   Philadelphia, PA  19103
4  Telephone: 215.665.2000
   Facsimile: 215.665.2013
5  poconnor@cozen.com

6  Attorneys for Specially-Appearing Defendant
7  BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an individual, on Behalf of Himself and All Others Similarly Situated, | Case No.: CV-08-2753 CW |
| Plaintiff, | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| vs. | Magistrate:<br>Judge: Honorable Claudia Wilken |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; PREMIER A BLUE CROSS, an Alaska Corporation; BLUE CROSS AND BLUE SHIELD OF ALABAMA, an Alabama Corporation; ARKANSAS BLUE CROSS AND BLUE SHIELD, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona Corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation; ANTHEM BLUE CROSS AND BLUE SHIELD, an Indiana Corporation; CAREFIRST, INC., a Maryland Corporation; BLUE CROSS BLUE SHIELD OF DELAWARE, a Delaware Corporation; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida Corporation; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a Georgia Corporation; HAWAII MEDICAL SERVICE ASSOCIATION, a Hawaii Corporation; WELLMARK, INC., an Iowa Corporation; BLUE CROSS OF IDAHO, INC., an Idaho Corporation; REGENCE BLUESHIELD OF IDAHO, INC., an Idaho Corporation; THE REGENCE GROUP, an Oregon Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas Corporation; BLUE CROSS AND BLUE SHIELD OF LOUISIANA, a Louisiana Corporation; BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., a Massachusetts | |

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, Case No.: CV-08-2753 CW

1

| | |
|---|---|
| 1 | Corporation; BCBSM FOUNDATION, a Michigan ) |
| | Corporation; BCBSM FOUNDATION, INC., a ) |
| 2 | Minnesota Corporation; BLUE CROSS AND BLUE ) |
| | SHIELD OF KANSAS CITY, a Missouri ) |
| 3 | Corporation; BLUE CROSS & BLUE SHIELD OF ) |
| | MISSISSIPPI, a Mississippi Corporation; BLUE ) |
| 4 | CROSS AND BLUE SHIELD OF MONTANA, ) |
| | INC., a Montana Corporation; BLUE CROSS AND ) |
| 5 | BLUE SHIELD OF NORTH CAROLINA, a North ) |
| | Carolina Corporation; BLUE CROSS BLUE ) |
| 6 | SHIELD OF NORTH DAKOTA, a North Dakota ) |
| | Corporation; BLUE CROSS AND BLUE SHIELD ) |
| 7 | OF NEBRASKA, a Nebraska Corporation; ) |
| | BLUECROSS BLUESHIELD OF WESTERN NEW ) |
| 8 | YORK, a New York Corporation; BLUE SHIELD ) |
| | OF NORTHEASTERN NEW YORK, a New York ) |
| 9 | Corporation; EMPIRE BLUECROSS ) |
| | BLUESHIELD, a New York Corporation; ) |
| 10 | EXCELLUS BLUECROSS BLUESHIELD, a New ) |
| | York Corporation; BLUE CROSS OF ) |
| 11 | NORTHEASTERN PENNSYLVANIA, a ) |
| | Pennsylvania Corporation; CAPITAL BLUE ) |
| 12 | CROSS, a Pennsylvania Corporation; HIGHMARK ) |
| | BLUE CROSS BLUE SHIELD, a Pennsylvania ) |
| 13 | Corporation; HIGHMARK BLUE SHIELD, a ) |
| | Pennsylvania Corporation; INDEPENDENCE ) |
| 14 | BLUE CROSS, a Pennsylvania Corporation; BLUE ) |
| | CROSS & BLUE SHIELD OF RHODE ISLAND, a ) |
| 15 | Rhode Island Corporation; BLUE CROSS AND ) |
| | BLUE SHIELD OF SOUTH CAROLINA, a South ) |
| 16 | Carolina Corporation; BLUECROSS BLUESHIELD ) |
| | OF TENNESSEE, INC., a Tennessee Corporation; ) |
| 17 | BLUE CROSS AND BLUE SHIELD OF TEXAS, a ) |
| | Texas Corporation; BLUE CROSS AND BLUE ) |
| 18 | SHIELD OF VERMONT, a Vermont Corporation; ) |
| | MOUNTAIN STATE BLUE CROSS BLUE ) |
| 19 | SHIELD, INC., a West Virginia Corporation; BLUE ) |
| | CROSS & BLUE SHIELD OF WYOMING; a ) |
| 20 | Wyoming Corporation, ) |
| | ) |
| 21 |          Defendants. ) |
| | ) |
| 22 | |
| 23 |          Pursuant to Civil L.R. 11-3, Patrick O'Connor, an active member in good standing of the |
| 24 | bars of the Pennsylvania Supreme Court, Superior Court of Pennsylvania, U.S. Court of Appeals for |
| 25 | the Sixth Circuit, U.S. Court of Appeals for the Third Circuit, U.S. District Court – Eastern District |
| 26 | of Pennsylvania, U.S. District Court – Middle District of Pennsylvania, U.S. District Court – |
| 27 | Western District of Pennsylvania and U.S. Supreme Court, hereby applies for admission to practice |
| 28 | |

in the Northern District of California on a *pro hac vice* basis representing Blue Cross of Northeastern Pennsylvania in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Pennsylvania, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Steven L. Rodriguez (SBN 199313), Cozen O'Connor, 425 California Street, Suite 2400, San Francisco, California, 94104, (415) 617-6100.

DATED: June  , 2008

COZEN O'CONNOR

By: /s/ Patrick O'Connor
PATRICK O'CONNOR, ESQ.
ATTORNEYS FOR SPECIALLY-APPEARING DEFENDANT
(*SEEKING PRO HAC VICE ADMISSION*)
BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

DATED: June  , 2008

COZEN O'CONNOR

By: /s/
STEVEN L. RODRIGUEZ, ESQ.
ATTORNEYS FOR SPECIALLY-APPEARING DEFENDANT
BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

SAN_FRANCISCO\47671\1 099994.000

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, Case No.: CV-08-2753 CW

3