1   ANDREA E. HAMMEL, PA # 203195, *Seeking Pro Hac Vice Admission*
2   COZEN O'CONNOR
    200 Four Falls Corporate Center, 400
3   West Conshohocken, PA   19428
    Telephone: 610.941.5400
4   Facsimile: 215.701.2147
    ahammel@cozen.com
5
    Attorneys for Specially-Appearing Defendant
6   BLUE CROSS OF NORTHEASTERN PENNSYLVANIA
7
8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

**FILED**

JUL – 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| 11  JAMES M. CADY, an individual, on Behalf of Himself and All Others Similarly Situated, | ) Case No.: CV-08-2753 CW |
| 12                 Plaintiff, | ) APPLICATION FOR ADMISSION OF ) ATTORNEY PRO HAC VICE |
| 13            vs. | ) Magistrate: ) Judge:  Honorable Claudia Wilken |
| 14  ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California | ) |
| 15  Corporation; PREMIER A BLUE CROSS, an Alaska Corporation; BLUE CROSS AND BLUE | ) |
| 16  SHIELD OF ALABAMA, an Alabama Corporation; ARKANSAS BLUE CROSS AND BLUE SHIELD, | ) |
| 17  an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona | ) |
| 18  Corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a | ) |
| 19  California Corporation; ANTHEM BLUE CROSS AND BLUE SHIELD, an Indiana Corporation; | ) |
| 20  CAREFIRST, INC., a Maryland Corporation; BLUE CROSS BLUE SHIELD OF DELAWARE, a | ) |
| 21  Delaware Corporation; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida | ) |
| 22  Corporation; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a Georgia Corporation; | ) |
| 23  HAWAII MEDICAL SERVICE ASSOCIATION, a Hawaii Corporation; WELLMARK, INC., an Iowa | ) |
| 24  Corporation; BLUE CROSS OF IDAHO, INC., an Idaho Corporation; REGENCE BLUESHIELD OF | ) |
| 25  IDAHO, INC., an Idaho Corporation; THE REGENCE GROUP, an Oregon Corporation; BLUE | ) |
| 26  CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas Corporation; BLUE CROSS AND BLUE | ) |
| 27  SHIELD OF LOUISIANA, a Louisiana Corporation; BLUE CROSS AND BLUE SHIELD | ) |
| 28  OF MASSACHUSETTS, INC., a Massachusetts | ) |

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, Case No.: CV-08-2753 CW

1

1  Corporation; BCBSM FOUNDATION, a Michigan )
   Corporation; BCBSM FOUNDATION, INC., a      )
2  Minnesota Corporation; BLUE CROSS AND BLUE )
   SHIELD OF KANSAS CITY, a Missouri           )
3  Corporation; BLUE CROSS & BLUE SHIELD OF    )
   MISSISSIPPI, a Mississippi Corporation; BLUE )
4  CROSS AND BLUE SHIELD OF MONTANA,           )
   INC., a Montana Corporation; BLUE CROSS AND )
5  BLUE SHIELD OF NORTH CAROLINA, a North      )
   Carolina Corporation; BLUE CROSS BLUE       )
6  SHIELD OF NORTH DAKOTA, a North Dakota      )
   Corporation; BLUE CROSS AND BLUE SHIELD     )
7  OF NEBRASKA, a Nebraska Corporation;        )
   BLUECROSS BLUESHIELD OF WESTERN NEW)
8  YORK, a New York Corporation; BLUE SHIELD   )
   OF NORTHEASTERN NEW YORK, a New York        )
9  Corporation; EMPIRE BLUECROSS              )
   BLUESHIELD, a New York Corporation;         )
10 EXCELLUS BLUECROSS BLUESHIELD, a New       )
   York Corporation; BLUE CROSS OF             )
11 NORTHEASTERN PENNSYLVANIA, a               )
   Pennsylvania Corporation; CAPITAL BLUE      )
12 CROSS, a Pennsylvania Corporation; HIGHMARK )
   BLUE CROSS BLUE SHIELD, a Pennsylvania      )
13 Corporation; HIGHMARK BLUE SHIELD, a        )
   Pennsylvania Corporation; INDEPENDENCE      )
14 BLUE CROSS, a Pennsylvania Corporation; BLUE )
   CROSS & BLUE SHIELD OF RHODE ISLAND, a )
15 Rhode Island Corporation; BLUE CROSS AND    )
   BLUE SHIELD OF SOUTH CAROLINA, a South      )
16 Carolina Corporation; BLUECROSS BLUESHIELD)
   OF TENNESSEE, INC., a Tennessee Corporation; )
17 BLUE CROSS AND BLUE SHIELD OF TEXAS, a )
   Texas Corporation; BLUE CROSS AND BLUE      )
18 SHIELD OF VERMONT, a Vermont Corporation; )
   MOUNTAIN STATE BLUE CROSS BLUE             )
19 SHIELD, INC., a West Virginia Corporation; BLUE )
   CROSS & BLUE SHIELD OF WYOMING; a          )
20 Wyoming Corporation,                        )
                                               )
21            Defendants.                      )
                                               )
22

23     Pursuant to Civil L.R. 11-3, Andrea E. Hammel, an active member in good standing of the

24 bars of the Supreme Court of New Jersey, Pennsylvania Supreme Court, U.S. District Court and

25 Eastern District of Pennsylvania, hereby applies for admission to practice in the Northern District of

26 California on a *pro hac vice* basis representing Blue Cross of Northeastern Pennsylvania in the

27 above-entitled action.

28     In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Pennsylvania, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Steven L. Rodriguez (SBN 199313), Cozen O'Connor, 425 California Street, Suite 2400, San Francisco, California, 94104, (415) 617-6100.

DATED: June  , 2008

COZEN O'CONNOR

By: _Andrea E. Hammel_

ANDREA E. HAMMEL, ESQ.
ATTORNEYS FOR SPECIALLY-APPEARING
DEFENDANT
(*SEEKING PRO HAC VICE ADMISSION*)
BLUE CROSS OF NORTHEASTERN
PENNSYLVANIA

DATED: June  , 2008

COZEN O'CONNOR

By: _Steven L. Rodriguez_

STEVEN L. RODRIGUEZ, ESQ.
ATTORNEYS FOR SPECIALLY–APPEARING
DEFENDANT
BLUE CROSS OF NORTHEASTERN
PENNSYLVANIA

SAN_FRANCISCO\47669\1 099994.000

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, Case No.: CV-08-2753 CW