1  RAYMOND A. KRESGE, PA # 42359, *Seeking Pro Hac Vice Admission*
2  COZEN O'CONNOR
   1900 Market Street
3  Philadelphia, PA   19103
   Telephone: 215.665.2000
4  Facsimile: 215.665.2434
   rkresge@cozen.com
5
   Attorneys for Specially-Appearing Defendant
6  BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

**FILED**

JUL - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an individual, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; PREMIER A BLUE CROSS, an Alaska Corporation; BLUE CROSS AND BLUE SHIELD OF ALABAMA, an Alabama Corporation; ARKANSAS BLUE CROSS AND BLUE SHIELD, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona Corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation; ANTHEM BLUE CROSS AND BLUE SHIELD, an Indiana Corporation; CAREFIRST, INC., a Maryland Corporation; BLUE CROSS BLUE SHIELD OF DELAWARE, a Delaware Corporation; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida Corporation; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a Georgia Corporation; HAWAII MEDICAL SERVICE ASSOCIATION, a Hawaii Corporation; WELLMARK, INC., an Iowa Corporation; BLUE CROSS OF IDAHO, INC., an Idaho Corporation; REGENCE BLUESHIELD OF IDAHO, INC., an Idaho Corporation; THE REGENCE GROUP, an Oregon Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas Corporation; BLUE CROSS AND BLUE SHIELD OF LOUISIANA, a Louisiana Corporation; BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., a Massachusetts | Case No.: CV-08-2753 CW<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br><br>Magistrate:<br>Judge: Honorable Claudia Wilken |

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, Case No.: CV-08-2753 CW

1

Corporation; BCBSM FOUNDATION, a Michigan Corporation; BCBSM FOUNDATION, INC., a Minnesota Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, a Missouri Corporation; BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, a Mississippi Corporation; BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., a Montana Corporation; BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, a North Carolina Corporation; BLUE CROSS BLUE SHIELD OF NORTH DAKOTA, a North Dakota Corporation; BLUE CROSS AND BLUE SHIELD OF NEBRASKA, a Nebraska Corporation; BLUECROSS BLUESHIELD OF WESTERN NEW YORK, a New York Corporation; BLUE SHIELD OF NORTHEASTERN NEW YORK, a New York Corporation; EMPIRE BLUECROSS BLUESHIELD, a New York Corporation; EXCELLUS BLUECROSS BLUESHIELD, a New York Corporation; BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, a Pennsylvania Corporation; CAPITAL BLUE CROSS, a Pennsylvania Corporation; HIGHMARK BLUE CROSS BLUE SHIELD, a Pennsylvania Corporation; HIGHMARK BLUE SHIELD, a Pennsylvania Corporation; INDEPENDENCE BLUE CROSS, a Pennsylvania Corporation; BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, a Rhode Island Corporation; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, a South Carolina Corporation; BLUECROSS BLUESHIELD OF TENNESSEE, INC., a Tennessee Corporation; BLUE CROSS AND BLUE SHIELD OF TEXAS, a Texas Corporation; BLUE CROSS AND BLUE SHIELD OF VERMONT, a Vermont Corporation; MOUNTAIN STATE BLUE CROSS BLUE SHIELD, INC., a West Virginia Corporation; BLUE CROSS & BLUE SHIELD OF WYOMING; a Wyoming Corporation,

Defendants.

Pursuant to Civil L.R. 11-3, Raymond A. Kresge, an active member in good standing of the bars of the Supreme Court of New Jersey, Pennsylvania Supreme Court, U.S. Court of Appeals for Third, Fifth, Sixth, Seventh Circuits, U.S. District Court of Eastern District of Pennsylvania, U.S. District Court for New Jersey, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Blue Cross of Northeastern Pennsylvania in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Pennsylvania, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Steven L. Rodriguez (SBN 199313), Cozen O'Connor, 425 California Street, Suite 2400, San Francisco, California, 94104, (415) 617-6100.

DATED: June  , 2008                COZEN O'CONNOR

By: _____
RAYMOND A. KRESGE, ESQ.
ATTORNEYS FOR SPECIALLY-APPEARING DEFENDANT
(*SEEKING PRO HAC VICE ADMISSION*)
BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

DATED: June  , 2008                COZEN O'CONNOR

By: _____
STEVEN L. RODRIGUEZ, ESQ.
ATTORNEYS FOR SPECIALLY–APPEARING DEFENDANT
BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

SAN_FRANCISCO\47709\1  099994.000