RECEIVED
JUL - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUL - 2 2008
RICHARD W. WIEKING
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

1  PATRICK O'CONNOR, PA # 13086, *Seeking Pro Hac*
   *Vice*
2  COZEN O'CONNOR
3  1900 Market Street
   Philadelphia, PA   19103
4  Telephone: 215.665.2000
   Facsimile: 215.665.2013
5  poconnor@cozen.com

6  Attorneys for Specially-Appearing Defendant
7  BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES M. CADY, an individual, on Behalf of     ) Case No.: CV-08-2753 CW
   Himself and All Others Similarly Situated,     )
12                                                ) (PROPOSED) ORDER GRANTING
                Plaintiff,                        ) APPLICATION FOR ADMISSION OF
13                                                ) ATTORNEY PRO HAC VICE
        vs.                                       )
14                                                ) Magistrate:
   ANTHEM BLUE CROSS LIFE AND HEALTH             ) Judge: Honorable Claudia Wilken
15 INSURANCE COMPANY, a California                )
   Corporation; PREMIER A BLUE CROSS, an          )
16 Alaska Corporation; BLUE CROSS AND BLUE        )
   SHIELD OF ALABAMA, an Alabama Corporation;     )
17 ARKANSAS BLUE CROSS AND BLUE SHIELD,           )
   an Arkansas Corporation; BLUE CROSS AND        )
18 BLUE SHIELD OF ARIZONA, INC., an Arizona       )
   Corporation; BLUE SHIELD OF CALIFORNIA         )
19 LIFE & HEALTH INSURANCE COMPANY, a             )
   California Corporation; ANTHEM BLUE CROSS       )
20 AND BLUE SHIELD, an Indiana Corporation;       )
   CAREFIRST, INC., a Maryland Corporation; BLUE  )
21 CROSS BLUE SHIELD OF DELAWARE, a               )
   Delaware Corporation; BLUE CROSS AND BLUE      )
22 SHIELD OF FLORIDA, INC., a Florida             )
   Corporation; BLUE CROSS AND BLUE SHIELD        )
23 OF GEORGIA, INC., a Georgia Corporation;       )
   HAWAII MEDICAL SERVICE ASSOCIATION, a          )
24 Hawaii Corporation; WELLMARK, INC., an Iowa    )
   Corporation; BLUE CROSS OF IDAHO, INC., an     )
25 Idaho Corporation; REGENCE BLUESHIELD OF       )
   IDAHO, INC., an Idaho Corporation; THE         )
26 REGENCE GROUP, an Oregon Corporation; BLUE     )
   CROSS AND BLUE SHIELD OF KANSAS, INC.,         )
27 a Kansas Corporation; BLUE CROSS AND BLUE      )
   SHIELD OF LOUISIANA, a Louisiana               )
28 Corporation; BLUE CROSS AND BLUE SHIELD        )

   (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC
   VICE, Case No.: CV-08-2753 CW
                                    1

1  OF MASSACHUSETTS, INC., a Massachusetts    )
   Corporation; BCBSM FOUNDATION, a Michigan  )
2  Corporation; BCBSM FOUNDATION, INC., a     )
   Minnesota Corporation; BLUE CROSS AND BLUE )
3  SHIELD OF KANSAS CITY, a Missouri          )
   Corporation; BLUE CROSS & BLUE SHIELD OF   )
4  MISSISSIPPI, a Mississippi Corporation; BLUE )
   CROSS AND BLUE SHIELD OF MONTANA,          )
5  INC., a Montana Corporation; BLUE CROSS AND )
   BLUE SHIELD OF NORTH CAROLINA, a North     )
6  Carolina Corporation; BLUE CROSS BLUE      )
   SHIELD OF NORTH DAKOTA, a North Dakota     )
7  Corporation; BLUE CROSS AND BLUE SHIELD    )
   OF NEBRASKA, a Nebraska Corporation;       )
8  BLUECROSS BLUESHIELD OF WESTERN NEW )
   YORK, a New York Corporation; BLUE SHIELD  )
9  OF NORTHEASTERN NEW YORK, a New York       )
   Corporation; EMPIRE BLUECROSS             )
10 BLUESHIELD, a New York Corporation;        )
   EXCELLUS BLUECROSS BLUESHIELD, a New       )
11 York Corporation; BLUE CROSS OF            )
   NORTHEASTERN PENNSYLVANIA, a               )
12 Pennsylvania Corporation; CAPITAL BLUE     )
   CROSS, a Pennsylvania Corporation; HIGHMARK )
13 BLUE CROSS BLUE SHIELD, a Pennsylvania     )
   Corporation; HIGHMARK BLUE SHIELD, a       )
14 Pennsylvania Corporation; INDEPENDENCE     )
   BLUE CROSS, a Pennsylvania Corporation; BLUE )
15 CROSS & BLUE SHIELD OF RHODE ISLAND, a )
   Rhode Island Corporation; BLUE CROSS AND   )
16 BLUE SHIELD OF SOUTH CAROLINA, a South     )
   Carolina Corporation; BLUECROSS BLUESHIELD )
17 OF TENNESSEE, INC., a Tennessee Corporation; )
   BLUE CROSS AND BLUE SHIELD OF TEXAS, a )
18 Texas Corporation; BLUE CROSS AND BLUE     )
   SHIELD OF VERMONT, a Vermont Corporation;  )
19 MOUNTAIN STATE BLUE CROSS BLUE             )
   SHIELD, INC., a West Virginia Corporation; BLUE )
20 CROSS & BLUE SHIELD OF WYOMING; a          )
   Wyoming Corporation,                       )
21                                            )
                 Defendants.                  )
22 _____ )

23      Patrick O'Connor, an active member in good standing of the bars of the State of

24 Commonwealth of Pennsylvania, whose business address and telephone number is Cozen O'Connor,

25 1900 Market Street, Philadelphia, PA 19103, Telephone number 215.665.2000, having applied in the

26 above-entitled action for admission to practice in the Northern District of California on a *pro hac*

27 *vice* basis, representing Blue Cross of Northeastern Pennsylvania.

28
   (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC
   VICE, Case No.: CV-08-2753 CW
                                        2

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac

3   vice. Service of papers upon and communication with co-counsel designated in the application will

4   constitute notice to the party. All future filings in this action are subject to the requirements

5   contained in General Order No. 45, *Electronic Case Filing*.

6
    DATED: ~~June~~ , ~~2008~~    JUL - 2 2008

7                                                    _____

8                                                    United States District/~~Magistrate~~ Judge

9   SAN_FRANCISCO\47672\1 099994.000

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC
VICE, Case No.: CV-08-2753 CW