AARON KRAUSS, PA # 62419, *Seeking Pro Hac Vice Admission*
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: 215.665.2000
Facsimile: 215.665.2013
akrauss@cozen.com

Attorneys for Specially-Appearing Defendant
BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

RECEIVED
JUL - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUL - 2 2008
RICHARD W. WIEKING
[CLERK...]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; PREMIER A BLUE CROSS, an Alaska Corporation; BLUE CROSS AND BLUE SHIELD OF ALABAMA, an Alabama Corporation; ARKANSAS BLUE CROSS AND BLUE SHIELD, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona Corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation; ANTHEM BLUE CROSS AND BLUE SHIELD, an Indiana Corporation; CAREFIRST, INC., a Maryland Corporation; BLUE CROSS BLUE SHIELD OF DELAWARE, a Delaware Corporation; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida Corporation; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a Georgia Corporation; HAWAII MEDICAL SERVICE ASSOCIATION, a Hawaii Corporation; WELLMARK, INC., an Iowa Corporation; BLUE CROSS OF IDAHO, INC., an Idaho Corporation; REGENCE BLUESHIELD OF IDAHO, INC., an Idaho Corporation; THE REGENCE GROUP, an Oregon Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas Corporation; BLUE CROSS AND BLUE SHIELD OF LOUISIANA, a Louisiana Corporation; BLUE CROSS AND BLUE SHIELD | Case No.: CV-08-2753 CW<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br><br>Magistrate:<br>Judge: Honorable Claudia Wilken |

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, Case No.: CV-08-2753 CW

1

| | |
|---|---|
| 1 | OF MASSACHUSETTS, INC., a Massachusetts ) |
| | Corporation; BCBSM FOUNDATION, a Michigan ) |
| 2 | Corporation; BCBSM FOUNDATION, INC., a ) |
| | Minnesota Corporation; BLUE CROSS AND BLUE ) |
| 3 | SHIELD OF KANSAS CITY, a Missouri ) |
| | Corporation; BLUE CROSS & BLUE SHIELD OF ) |
| 4 | MISSISSIPPI, a Mississippi Corporation; BLUE ) |
| | CROSS AND BLUE SHIELD OF MONTANA, ) |
| 5 | INC., a Montana Corporation; BLUE CROSS AND ) |
| | BLUE SHIELD OF NORTH CAROLINA, a North ) |
| 6 | Carolina Corporation; BLUE CROSS BLUE ) |
| | SHIELD OF NORTH DAKOTA, a North Dakota ) |
| 7 | Corporation; BLUE CROSS AND BLUE SHIELD ) |
| | OF NEBRASKA, a Nebraska Corporation; ) |
| 8 | BLUECROSS BLUESHIELD OF WESTERN NEW ) |
| | YORK, a New York Corporation; BLUE SHIELD ) |
| 9 | OF NORTHEASTERN NEW YORK, a New York ) |
| | Corporation; EMPIRE BLUECROSS ) |
| 10 | BLUESHIELD, a New York Corporation; ) |
| | EXCELLUS BLUECROSS BLUESHIELD, a New ) |
| 11 | York Corporation; BLUE CROSS OF ) |
| | NORTHEASTERN PENNSYLVANIA, a ) |
| 12 | Pennsylvania Corporation; CAPITAL BLUE ) |
| | CROSS, a Pennsylvania Corporation; HIGHMARK ) |
| 13 | BLUE CROSS BLUE SHIELD, a Pennsylvania ) |
| | Corporation; HIGHMARK BLUE SHIELD, a ) |
| 14 | Pennsylvania Corporation; INDEPENDENCE ) |
| | BLUE CROSS, a Pennsylvania Corporation; BLUE ) |
| 15 | CROSS & BLUE SHIELD OF RHODE ISLAND, a ) |
| | Rhode Island Corporation; BLUE CROSS AND ) |
| 16 | BLUE SHIELD OF SOUTH CAROLINA, a South ) |
| | Carolina Corporation; BLUECROSS BLUESHIELD ) |
| 17 | OF TENNESSEE, INC., a Tennessee Corporation; ) |
| | BLUE CROSS AND BLUE SHIELD OF TEXAS, a ) |
| 18 | Texas Corporation; BLUE CROSS AND BLUE ) |
| | SHIELD OF VERMONT, a Vermont Corporation; ) |
| 19 | MOUNTAIN STATE BLUE CROSS BLUE ) |
| | SHIELD, INC., a West Virginia Corporation; BLUE ) |
| 20 | CROSS & BLUE SHIELD OF WYOMING; a ) |
| | Wyoming Corporation, ) |
| 21 | ) |
| | Defendants. ) |
| 22 | _____) |

23   Aaron Krauss, an active member in good standing of the bars of the States of New Jersey and

24   the Commonwealth of Pennsylvania, whose business address and telephone number is Cozen

25   O'Connor, 1900 Market Street, Philadelphia, PA 19103, Telephone number 215.665.2000, having

26   applied in the above-entitled action for admission to practice in the Northern District of California

27   on a *pro hac vice* basis, representing Blue Cross of Northeastern Pennsylvania.

28
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC
VICE, Case No.: CV-08-2753 CW

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac
3  vice. Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

JUL - 2 2008

DATED: ~~June~~  , 2008            _____
                                                United States District/~~Magistrate~~ Judge

SAN_FRANCISCO\47674\1  099994.000

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, Case No.: CV-08-2753 CW

3