**RECEIVED**

JUL - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
~~OAKLAND~~

1  ANDREA E. HAMMEL, PA # 203195, *Seeking Pro Hac*
*Vice Admission*

2  COZEN O'CONNOR

3  200 Four Falls Corporate Center, 400
West Conshohocken, PA   19428

4  Telephone: 610.941.5400
Facsimile: 215.701.2147

5  ahammel@cozen.com

6  Attorneys for Specially-Appearing Defendant

7  BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

*FILED*

JUL - 2 20~~~

RICHARD W. WIEKING
CLERK, U.S. DISTRICT ....
NORTHERN DISTRICT OF ....
OAKLAND CA........

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES M. CADY, an individual, on Behalf of      )   Case No.: CV-08-2753 CW
Himself and All Others Similarly Situated,       )

12                                                   )   ~~(PROPOSED)~~ ORDER GRANTING
                   Plaintiff,                        )   APPLICATION FOR ADMISSION OF
                                                     )   ATTORNEY PRO HAC VICE
13          vs.                                      )
                                                     )   ~~Magistrate:~~
14  ANTHEM BLUE CROSS LIFE AND HEALTH               )   Judge: Honorable Claudia Wilken
INSURANCE COMPANY, a California                  )

15  Corporation; PREMIER A BLUE CROSS, an           )
Alaska Corporation; BLUE CROSS AND BLUE          )

16  SHIELD OF ALABAMA, an Alabama Corporation; )
ARKANSAS BLUE CROSS AND BLUE SHIELD, )

17  an Arkansas Corporation; BLUE CROSS AND         )
BLUE SHIELD OF ARIZONA, INC., an Arizona         )

18  Corporation; BLUE SHIELD OF CALIFORNIA         )
LIFE & HEALTH INSURANCE COMPANY, a               )

19  California Corporation; ANTHEM BLUE CROSS       )
AND BLUE SHIELD, an Indiana Corporation;         )

20  CAREFIRST, INC., a Maryland Corporation; BLUE )
CROSS BLUE SHIELD OF DELAWARE, a                 )

21  Delaware Corporation; BLUE CROSS AND BLUE      )
SHIELD OF FLORIDA, INC., a Florida               )

22  Corporation; BLUE CROSS AND BLUE SHIELD        )
OF GEORGIA, INC., a Georgia Corporation;         )

23  HAWAII MEDICAL SERVICE ASSOCIATION, a          )
Hawaii Corporation; WELLMARK, INC., an Iowa      )

24  Corporation; BLUE CROSS OF IDAHO, INC., an      )
Idaho Corporation; REGENCE BLUESHIELD OF         )

25  IDAHO, INC., an Idaho Corporation; THE          )
REGENCE GROUP, an Oregon Corporation; BLUE )

26  CROSS AND BLUE SHIELD OF KANSAS, INC.,         )
a Kansas Corporation; BLUE CROSS AND BLUE        )

27  SHIELD OF LOUISIANA, a Louisiana                )
Corporation; BLUE CROSS AND BLUE SHIELD          )

28

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: CV-08-2753 CW

1  OF MASSACHUSETTS, INC., a Massachusetts )
   Corporation; BCBSM FOUNDATION, a Michigan )
2  Corporation; BCBSM FOUNDATION, INC., a )
   Minnesota Corporation; BLUE CROSS AND BLUE )
3  SHIELD OF KANSAS CITY, a Missouri )
   Corporation; BLUE CROSS & BLUE SHIELD OF )
4  MISSISSIPPI, a Mississippi Corporation; BLUE )
   CROSS AND BLUE SHIELD OF MONTANA, )
5  INC., a Montana Corporation; BLUE CROSS AND )
   BLUE SHIELD OF NORTH CAROLINA, a North )
6  Carolina Corporation; BLUE CROSS BLUE )
   SHIELD OF NORTH DAKOTA, a North Dakota )
7  Corporation; BLUE CROSS AND BLUE SHIELD )
   OF NEBRASKA, a Nebraska Corporation; )
8  BLUECROSS BLUESHIELD OF WESTERN NEW )
   YORK, a New York Corporation; BLUE SHIELD )
9  OF NORTHEASTERN NEW YORK, a New York )
   Corporation; EMPIRE BLUECROSS )
10 BLUESHIELD, a New York Corporation; )
   EXCELLUS BLUECROSS BLUESHIELD, a New )
11 York Corporation; BLUE CROSS OF )
   NORTHEASTERN PENNSYLVANIA, a )
12 Pennsylvania Corporation; CAPITAL BLUE )
   CROSS, a Pennsylvania Corporation; HIGHMARK )
13 BLUE CROSS BLUE SHIELD, a Pennsylvania )
   Corporation; HIGHMARK BLUE SHIELD, a )
14 Pennsylvania Corporation; INDEPENDENCE )
   BLUE CROSS, a Pennsylvania Corporation; BLUE )
15 CROSS & BLUE SHIELD OF RHODE ISLAND, a )
   Rhode Island Corporation; BLUE CROSS AND )
16 BLUE SHIELD OF SOUTH CAROLINA, a South )
   Carolina Corporation; BLUECROSS BLUESHIELD )
17 OF TENNESSEE, INC., a Tennessee Corporation; )
   BLUE CROSS AND BLUE SHIELD OF TEXAS, a )
18 Texas Corporation; BLUE CROSS AND BLUE )
   SHIELD OF VERMONT, a Vermont Corporation; )
19 MOUNTAIN STATE BLUE CROSS BLUE )
   SHIELD, INC., a West Virginia Corporation; BLUE )
20 CROSS & BLUE SHIELD OF WYOMING; a )
   Wyoming Corporation, )
21                                            )
                     Defendants.              )
22 _____)

23        Andrea E. Hammel, an active member in good standing of the bars of the States of New

24 Jersey and the Commonwealth of Pennsylvania, whose business address and telephone number is

25 Cozen O'Connor, 200 Four Falls Corporate Center, Suite 400, West Conshohocken, PA 91428,

26 telephone number 610.941.5400, having applied in the above-entitled action for admission to

27

28

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: CV-08-2753 CW
                                            2

1  practice in the Northern District of California on a *pro hac vice* basis, representing Blue Cross of

2  Northeastern Pennsylvania.

3          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

4  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac

5  vice.  Service of papers upon and communication with co-counsel designated in the application will

6  constitute notice to the party.  All future filings in this action are subject to the requirements

7  contained in General Order No. 45, *Electronic Case Filing*.

8          JUL - 2 2008
9  DATED: ~~June    , 2008~~                    _____
                                                United States District/~~Magistrate~~ Judge

10

11  SAN_FRANCISCO\47670\1  099994.000

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No.: CV-08-2753 CW