RECEIVED
JUL - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RAYMOND A. KRESGE, PA # 42359, *Seeking Pro Hac Vice Admission*
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: 215.665.2000
Facsimile: 215.665.2434
rkresge@cozen.com

Attorneys for Specially-Appearing Defendant
BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an individual, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; PREMIER A BLUE CROSS, an Alaska Corporation; BLUE CROSS AND BLUE SHIELD OF ALABAMA, an Alabama Corporation; ARKANSAS BLUE CROSS AND BLUE SHIELD, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona Corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation; ANTHEM BLUE CROSS AND BLUE SHIELD, an Indiana Corporation; CAREFIRST, INC., a Maryland Corporation; BLUE CROSS BLUE SHIELD OF DELAWARE, a Delaware Corporation; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida Corporation; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a Georgia Corporation; HAWAII MEDICAL SERVICE ASSOCIATION, a Hawaii Corporation; WELLMARK, INC., an Iowa Corporation; BLUE CROSS OF IDAHO, INC., an Idaho Corporation; REGENCE BLUESHIELD OF IDAHO, INC., an Idaho Corporation; THE REGENCE GROUP, an Oregon Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas Corporation; BLUE CROSS AND BLUE SHIELD OF LOUISIANA, a Louisiana Corporation; BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., a Massachusetts | Case No.: CV-08-2753 CW <br><br> ~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE <br><br> ~~Magistrate:~~ <br> Judge: Honorable Claudia Wilken |

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, Case No.: CV-08-2753 CW

1

Corporation; BCBSM FOUNDATION, a Michigan Corporation; BCBSM FOUNDATION, INC., a Minnesota Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, a Missouri Corporation; BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, a Mississippi Corporation; BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., a Montana Corporation; BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, a North Carolina Corporation; BLUE CROSS BLUE SHIELD OF NORTH DAKOTA, a North Dakota Corporation; BLUE CROSS AND BLUE SHIELD OF NEBRASKA, a Nebraska Corporation; BLUECROSS BLUESHIELD OF WESTERN NEW YORK, a New York Corporation; BLUE SHIELD OF NORTHEASTERN NEW YORK, a New York Corporation; EMPIRE BLUECROSS BLUESHIELD, a New York Corporation; EXCELLUS BLUECROSS BLUESHIELD, a New York Corporation; BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, a Pennsylvania Corporation; CAPITAL BLUE CROSS, a Pennsylvania Corporation; HIGHMARK BLUE CROSS BLUE SHIELD, a Pennsylvania Corporation; HIGHMARK BLUE SHIELD, a Pennsylvania Corporation; INDEPENDENCE BLUE CROSS, a Pennsylvania Corporation; BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, a Rhode Island Corporation; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, a South Carolina Corporation; BLUECROSS BLUESHIELD OF TENNESSEE, INC., a Tennessee Corporation; BLUE CROSS AND BLUE SHIELD OF TEXAS, a Texas Corporation; BLUE CROSS AND BLUE SHIELD OF VERMONT, a Vermont Corporation; MOUNTAIN STATE BLUE CROSS BLUE SHIELD, INC., a West Virginia Corporation; BLUE CROSS & BLUE SHIELD OF WYOMING; a Wyoming Corporation,

        Defendants.

---

Raymond A. Kresge, an active member in good standing of the bars of the States of New Jersey and the Commonwealth of Pennsylvania, whose business address and telephone number is Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, Telephone number 215.665.2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Blue Cross of Northeastern Pennsylvania.

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, Case No.: CV-08-2753 CW

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac
3  vice. Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

6  JUL - 2 2008
DATED: ~~June~~ , ~~2008~~

7  _____
United States District/~~Magistrate~~ Judge

8

9  SAN_FRANCISCO\47710\1  099994.000

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, Case No.: CV-08-2753 CW

3