| | |
|---|---|
| 1 | FOLEY & LARDNER LLP<br>One Maritime Plaza, Sixth Floor |
| 2 | San Francisco, CA 94111-3409<br>Telephone: 415.434.4484 |
| 3 | Facsimile: 415.434.4507 |
| 4 | Eileen. R. Ridley, SBN 151735<br>Email: eridley@foley.com |
| 5 | Michael A. Naranjo, SBN 221449<br>Email: mnaranjo@foley.com |
| 6 | Patrick T. Wong, SBN 233222<br>Email: pwong@foley.com |
| 7 | Gillian Morshedi, SBN 251896<br>Email: gmorshedi@foley.com |
| 8 | |
| 9 | |
| 10 | Attorneys for Defendants ANTHEM BLUE CROSS LIFE AND<br>HEALTH INSURANCE COMPANY, a California Corporation;; |
| 11 | ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL<br>INSURANCE COMPANY, an Arkansas Corporation; ANTHEM |
| 12 | BLUE CROSS AND BLUE SHIELD, an Indiana Corporation;<br>BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a |
| 13 | Georgia Corporation; BLUE CROSS AND BLUE SHIELD OF<br>KANSAS, INC., a Kansas Corporation; CAPITAL BLUE CROSS, |
| 14 | a Pennsylvania Corporation; and EMPIRE BLUECROSS<br>BLUESHIELD, a New York Corporation. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Case No. CV 08-2753 CW |
| 19 | Plaintiff, | Hon. Claudia Wilken |
| 20 | v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [LOCAL RULE 6-1]** |
| 21 | ANTHEM BLUE CROSS LIFE AND | |
| 22 | HEALTH INSURANCE COMPANY, a California Corporation; PREMERA BLUE | |
| 23 | CROSS, an Alaska Corporation; BLUE CROSS AND BLUE SHIELD OF | |
| 24 | ALABAMA, an Alabama Corporation; ARKANSAS BLUE CROSS AND BLUE | |
| 25 | SHIELD, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, | |
| 26 | INC., an Arizona Corporation; BLUE SHIELD OF CALIFORNIA LIFE & | |
| 27 | HEALTH INSURANCE COMPANY, a California Corporation; ANTHEM BLUE | |
| 28 | CROSS AND BLUE SHIELD, an Indiana | |

STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. CV 08-2753 CW

1  Corporation; CAREFIRST, INC., a Maryland Corporation; BLUE CROSS BLUE SHIELD
2  OF DELAWARE, a Delaware Corporation; BLUE CROSS AND BLUE SHIELD OF
3  FLORIDA, INC., a Florida Corporation; BLUE CROSS AND BLUE SHIELD OF
4  GEORGIA, INC., a Georgia Corporation; HAWAII MEDICAL SERVICE
5  ASSOCIATION, a Hawaii Corporation; WELLMARK, INC., an Iowa Corporation;
6  BLUE CROSS OF IDAHO, INC., an Idaho Corporation; REGENCE BLUESHIELD OF
7  IDAHO, INC., an Idaho Corporation; THE REGENCE GROUP, an Oregon Corporation;
8  BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas Corporation; BLUE
9  CROSS AND BLUE SHIELD OF LOUISIANA, A Louisiana Corporation;
10 BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., a Massachusetts
11 Corporation; BCBSM FOUNDATION, a Michigan Corporation; BCBSM
12 FOUNDATION, INC., a Minnesota Corporation; BLUE CROSS AND BLUE
13 SHIELD OF KANSAS CITY, a Missouri Corporation; BLUE CROSS & BLUE
14 SHIELD OF MISSISSIPPI, a Mississippi Corporation; BLUE CROSS AND BLUE
15 SHIELD OF MONTANA, INC., a Montana Corporation; BLUE CROSS AND BLUE
16 SHIELD OF NORTH CAROLINA, a North Carolina Corporation; BLUE CROSS BLUE
17 SHIELD OF NORTH DAKOTA, a North Dakota Corporation; BLUE CROSS AND
18 BLUE SHIELD OF NEBRASKA, a Nebraska Corporation; BLUECROSS BLUESHIELD
19 OF WESTERN NEW YORK, a New York Corporation; BLUE SHIELD OF
20 NORTHEASTERN NEW YORK, a New York Corporation; EMPIRE BLUECROSS
21 BLUESHIELD, a New York Corporation; EXCELLUS BLUECROSS BLUESHIELD, a
22 New York Corporation; BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, a
23 Pennsylvania Corporation; CAPITAL BLUE CROSS, a Pennsylvania Corporation;
24 HIGHMARK BLUE CROSS BLUE SHIELD, A Pennsylvania Corporation; HIGHMARK
25 BLUE SHIELD, a Pennsylvania Corporation; INDEPENDENCE BLUE CROSS, a
26 Pennsylvania Corporation; BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, a
27 Rhode Island Corporation; BLUE CROSS AND BLUE SHIELD OF SOUTH
28

2

STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. CV 08-2753 CW

| | |
|---|---|
| 1 | CAROLINA, a South Carolina Corporation; BLUECROSS BLUESHIELD OF |
| 2 | TENNESSEE, INC., a Tennessee Corporation; BLUE CROSS AND BLUE SHIELD OF |
| 3 | TEXAS, a Texas Corporation; BLUE CROSS AND BLUE SHIELD OF VERMONT, a |
| 4 | Vermont Corporation; MOUNTAIN STATE BLUE CROSS BLUE SHIELD, INC., a West |
| 5 | Virginia Corporation; BLUE CROSS & BLUE SHIELD OF WYOMING, a Wyoming |
| 6 | Corporation |
| 7 | Defendants. |

Pursuant to U.S. District Court, Northern California Local Rule 6-1, the parties, by and through their counsel of record, stipulate that each of the named defendants in this action has an extension within which to respond to the complaint such that responsive pleadings and/or motions from defendants shall be due on and including **August 15, 2008**.

All defenses to the complaint are reserved by defendants including any challenges to service and jurisdiction. Further, the last designated group of defendants below have authorized Foley & Lardner, LLP to enter into this stipulation on their behalf but may substitute new and different counsel for the further handling of the case.

IT IS SO STIPULATED.

DATED: July 28, 2008           WOOD & BENDER LLP

By: _____
David E. Wood
Attorneys for Plaintiffs JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated

| | | |
|---|---|---|
| 1 | DATED: July 25, 2008 | FOLEY & LARDNER LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _[signature]_____ |
| 5 | | Eileen R. Ridley |
| | | Defendants ANTHEM BLUE CROSS |
| 6 | | LIFE AND HEALTH INSURANCE |
| | | COMPANY, a California Corporation; |
| 7 | | ANTHEM BLUE CROSS AND BLUE |
| | | SHIELD, an Indiana Corporation; BLUE |
| 8 | | CROSS AND BLUE SHIELD OF |
| | | GEORGIA, INC., a Georgia Corporation; |
| 9 | | and EMPIRE BLUECROSS |
| | | BLUESHIELD, a New York Corporation |
| 10 | | |
| 11 | DATED: July ___, 2008 | FOLEY & LARDNER LLP |
| 12 | | |
| 13 | | |
| 14 | | By: _____ |
| | | Michael Tuteur |
| 15 | | Defendants ANTHEM BLUE CROSS |
| | | LIFE AND HEALTH INSURANCE |
| 16 | | COMPANY, a California Corporation; |
| | | ANTHEM BLUE CROSS AND BLUE |
| 17 | | SHIELD, an Indiana Corporation; BLUE |
| | | CROSS AND BLUE SHIELD OF |
| 18 | | GEORGIA, INC., a Georgia Corporation; |
| | | and EMPIRE BLUECROSS |
| 19 | | BLUESHIELD, a New York Corporation |
| 20 | | |
| 21 | DATED: July ___, 2008 | FOLEY & LARDNER LLP |
| 22 | | |
| 23 | | By: _____ |
| | | Eileen R. Ridley |
| 24 | | Defendants ARKANSAS BLUE CROSS |
| | | AND BLUE SHIELD, A MUTUAL |
| 25 | | INSURANCE COMPANY, an Arkansas |
| | | Corporation; BLUE CROSS AND BLUE |
| 26 | | SHIELD OF KANSAS, INC., a Kansas |
| | | Corporation; and CAPITAL BLUE |
| 27 | | CROSS, a Pennsylvania Corporation. |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: July ___, 2008 | FOLEY & LARDNER LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Eileen R. Ridley |
| | | Defendants ANTHEM BLUE CROSS |
| 6 | | LIFE AND HEALTH INSURANCE |
| | | COMPANY, a California Corporation; |
| 7 | | ANTHEM BLUE CROSS AND BLUE |
| | | SHIELD, an Indiana Corporation; BLUE |
| 8 | | CROSS AND BLUE SHIELD OF |
| | | GEORGIA, INC., a Georgia Corporation; |
| 9 | | and EMPIRE BLUECROSS |
| | | BLUESHIELD, a New York Corporation |
| 10 | | |
| 11 | DATED: July 25, 2008 | FOLEY & LARDNER LLP |
| 12 | | |
| 13 | | |
| 14 | | By: /s/ Michael Tuteur |
| | | Michael Tuteur |
| 15 | | Defendants ANTHEM BLUE CROSS |
| | | LIFE AND HEALTH INSURANCE |
| 16 | | COMPANY, a California Corporation; |
| | | ANTHEM BLUE CROSS AND BLUE |
| 17 | | SHIELD, an Indiana Corporation; BLUE |
| | | CROSS AND BLUE SHIELD OF |
| 18 | | GEORGIA, INC., a Georgia Corporation; |
| | | and EMPIRE BLUECROSS |
| 19 | | BLUESHIELD, a New York Corporation |
| 20 | | |
| 21 | DATED: July 25, 2008 | FOLEY & LARDNER LLP |
| 22 | | |
| 23 | | By: /s/ Eileen R. Ridley |
| 24 | | Eileen R. Ridley |
| | | Defendants ARKANSAS BLUE CROSS |
| 25 | | AND BLUE SHIELD, A MUTUAL |
| | | INSURANCE COMPANY, an Arkansas |
| 26 | | Corporation; BLUE CROSS AND BLUE |
| | | SHIELD OF KANSAS, INC., a Kansas |
| 27 | | Corporation; and CAPITAL BLUE |
| | | CROSS, a Pennsylvania Corporation. |
| 28 | | |

```
 1
 2   DATED: July 25 2008              FOLEY & LARDNER LLP
 3
 4
 5                                    By: /s/ Jacqueline M. Saue
                                          Jacqueline M. Saue
 6                                        Defendants ARKANSAS BLUE CROSS
                                          AND BLUE SHIELD, A MUTUAL
 7                                        INSURANCE COMPANY, an Arkansas
                                          Corporation; BLUE CROSS AND BLUE
 8                                        SHIELD OF KANSAS, INC., a Kansas
                                          Corporation; and CAPITAL BLUE
 9                                        CROSS, a Pennsylvania Corporation/
                                          Pro hac vice application
10                                        to be submitted
     DATED: July ___, 2008              COZEN O'CONNOR
11
12
13
                                      By: _____
14                                        Steven Rodriguez
                                          Patrick O'Connor
15                                        Defendant BLUE CROSS OF
                                          NORTHEASTERN PENNSYLVANIA, A
16                                        Pennsylvania Corporation
17
...
28
```

```
 1
 2  DATED: July ___, 2008              FOLEY & LARDNER LLP
 3
 4
 5                                     By: _____
                                          Jacqueline M. Saue
 6                                        Defendants ARKANSAS BLUE CROSS
                                          AND BLUE SHIELD, A MUTUAL
 7                                        INSURANCE COMPANY, an Arkansas
                                          Corporation; BLUE CROSS AND BLUE
 8                                        SHIELD OF KANSAS, INC., a Kansas
                                          Corporation; and CAPITAL BLUE
 9                                        CROSS, a Pennsylvania Corporation/

10
    DATED: July 22ND, 2008              COZEN O'CONNOR
11
12
13                                     By: _____/s/_____
                                          Steven Rodriguez
14                                        Patrick O'Connor
                                          Defendant BLUE CROSS OF
15                                        NORTHEASTERN PENNSYLVANIA, A
                                          Pennsylvania Corporation
16
```

| | | |
|---|---|---|
| 1 | DATED: July 22, 2008 | CROWELL & MORING, LLP |
| 2 | | |

By: /s/ Steven P. Rice

Steven P. Rice, SBN 094321
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
T: 949.798-1310
F: 949.263-8414
Email: srice@crowell.com

Kathleen Taylor Sooy
Tracy A. Roman
Crowell & Moring, LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004
T: 202.624.2500
F. 202.628-5116
Email: ksooy@crowell.com
Email: troman@crowell.com

Defendants BLUE CROSS OF IDAHO HEALTH SERVICE, INC., a Idaho Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, a Missouri Corporation; BLUE CROSS BLUE SHIELD OF NORTH DAKOTA, a North Dakota Corporation; BLUE CROSS AND BLUE SHIELD OF NEBRASKA, a Nebraska Corporation; HEALTHNOW NEW YORK, INC., a New York Corporation d/b/a BLUECROSS BLUESHIELD OF WESTERN NEW YORK, a New York Corporation; and BLUE SHIELD OF NORTHEASTERN NEW YORK, a New York Corporation

| | | |
|---|---|---|
| 1 | DATED: July _18_, 2008 | MESERVE, MUMPER & HUGHES LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _/s/ signature/_ |
| 5 | | William von Behren |
| | | Simon Manoucherian |
| 6 | | Meserve, Mumper & Hughes LLP |
| | | 300 South Grand, Ste. 2400 |
| 7 | | Los Angeles, CA 90071 |
| | | T: 213.620.0300 |
| 8 | | F: 213.625.1930 |

Defendants BLUE CROSS AND BLUE SHIELD OF ALABAMA, a Alabama Corporation; BLUE CROSS BLUE SHIELD OF DELAWARE, a Delaware Corporation; EXCELLUS BLUECROSS BLUESHIELD, a New York Corporation; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida Corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation; HAWAII MEDICAL SERVICE ASSOCIATION, a Hawaii Corporation; HIGHMARK BLUE CROSS BLUE SHIELD, a Pennsylvania Corporation; HIGHMARK BLUE SHIELD, a Pennsylvania Corporation; BLUE CROSS AND BLUE SHIELD OF LOUISIANA, a Louisiana Corporation; BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., a Massachusetts Corporation; BCBSM FOUNDATION, a Michigan Corporation; BCBSM FOUNDATION, INC., a Minnesota Corporation; BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., a Montana Corporation; BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, a North Carolina Corporation; PREMERA BLUE CROSS, an Alaska Corporation; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, a South Carolina Corporation; BLUECROSS BLUESHIELD OF TENNESSEE, INC., a Tennessee Corporation; REGENCE BLUESHIELD OF IDAHO, an Idaho Corporation; THE REGENCE GROUP, an Oregon Corporation; BLUE CROSS AND BLUE SHIELD OF VERMONT, a Vermont Corporation; BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, a Mississippi Corporation; BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, a Rhode Island Corporation; WELLMARK, INC., an Iowa Corporation; MOUNTAIN STATE BLUE CROSS AND BLUE SHIELD, INC., a West Virginia Corporation; and CAREFIRST, Inc., a Maryland Corporation;

7

STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. CV 08-2753 CW

DATED: July 25, 2008

FOLEY & LARDNER LLP
[*COUNSEL FOR STIPULATION ONLY*]

By: _____
Eileen R. Ridley
Defendants INDEPENDENCE BLUE CROSS, a Pennsylvania Corporation; BLUE CROSS AND BLUE SHIELD OF TEXAS, a DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, an Illinois Corporation; and BLUE CROSS & BLUE SHIELD OF WYOMING, a Wyoming Corporation

Pursuant to the stipulation of the parties and good cause appearing, the defendants shall have an extension within which to respond to the complaint such that responsive pleadings and/or motions shall be due from the defendants on and including **August 15, 2008**. Defendants are reserving all defenses to the complaint including, without limitation, defenses regarding service and jurisdiction.

IT IS SO ORDERED.

DATED: July ___, 2008

By: _____
Hon. Claudia Wilken
U.S. District Court Judge