1  **EDWARD J. NEVIN, State Bar No. 41226**
   **NEVIN & ABSOLOM**
2  22 Battery Street, Suite 333
   San Francisco, California 94111
3  Tel:    (415) 392-5040
   Fax:    (415) 392-3729
4  E-Mail: ed.nevin@333law.com

5  **DAVID E. WOOD, State Bar No. 121170**
6  **JEFFREY A. KIBURTZ, State Bar No. 228127**
   **WOOD & BENDER LLP**
7  864 E. Santa Clara Street
   San Buenaventura, California 93001
8  Tel:    (805) 288-1300
   Fax:    (805) 288-1301
9  E-Mail: dew@wood-bender.com
10        jak@wood-bender.com

11 Attorneys for Plaintiff **JAMES M. CADY**
   On Behalf Of Himself And All Others
12 Similarly Situated

13

14             UNITED STATES DISTRICT COURT

15        FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 JAMES M. CADY, an Individual, on Behalf of )  Case No.: 4:08-CV-02753-CW
   Himself and All Others Similarly Situated,  )  Assigned to: Hon. Claudia Wilken
18                                             )  Courtroom: 2
                     Plaintiff,                )
19                                             )  Action Filed:  June 2, 2008
           vs.                                 )
20                                             )
   ANTHEM BLUE CROSS LIFE AND                  )  **PROOF OF SERVICE OF SUMMONS**
21 HEALTH INSURANCE COMPANY, ET AL.,)  **AND COMPLAINT ON ALL NAMED**
                                               )  **DEFENDANTS**
22                   Defendants.               )
                                               )
23 _____)

24

25        TO THE CLERK OF THE HONORABLE COURT HEREIN:

26        PLEASE ACCEPT for filing the attached proofs of service, showing all named

27 defendants have been served with summons, complaint, and related materials.  Dates of service

28 are as follows:

73693v1

*(left margin, vertical text)* WOOD | BENDER LLP  864 E. Santa Clara Street | San Buenaventura | CA 93001  805·288·1300  fax: 805·288·1301  www.wood-bender.com

| Defendant | Date of Service |
|-----------|-----------------|
| Blue Cross and Blue Shield of Alabama | Personal Service on 6/20/08 |
| Premera Blue Cross | Personal Service on 6/19/08 |
| Blue Cross and Blue Shield of Arizona, Inc. | Personal Service on 6/18/08 |
| Arkansas Blue Cross and Blue Shield | Personal Service on 6/18/08 |
| Blue Shield of California Life & Health Ins. Co. | Personal Service on 6/24/08 |
| Anthem Blue Cross Life and Health Insurance Co. | Personal Service on 6/19/08 |
| Blue Cross Blue Shield of Delaware | Personal Service on 6/17/08 |
| Blue Cross and Blue Shield of Florida, Inc. | Personal Service on 6/24/08 |
| Blue Cross and Blue Shield of Georgia, Inc. | Personal Service on 6/17/08 |
| Hawaii Medical Service Association (HMSA) | Personal Service on 6/17/08 |
| Blue Cross of Idaho, Inc. | Personal Service on 6/23/08 |
| Regence Blueshield of Idaho, Inc. | Personal Service on 6/16/08 |
| Anthem Blue Cross and Blue Shield | Personal Service on 6/18/08 |
| Wellmark, Inc. | Personal Service on 6/17/08 |
| Blue Cross and Blue Shield of Kansas, Inc. | Personal Service on 6/17/08 |
| Blue Cross and Blue Shield of Louisiana | Personal Service on 6/24/08 |
| Carefirst, Inc. | Personal Service on 6/19/08 |
| Blue Cross and Blue Shield of Massachusetts, Inc. | Personal Service on 6/18/08 |
| BCBSM Foundation | Personal Service on 6/18/08 |
| BCBSM Foundation, Inc. | Personal Service on 6/20/08 |
| Blue Cross & Blue Shield of Mississippi | Personal Service on 6/20/08 |
| Blue Cross and Blue Shield of Kansas City | Personal Service on 6/16/08 |
| Blue Cross and Blue Shield of Montana, Inc. | Personal Service on 6/16/08 |
| Blue Cross and Blue Shield of Nebraska | Personal Service on 6/19/08 |
| BlueCross BlueShield of Western New York | Personal Service on 6/17/08 |

73693v1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON ALL DEFENDANTS

| Defendant | Date of Service |
|---|---|
| BlueShield of Northeastern New York | Personal Service on 6/13/08 |
| Empire BlueCross BlueShield | Personal Service on 6/17/08 |
| Excellus BlueCross BlueShield | Personal Service on 6/16/08 |
| Blue Cross and Blue Shield of North Carolina | Personal Service on 6/20/08 |
| Blue Cross Blue Shield of North Dakota | Personal Service on 6/17/08 |
| The Regence Group | Personal Service on 6/19/08 |
| Blue Cross of Northeastern Pennsylvania | Personal Service on 6/17/08 |
| Capital Blue Cross | Personal Service on 6/17/08 |
| Highmark Blue Cross Blue Shield | Personal Service on 6/17/08 |
| Highmark Blue Shield | Personal Service on 7/2/08 |
| Independence Blue Cross | Personal Service on 6/16/08 |
| Blue Cross & Blue Shield of Rhode Island | Personal Service on 6/18/08 |
| Blue Cross and Blue Shield of South Carolina | Personal Service on 6/25/08 |
| Bluecross Blueshield of Tennessee, Inc. | Personal Service on 6/26/08 |
| Blue Cross and Blue Shield of Texas | Personal Service on 6/17/08 |
| Blue Cross and Blue Shield of Vermont | Personal Service on 6/17/08 |
| Mountain State Blue Cross Blue Shield, Inc. | Personal Service on 6/18/08 |
| Blue Cross & Blue Shield of Wyoming | Personal Service on 6/18/08 |

**Dated: July 23, 2008**          **WOOD & BENDER** LLP

By_____
     **DAVID E. WOOD**
Attorneys for Plaintiff **JAMES M. CADY**
On Behalf Of Himself And All Others
Similarly Situated

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON ALL DEFENDANTS

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301 | |

| Attorney for: Plaintiff | Ref. No. or File No.: |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

**UNITED STATES COURTHOUSE, FEDERAL BUILDING**

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept./Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonia Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

| 3. | a. Party served:<br>b. Person served: | BLUE CROSS AND BLUE SHIELD OF ALABAMA<br>PAM NICHOLS AUTHORIZED TO ACCEPT |
|---|---|---|

| 4. | Address where the party was served: | 450 RIVERCHASE PARKWAY EAST<br>BIRMINGHAM, AL |
|---|---|---|

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 20, 2008 (2) at: 12:35PM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant
7. ***Person Who Served Papers:***                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)

| a. TERRY SNEED | d. ***The Fee*** for Service was:  $113.20 |
|---|---|
| **b. TRI-COUNTY ATTORNEY SERVICE**<br>2219 THOUSAND OAKS BLVD #219<br>Thousand Oaks, CA 91362<br>c. 805-497-4300, FAX 805-497-4308 | e. I am: (3) registered California process server<br>*(i)* Independent Contractor<br>*(ii) Registration No.:*  45<br>*(iii) County:*  Ventura |

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jun. 25, 2008

**PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT**               (TERRY SNEED)       *21589.wood1.23973*

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301 | |
| Attorney for: Plaintiff    Ref. No. or File No.: | |

*Insert name of Court, and Judicial District and Branch Court:*

**UNITED STATES COURTHOUSE, FEDERAL BUILDING**

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1.* At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3. a. *Party served:*  PREMERA BLUE CROSS
   b. *Person served:*  MAY JOHN AUTHORIZED TO ACCEPT

4. *Address where the party was served:*  9360 GLACIER HIGHWAY #202
   JUNEAU, AK

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 19, 2008 (2) at: 11:00AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:

7. **Person Who Served Papers:**
   a. JACK DAYTON
   b. **TRI-COUNTY ATTORNEY SERVICE**
      2219 THOUSAND OAKS BLVD #219
      Thousand Oaks, CA 91362
   c. 805-497-4300, FAX 805-497-4308

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $123.20
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*  45
      (iii) *County:*  Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Jun. 25, 2008

   *(signature)*
   (JACK DAYTON)

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA  93003<br>*Telephone No:* 805-288-1300  *FAX No:* 805-288-1301<br><br>*Attorney for:* Plaintiff | |

| *Ref. No. or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notiooce Case Management Confernces, Us District Court Northern Califorina Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

*3.  a. Party served:*
*b. Person served:*

BLUE CROSS AND BLUE SHIELD OF ARIZONA
LOU ANN RANDALL AUTHORIZED TO ACCEPT

*4.  Address where the party was served:*

2444 W. LAS PALMARITAS DR
PHOENIX, AZ

*5.  I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 18, 2008 (2) at: 4:06PM
*6.  The "Notice to the Person Served" (on the Summons) was completed as follows:*

*7. **Person Who Served Papers:***
   a. JONATHAN S CURTIS
   **b. TRI-COUNTY ATTORNEY SERVICE**
   2219 THOUSAND OAKS BLVD #219
   Thousand Oaks, CA  91362
   c. 805-497-4300, FAX 805-497-4308

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d.  *The Fee* for Service was:    $113.20
e.  I am: (3) registered California process server
   *(i)*  Independent Contractor
   *(ii) Registration No.:*    45
   *(iii) County:*    Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jun. 25, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(JONATHAN S CURTIS)

21589.wood1.23975

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300     *FAX No:* 805-288-1301<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

| | |
|---|---|
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3. *a. Party served:*                    ARKANASAS BLUE CROSS AND BLUE SHIELD
   *b. Person served:*                   AMY DALTON AUTHORIZED TO ACCEPT

4. *Address where the party was served:*     320 W. CAPITAL #900
                                             LITTLE ROCK, AK

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 18, 2008 (2) at: 2:58PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. ***Person Who Served Papers:***                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANDIE MEYERS                          d. ***The Fee*** for Service was:   $113.20
   **b. TRI-COUNTY ATTORNEY SERVICE**       e. I am: (3) registered California process server
   2219 THOUSAND OAKS BLVD #219                *(i)*   Independent Contractor
   Thousand Oaks, CA 91362                     *(ii)   Registration No.:*      45
   c. 805-497-4300, FAX 805-497-4308           *(iii)  County:*                Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jul. 07, 2008

**PROOF OF SERVICE**
**SUMMONS & COMPLAINT**
(ANDIE MEYERS)
*21589.wood1.23976*

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301 | |

Ref. No. or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES COURTHOUSE, FEDERAL BUILDING

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For LI Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

| 3.  a. *Party served:* | BLUE SHIELD OF CALIFORNGHIA LIIFE & HEALTH INS. CO |
|---|---|
| b. *Person served:* | MAY ANNE AUTHORIZED TO ACCEPT |

| 4.  *Address where the party was served:* | 50 BEALE STREET 23 RD FLOOR<br>SAN FRANCISCO, CA 94105 |
|---|---|

5.  *I served the party:*
   a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 24, 2008 (2) at: 1:31PM

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7.  ***Person Who Served Papers:***

| | | | Recoverable Cost Per CCP 1033.5(a)(4)(B) |
|---|---|---|---|
| a. GEORGE HARPER | | d. *The Fee for Service was:* | $68.00 |
| **b. TRI-COUNTY ATTORNEY SERVICE** | | e. I am: (3) registered California process server | |
| 2219 THOUSAND OAKS BLVD #219 | | (i) Owner | |
| Thousand Oaks, CA 91362 | | (ii) Registration No.: | 610 |
| c. 805-497-4300, FAX 805-497-4308 | | (iii) County: | San Francisco |

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Mon, Jul. 07, 2008

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | (GEORGE HARPER)<br>*21589.wood1.23977* |
|---|---|---|

| *Attorney or Party without Attorney:* | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300   *FAX No:* 805-288-1301 | | | | | |
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notiooce Case Management Confernces, Us District Court Northern Califorina Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3.  a. *Party served:*                      ANTHEM BLUE CROSS AND HEALTH INSRUANCE CO
    b. *Person served:*             JUAN DE PABLO AUTHORIZED TO ACCEPT

4. *Address where the party was served:*       818 WEST 7TH STREET
                                              LOS ANGELES, CA 90017

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 19, 2008 (2) at: 1:21PM
6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    a. as an individual defendant
7. *Person Who Served Papers:*                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. ROBERT E. SHIFLETT                      d. *The Fee for Service was:*   $68.00
    **b. TRI-COUNTY ATTORNEY SERVICE**        e. I am: (3) registered California process server
         2219 THOUSAND OAKS BLVD #219            *(i)* Independent Contractor
         Thousand Oaks, CA 91362                   *(ii)* *Registration No.:*     45
    c. 805-497-4300, FAX 805-497-4308           *(iii)* *County:*           Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 25, 2008

Judicial Council Form POS-010                **PROOF OF SERVICE**
Rule 982.9.(a)&(b) Rev January 1, 2007      **SUMMONS & COMPLAINT**            (ROBERT E. SHIFLETT)   21589.wood1.23978

| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | | |

*Attorney for:* Plaintiff    | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notiooce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

| *3. a. Party served:*<br> *b. Person served:* | BLUE CROSS BLUE SHEILD OF DELAWARE<br>JONATHAN NEIPRIS AUTHORIZED TO ACCEPT |
|---|---|

| *4. Address where the party was served:* | 800 DELAWARE AVE<br>WILMINGTON, DE |
|---|---|

*5. I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 11:30AM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*

*7. Person Who Served Papers:*
   a. ZAKKIYYIA  FRENCH
   **b. TRI-COUNTY ATTORNEY SERVICE**
   2219 THOUSAND OAKS BLVD #219
   Thousand Oaks, CA 91362
   c. 805-497-4300, FAX 805-497-4308

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. **The Fee** for *Service was:*    $113.20
e. I am: (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)*  *Registration No.:*    45
   *(iii)* *County:*    Ventura

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 25, 2008

(ZAKKIYYA FRENCH)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE
SUMMONS & COMPLAINT**

21589.wood1.23979

| Attorney or Party without Attorney:<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300     FAX No: 805-288-1301<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Ref. No. or File No.: |
|---|

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES COURTHOUSE, FEDERAL BUILDING**

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3. *a. Party served:*                    BLUE CROSS AND BLUE SHIELD OF FLORIDA
   *b. Person served:*                   TRISH SCOTT AUTHORIZED TO ACCEPT

4. *Address where the party was served:*     200 EAST GAINES STREET
                                             TALLAHASSEE, FL

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 24, 2008 (2) at: 1:15PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JESSICA SALGADO                    d. **The Fee** for Service was:     $113.20
   **b. TRI-COUNTY ATTORNEY SERVICE**    e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219          *(i)*  Independent Contractor
      Thousand Oaks, CA 91362               *(ii) Registration No.:*        45
   c. 805-497-4300, FAX 805-497-4308        *(iii) County:*                 Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jul. 21, 2008

PROOF OF SERVICE
SUMMONS & COMPLAINT                 (JESSICA SALGADO)        21589.wood1.23980

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:* WOOD AND BENDER 864 SANTA CLARA STREET Ventura, CA 93003 *Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*
  UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* CV08-2753 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern Distict Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3.  a. *Party served:*              BLUE CROSS AND BLUE SHIELD OF GEORGIA INC.
    b. *Person served:*           SHIKINAH EDWARDS AUTHORIZED TO ACCEPT

4.  *Address where the party was served:*         1201 PEACHTREE STREET NE
                                                   ATLANTA, GA

5.  *I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 11:00AM

6.  The "Notice to the Person Served" (on the Summons) was completed as follows:

7.  *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. CRYSTAL  BYRD                                   d.  *The Fee for Service was:*   $113.20
    **b. TRI-COUNTY ATTORNEY SERVICE**                e.  I am: (3) registered California process server
       2219 THOUSAND OAKS BLVD #219                         *(i)*   Independent Contractor
       Thousand Oaks, CA  91362                             *(ii)   Registration No.:*       45
    c. 805-497-4300, FAX 805-497-4308                       *(iii)  County:*              Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Wed, Jun. 25, 2008

PROOF OF SERVICE
                                              SUMMONS & COMPLAINT                    (CRYSTAL  BYRD)      *21589.wood1.23981*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300     FAX No: 805-288-1301 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES COURTHOUSE, FEDERAL BUILDING | | | | |
| Plaintiff: JAMES M. CADY ET AL | | | | |
| Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3. a. *Party served:*          HAWAII MEDICAL SERIVE ASSOCIATION (HMSA)
   b. *Person served:*          WENDY TAKAKA AUTHORIZED TO ACCEPT

4. *Address where the party was served:*          818 KEEAUMOKU STREET
                                      HONOLULU, HI

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 10:30AM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*

7. *Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ERIC SCROEDER          d. *The Fee for Service was:*     $128.20
   **b. TRI-COUNTY ATTORNEY SERVICE**          e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219             *(i)* Independent Contractor
      Thousand Oaks, CA  91362             *(ii) Registration No.:*     45
   c. 805-497-4300, FAX 805-497-4308             *(iii) County:*          Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 25, 2008

                                                        (ERIC SCROEDER)

PROOF OF SERVICE<br>SUMMONS & COMPLAINT          *21589.wood1.23982*

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | |

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*

UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonia Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

| 3. | a. Party served: | BLUE CROSS OF IDAHO |
|---|---|---|
| | b. Person served: | KENDRA ANDERSON AUTHORIZED TO ACCEPT |

| 4. Address where the party was served: | 3000 E. PINE AVE<br>MERIDIAN, ID |
|---|---|

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 23, 2008 (2) at: 11:00AM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

*7. Person Who Served Papers:*                                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CAT RUSSELL
   **b. TRI-COUNTY ATTORNEY SERVICE**
      2219 THOUSAND OAKS BLVD #219
      Thousand Oaks, CA  91362
   c. 805-497-4300, FAX 805-497-4308

   d. ***The Fee* for Service was:**    $113.20
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*    45
      (iii) *County:*              Ventura

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Thu, Jul. 03, 2008

                              **PROOF OF SERVICE
                              SUMMONS & COMPLAINT**                    (CAT RUSSELL)          *21589.wood1.23983*

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301 | |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*

UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notiooce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

| 3. | *a. Party served:*<br>*b. Person served:* | REGENCE BLUESHIELD OF IDAHO<br>SANDRA MARTIN AUTHORIZED TO ACCEPT |
|---|---|---|
| 4. | *Address where the party was served:* | 1302 21 ST AVE<br>LEWISTON, ID |

*5. I served the party:*

a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 16, 2008 (2) at: 1:20PM

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*

*7. **Person Who Served Papers:***

Recoverable Cost Per CCP 1033.5(a)(4)(B)

| a. GENE RENO | d. *The Fee for Service was:*    $113.20 |
|---|---|
| b. **TRI-COUNTY ATTORNEY SERVICE**<br>2219 THOUSAND OAKS BLVD #219<br>Thousand Oaks, CA 91362 | e. I am: (3) registered California process server<br>    *(i)* Independent Contractor<br>    *(ii) Registration No.:*    45 |
| c. 805-497-4300, FAX 805-497-4308 | *(iii) County:*    Ventura |

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jun. 25, 2008

PROOF OF SERVICE
SUMMONS & COMPLAINT

(GENE RENO)

*21589.wood1.23984*

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301 | |

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*

UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notiocce Case Management Confernces, Us District Court Northern Califorina Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

*3. a. Party served:*     ANTHEM BLUE CROSS AND BLUE SHIELD
   *b. Person served:*     KRISTINE GORMAN AUTHORIZED TO ACCEPT

*4. Address where the party was served:*     120 MONUMENT CIRCLE
    INDIANAPOLIS, IN

*5. I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 18, 2008 (2) at: 9:30AM
*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant
*7. Person Who Served Papers:*         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PAMELA J CONLEY     d. **The Fee** for Service was:    $113.20
   **b. TRI-COUNTY ATTORNEY SERVICE**    e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219         *(i)*   Independent Contractor
      Thousand Oaks, CA 91362            *(ii)*   Registration No.:      45
   c. 805-497-4300, FAX 805-497-4308      *(iii)*   County:           Ventura

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 25, 2008

(PAMELA J CONLEY)

Judicial Council Form POS-010             PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007     SUMMONS & COMPLAINT                   21789.wood1.23985

| Attorney or Party without Attorney:<br>WOOD AND BENDER<br>86½ SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES COURTHOUSE, FEDERAL BUILDING

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3. *a. Party served:*          WELLMARK INC
   *b. Person served:*       NANCY LEHR AUTHORIZED TO ACCEPT

4. *Address where the party was served:*    2222 GRAND AVE
   DES MOINES, IA

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 12:20PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. ***Person Who Served Papers:***          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUGLAS F. BROWER                d. *The Fee for Service was:* $113.20
   **b. TRI-COUNTY ATTORNEY SERVICE**     e. I am: (3) registered California process server
   2219 THOUSAND OAKS BLVD #219           *(i)* Independent Contractor
   Thousand Oaks, CA 91362                *(ii) Registration No.:* 45
   c. 805-497-4300, FAX 805-497-4308      *(iii) County:*    Ventura

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jun. 25, 2008

PROOF OF SERVICE
SUMMONS & COMPLAINT

(DOUGLAS F. BROWER)

*21589.wood1.23986*

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301<br><br>*Attorney for:* Plaintiff | |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notiooce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3.  *a. Party served:*                     BLUE CROSS AND BLUE SHIELD OF KANSAS INC.
    *b. Person served:*                    SCOTT RAYMOND AUTHORIZED TO ACCEPT

4.  *Address where the party was served:*   1133 SW TOPEKA BLVD.
                                            TOPEKA, KS

5.  *I served the party:*
    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 2:30PM
6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*

7.  ***Person Who Served Papers:***                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. TERRY BREESE                              d.  *The Fee* for Service was:    $113.20
    **b. TRI-COUNTY ATTORNEY SERVICE**           e.  I am: (3) registered California process server
        2219 THOUSAND OAKS BLVD #219                  *(i)*    Independent Contractor
        Thousand Oaks, CA  91362                      *(ii)   Registration No.:*        45
    c. 805-497-4300, FAX 805-497-4308                 *(iii)  County:*                  Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jun. 25, 2008

PROOF OF SERVICE<br>SUMMONS & COMPLAINT            (TERRY BREESE)            *21589.wood1.23987*

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300     FAX No: 805-288-1301 | | | Calendared by    on |
| Attorney for: Plaintiff | Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES COURTHOUSE, FEDERAL BUILDING

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3. a. Party served:                          BLUE CROSS AND BLUE SHILED OF LOUISIANA
   b. Person served:                        BECKY LABLANC AUTHORIZED TO ACCEPT

4. Address where the party was served:      5525 REITZ AVE
                                            BATON ROUGE, LA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 24, 2008 (2) at: 11:00AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTOPHER HANSEN              d. **The Fee** for Service was:    $123.20
   b. **TRI-COUNTY ATTORNEY SERVICE**     e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219            (i)   Independent Contractor
      Thousand Oaks, CA 91362                 (ii)  Registration No.:        45
   c. 805-497-4300, FAX 805-497-4308         (iii) County:                 Ventura

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:Mon, Jun. 30, 2008

| Attorney or Party without Attorney:<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300　　FAX No: 805-288-1301<br><br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES COURTHOUSE, FEDERAL BUILDING | | | | |
| Plaintiff: JAMES M. CADY ET AL | | | | |
| Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |

*1.   At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califorina Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

| | | |
|---|---|---|
| *3.   a. Party served:*<br>　　*b. Person served:* | | CAREFIRST INC.<br>DAWN BUER AUTHORIZED TO ACCEPT |
| *4.   Address where the party was served:* | | 10455 MILLRUN CIRCLE<br>OWINGS MILLS, MD |

*5.   I served the party:*
　　**a.   by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 19, 2008 (2) at: 1:41PM

*6.   The "Notice to the Person Served" (on the Summons) was completed as follows:*

*7.   Person Who Served Papers:*　　　　　　　　　　　　Recoverable Cost Per CCP 1033.5(a)(4)(B)
　　a. DON STERN　　　　　　　　　　　　　　　d.   *The Fee for Service was:*　$113.20
　　**b. TRI-COUNTY ATTORNEY SERVICE**　　　　e.   I am: (3) registered California process server
　　　　2219 THOUSAND OAKS BLVD #219　　　　　　　*(i)*　Independent Contractor
　　　　Thousand Oaks, CA 91362　　　　　　　　　　*(ii)*　Registration No.:　　　45
　　c. 805-497-4300, FAX 805-497-4308　　　　　　　　*(iii)*　County:　　　　　　Ventura

*8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 25, 2008

　　　　**PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT**　　　　(DON STERN)　　　*21589.wood1.23989*

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301 | | | |

Attorney for: **Plaintiff**

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califorina Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3. a. *Party served:*         BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS INC
   b. *Person served:*       MELISSA CAMERON AUTHORIZED TO ACCEPT

4. *Address where the party was served:*     401 PARK DRIVE 8TH FLOOR
                                              BOSTON, MA

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 18, 2008 (2) at: 12:35PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL  FIXMAN                         d. **The Fee** for Service was:    $223.20
   b. **TRI-COUNTY ATTORNEY SERVICE**        e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219                  (i)   Independent Contractor
      Thousand Oaks, CA  91362                       (ii)  Registration No.:        45
   c. 805-497-4300, FAX 805-497-4308                 (iii) County:                  Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Jun. 25, 2008

                    PROOF OF SERVICE
                  SUMMONS & COMPLAINT                    (MICHAEL  FIXMAN)    *21589.wood1.23990*

| Attorney or Party without Attorney:<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES COURTHOUSE, FEDERAL BUILDING

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notiioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

| | | |
|---|---|---|
| *3.  a. Party served:* | | BCBSM FOUNDATION |
| *b. Person served:* | | SHARON LAMPINEN AUTHORIZED TO ACCEPT |

*4.  Address where the party was served:*          600 LAYFAYETTE EAST MC 1929
DETRIOT, MI

*5.  I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 18, 2008 (2) at: 1:30PM
*6.  The "Notice to the Person Served" (on the Summons) was completed as follows:*

*7.  Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. C.J. OTT
   **b. TRI-COUNTY ATTORNEY SERVICE**
   2219 THOUSAND OAKS BLVD #219
   Thousand Oaks, CA 91362
   c. 805-497-4300, FAX 805-497-4308

   d.  **The Fee** for Service was:   $113.20
   e.  I am: (3) registered California process server
      *(i)*   Independent Contractor
      *(ii)*  *Registration No.:*   45
      *(iii) County:*          Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Wed, Jun. 25, 2008

PROOF OF SERVICE
SUMMONS & COMPLAINT

(C.J. OTT)

21589.wood1.23991

| | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | | | | |

*Attorney for:* Plaintiff    *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1.* At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For LI Judges Of The Northern Disticct Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

*3. a. Party served:*        BCBSM FOUNDATION INC,
    *b. Person served:*      TOM GILE AUTHORIZED TO ACCEPT

*4. Address where the party was served:*      3535 BLUE CROSS RD
                                       ST PAUL, MN

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 20, 2008 (2) at: 2:10PM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
    a. as an individual defendant

*7. Person Who Served Papers:*             Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. JOHN BUTLER                        d. *The Fee for Service was:*    $113.20
    **b. TRI-COUNTY ATTORNEY SERVICE**      e. I am: (3) registered California process server
         2219 THOUSAND OAKS BLVD #219            *(i)* Owner
         Thousand Oaks, CA 91362                *(ii)* Registration No.:    511
    c. 805-497-4300, FAX 805-497-4308           *(iii)* County:            Contra Costa

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 25, 2008

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS & COMPLAINT | (JOHN BUTLER)<br>*21589.wood1.23992* |
|---|---|---|

| *Attorney or Party without Attorney:* | | For Court Use Only |
|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*

UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califorina Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3.  a. *Party served:*      BLUE CROSS & BLUE SHIELD OF MISSISSIPPI
    b. *Person served:*    AMY IMPASTATO AUTHORIZED TO ACCEPT

4.  *Address where the party was served:*      3545 LAKELAND DRIVE
    FLOWOOD, MS

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 20, 2008 (2) at: 9:08AM
6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*

7.  ***Person Who Served Papers:***
    a. BRITTANY BEASLEY
    **b. TRI-COUNTY ATTORNEY SERVICE**
    2219 THOUSAND OAKS BLVD #219
    Thousand Oaks, CA 91362
    c. 805-497-4300, FAX 805-497-4308

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:*    $128.20
    e. I am: (3) registered California process server
        (i)  Independent Contractor
        (ii) *Registration No.:*    45
        (iii) *County:*    Ventura

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 25, 2008

(BRITTANY BEASLEY)

PROOF OF SERVICE
SUMMONS & COMPLAINT

21.89.wood1.23993

| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA  93003<br>*Telephone No:* 805-288-1300          *FAX No:* 805-288-1301<br><br>*Attorney for:* Plaintiff | |

| *Ref. No. or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notiooce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

*3.  a.  Party served:*              BLUE CROSS & BLUE SHIELD OF KANSAS CITY
    *b.  Person served:*             NATALIE HAMMERBACHER AUTHORIZED TO ACCEPT

*4.  Address where the party was served:*        2300 MAIN STREET ONE PERSHING SQ
                                                 KANSAS CITY, MO

*5.  I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 16, 2008 (2) at: 8:45AM
*6.  The "Notice to the Person Served" (on the Summons) was completed as follows:*

*7.  Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a.  DWIGHT ELLIOT                      *d.*  *The Fee for Service was:*    $113.20
    b.  **TRI-COUNTY ATTORNEY SERVICE**    *e.*  I am: (3) registered California process server
        2219 THOUSAND OAKS BLVD #219            *(i)*    Independent Contractor
        Thousand Oaks, CA  91362                *(ii)*   *Registration No.:*       45
    c.  805-497-4300, FAX 805-497-4308          *(iii)*  *County:*                 Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 25, 2008

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | |
| *Attorney for:* Plaintiff    *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES COURTHOUSE, FEDERAL BUILDING | |
| *Plaintiff:* JAMES M. CADY ET AL | |
| *Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

*3.  a. Party served:*   BLUE CROSS & BLUE SHIELD OF MONTANA INC.
    *b. Person served:*   MARY BELCHER AUTHORIZED TO ACCEPT

*4.  Address where the party was served:*   560 NORTH PARK AVE
    HELENA, MT

*5.  I served the party:*
    **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 16, 2008 (2) at: 3:30PM
6.  The *"Notice to the Person Served"* (on the Summons) was completed as follows:
    a. as an individual defendant
*7. **Person Who Served Papers:***              Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. PAUL E PAULSEN JR.          d.  *The Fee for Service was:*   $128.20
    **b. TRI-COUNTY ATTORNEY SERVICE**    e.  I am: (3) registered California process server
        2219 THOUSAND OAKS BLVD #219             *(i)*   Independent Contractor
        Thousand Oaks, CA 91362               *(ii)*  *Registration No.:*   45
    c. 805-497-4300, FAX 805-497-4308         *(iii) County:*        Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jun. 25, 2008

                                         (PAUL E PAULSEN JR.)

Judicial Council Form POS-010            PROOF OF SERVICE                            21589.wood1.23995
Rule 982.9.(a)&(b) Rev January 1, 2007      SUMMONS & COMPLAINT

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| ` WOOD AND BENDER<br> 864 SANTA CLARA STREET<br> Ventura, CA 93003<br>*Telephone No:* 805-288-1300      *FAX No:* 805-288-1301 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br> UNITED STATES COURTHOUSE, FEDERAL BUILDING | | | | |
| *Plaintiff:* JAMES M. CADY ET AL | | | | |
| *Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY | | | | |
| **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3.   a. *Party served:*                         BLUE CROSS & BLUE SHIELD OF NEBRASKA
     b. *Person served:*                   JACKIE SCHULTE AUTHORIZED TO ACCEPT

4. *Address where the party was served:*        7261 MERCY RD
                                             OMAHA, NE

5. *I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 19, 2008 (2) at: 11:32AM
6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant
7. ***Person Who Served Papers:***                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHARLES CASEY                        d. *The Fee for Service was:*    $113.20
   **b. TRI-COUNTY ATTORNEY SERVICE**        e.  I am: (3)  registered California process server
      2219 THOUSAND OAKS BLVD #219               *(i)*   Independent Contractor
      Thousand Oaks, CA 91362                   *(ii)*  *Registration No.:*      45
   c. 805-497-4300, FAX 805-497-4308              *(iii)*  *County:*           Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jun. 25, 2008

                    **PROOF OF SERVICE<br>SUMMONS & COMPLAINT**               (CHARLES CASEY)      21589/wood1,23996

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300     FAX No: 805-288-1301 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES COURTHOUSE, FEDERAL BUILDING | | |
| Plaintiff: JAMES M. CADY ET AL | | |
| Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3. a. *Party served:*     BLUE CROSS  BLUE SHIELD OF WESTERN NEW YORK<br>   b. *Person served:*    CATHY CAMPBELL AUTHORIZED TO ACCEPT

4. *Address where the party was served:*     257 WEST GENESEE STREET<br>BUFFALO, NY

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 1:50PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. ERIN  BURRUTO
   b. **TRI-COUNTY ATTORNEY SERVICE**
      2219 THOUSAND OAKS BLVD #219
      Thousand Oaks, CA  91362
   c. 805-497-4300, FAX 805-497-4308

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*     $113.20
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*     45
      (iii) *County:*     Ventura

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Mon, Jul. 14, 2008

PROOF OF SERVICE
SUMMONS & COMPLAINT

(ERIN  BURRUTO)     21589.wood1.23997

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300      FAX No: 805-288-1301 | | |
| Attorney for: Plaintiff      Ref. No. or File No.: | | |

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES COURTHOUSE, FEDERAL BUILDING

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint; Class Action Compaint Under Erisa, Civil Case Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notioce Case Management Confernces, Us District Court Northern Califonria Ecf Registration Information Handout, Amended Order Setting Initial Case Management Conference And Adr Deadlines, Standing Order For Ll Judges Of The Northern Distict Of California, Consenting To A Magistrate Judges Jurisdiction In The Northern District Of California, Consent To Proceed Before A United States Magistrate Judge, Location Of Court Offices

3. a. *Party served:*          BLUESHIELD OF NORTHEASTERN NEW YORK
   b. *Person served:*       LINDA JACQUES AUTHORIZED TO ACCEPT

4. *Address where the party was served:*       30 CENTURY HILL DRIVE
                                               LATHAM, NY

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Jul. 13, 2008 (2) at: 10:56AM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAMES PERONE                      d. *The Fee* for Service was:     $113.20
   b. **TRI-COUNTY ATTORNEY SERVICE**   e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219           (i)   Independent Contractor
      Thousand Oaks, CA 91362                (ii)  *Registration No.:*     45
   c. 805-497-4300, FAX 805-497-4308         (iii) *County:*              Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Jul. 14, 2008

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | (JAMES PERONE)      21589.wood1.23998 |
|---|---|---|

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | |

*Attorney for:* Plaintiff    *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

*3.  a. Party served:*    EMPIRE BLUE CROSS BLUESHIELD
    *b. Person served:*    CHARLENE SMITH AUTHORIZED TO ACCEPT

*4.  Address where the party was served:*    165 BROADWAY
    NEW YORK, NY

*5.  I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 12:50PM
*6.  The "Notice to the Person Served" (on the Summons) was completed as follows:*

*7.  **Person Who Served Papers:***
    a. DARRYL GREEN
    b. **TRI-COUNTY ATTORNEY SERVICE**
      2219 THOUSAND OAKS BLVD #219
      Thousand Oaks, CA 91362
    c. 805-497-4300, FAX 805-497-4308

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d.  *The Fee for Service was:*  $113.20
    e.  I am: (3)  registered California process server
        *(i)*  Independent Contractor
        *(ii)  Registration No.:*    45
        *(iii) County:*    Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jun. 25, 2008

                                     (DARRYL GREEN)

Judicial Council Form POS-010    PROOF OF SERVICE    21589.wood1.23999
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS & COMPLAINT

| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3.   *a. Party served:*                EXCELLUS BLUECROSS BLUESHIELD
      *b. Person served:*           TARA JOHNSON AUTHORIZED TO ACCEPT

4.   *Address where the party was served:*      165 COURT STREET
                                      ROCHESTER, NY

5.   I served the party:
    **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
    process for the party (1) on: Mon., Jun. 16, 2008 (2) at: 3:35PM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
    a. as an individual defendant
7. **Person Who Served Papers:**               Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. ERIN BURRUTO                   d. *The Fee* for Service was:   $113.20
    b. **TRI-COUNTY ATTORNEY SERVICE**      e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219          (i)   Independent Contractor
      Thousand Oaks, CA 91362             (ii)  *Registration No.:*   45
    c. 805-497-4300, FAX 805-497-4308        (iii) *County:*           Ventura

8.   *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jul. 14, 2008

*(ERIN BURRUTO)*

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| **WOOD AND BENDER**<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300     *FAX No:* 805-288-1301 | |

| *Ref. No. or File No.:* |
|---|

| *Attorney for:* Plaintiff |
|---|
| *Insert name of Court, and Judicial District and Branch Court:* |
| UNITED STATES COURTHOUSE, FEDERAL BUILDING |
| *Plaintiff:* JAMES M. CADY ET AL |
| *Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3. a. Party served:  BLUE CROSS & BLUE SHIELD OF NORTH CAROLINA
   b. Person served:  MS. HATFIELD AUTHORIZED TO ACCEPT

4. Address where the party was served:  1830 US 15-501 NORTH
   CHAPEL HILL, NC

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 20, 2008 (2) at: 12:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. KIMBERLY HAMILTON
   b. **TRI-COUNTY ATTORNEY SERVICE**
   2219 THOUSAND OAKS BLVD #219
   Thousand Oaks, CA 91362
   c. 805-497-4300, FAX 805-497-4308

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:   $113.20
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*        45
      (iii) *County:*                   Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 30, 2008

(KIMBERLY HAMILTON)

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS & COMPLAINT | 21589.wood1.24001 |
|---|---|---|

| *Attorney or Party without Attorney:*<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES COURTHOUSE, FEDERAL BUILDING | |
| *Plaintiff:* JAMES M. CADY ET AL | |
| *Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY | |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3. a. *Party served:*          BLUE CROSS & BLUE SHIELD OF NORTH DAKOTA
   b. *Person served:*       SANDY HAGEN AUTHORIZED TO ACCEPT

4. *Address where the party was served:*       4510 13TH AVE S
                                           FARGO, ND

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 1:22PM
6. The *"Notice to the Person Served"* (on the Summons) was completed as follows:
   a. as an individual defendant

7. ***Person Who Served Papers:***          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PETE NIELSON
   b. **TRI-COUNTY ATTORNEY SERVICE**
       2219 THOUSAND OAKS BLVD #219
       Thousand Oaks, CA 91362
   c. 805-497-4300, FAX 805-497-4308

   d. ***The Fee*** for Service was:    $128.20
   e. I am: (3) registered California process server
        *(i)*   Independent Contractor
        *(ii)*   *Registration No.:*     45
        *(iii) County:*             Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Jun. 25, 2008

                                                   (PETE NIELSON)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300  *FAX No:* 805-288-1301 | | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3.  a. *Party served:*              THE REGENCE GROUP
    b. *Person served:*            ALLISON YOUNG AUTHORIZED TO ACCEPT

*4.  Address where the party was served:*      200 SW MARKET STREET #1500
                                               PORTLAND, OR

*5.  I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 19, 2008 (2) at: 1:30PM
6.  The "Notice to the Person Served" (on the Summons) was completed as follows:
    a. as an individual defendant
7.  ***Person Who Served Papers:***
    a. STEVEN  BLACK
    b. **TRI-COUNTY ATTORNEY SERVICE**
       2219 THOUSAND OAKS BLVD #219
       Thousand Oaks, CA  91362
    c. 805-497-4300, FAX 805-497-4308

Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d.  ***The Fee*** for Service was:    $113.20
    e.  I am: (3)  registered California process server
            (i)   Independent Contractor
            (ii)  *Registration No.:*         45
            (iii) *County:*                   Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri, Jul. 11, 2008

(STEVEN  BLACK)

PROOF OF SERVICE<br>SUMMONS & COMPLAINT      *21589.wood1.24003*

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:* <br> WOOD AND BENDER <br> 864 SANTA CLARA STREET <br> Ventura, CA 93003 <br> *Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

*3.   a. Party served:*          BLUE CROSS OF NORTHEASTERN PENNSYVANIA
    *b. Person served:*       WILLIAM PIVIK AUTHORIZED TO ACCEPT

*4. Address where the party was served:*          19 NORTH MAIN ST
    WILKES-BARRE, PA

*5. I served the party:*
    **a.  by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 1:42PM
*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*

*7. **Person Who Served Papers:***          *Recoverable Cost Per CCP 1033.5(a)(4)(B)*
    a. FRANCIS R HEDGLIN            *d.  The Fee for Service was:*    $113.20
    b. **TRI-COUNTY ATTORNEY SERVICE**     e.  I am: (3) registered California process server
       2219 THOUSAND OAKS BLVD #219           *(i)   Independent Contractor*
       Thousand Oaks, CA  91362              *(ii)  Registration No.:*          45
    c. 805-497-4300, FAX 805-497-4308         *(iii) County:*          Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Wed, Jun. 25, 2008

                                    (FRANCIS R HEDGLIN)

| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3.  *a. Party served:*            CAPITAL BLUE CROSS
    *b. Person served:*          KIM MEALS AUTHORIZED TO ACCEPT

4.  *Address where the party was served:*        116 PINE STREET
                                                HARRISBURG, PA

5.  *I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 1:30PM
6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    a. as an individual defendant
7.  ***Person Who Served Papers:***                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. RICHARD KREITZER                     d.  ***The Fee*** *for Service was:*    $113.20
    b. **TRI-COUNTY ATTORNEY SERVICE**      e.  I am: (3) registered California process server
       2219 THOUSAND OAKS BLVD #219             *(i)*   Independent Contractor
       Thousand Oaks, CA 91362                  *(ii)  Registration No.:*         45
    c. 805-497-4300, FAX 805-497-4308           *(iii) County:*                  Ventura

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Jul. 03, 2008

**PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT**                  (RICHARD KREITZER)          *21589.wood1.24005*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300      *FAX No:* 805-288-1301<br><br>*Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

*3. a. Party served:*                        HIGHMARK BLUE CROSS BLUE SHIELD
*   b. Person served:*                  SALLY MCCOY AUTHORIZED TO ACCEPT

*4. Address where the party was served:*        1800 CENTER STREET
                                         CAMP HILL, PA

*5. I served the party:*
    **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 9:35AM
*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
    a. as an individual defendant

*7. Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. RICHARD KREITZER               d. *The Fee for Service was:*    $113.20
    **b. TRI-COUNTY ATTORNEY SERVICE**      e. I am: (3) registered California process server
       2219 THOUSAND OAKS BLVD #219            *(i)*    Independent Contractor
       Thousand Oaks, CA 91362                *(ii)*   *Registration No.:*     45
    c. 805-497-4300, FAX 805-497-4308         *(iii) County:*           Ventura

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jul. 03, 2008

                                                   (RICHARD KREITZER)

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301 | |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*

UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3. a. *Party served:* HIGHMARK BLUE SHIELD
   b. *Person served:* SALLY MCCOY AUTHORIZED TO ACCEPT

4. *Address where the party was served:* 1800 CENTER STREET CAMP HILL, PA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 02, 2008 (2) at: 9:35AM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant
7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICHARD KREITZER          d. *The Fee for Service was:* $113.20
   b. **TRI-COUNTY ATTORNEY SERVICE**    e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219          (i)  Independent Contractor
      Thousand Oaks, CA 91362              (ii) *Registration No.:* 45
   c. 805-497-4300, FAX 805-497-4308        (iii) *County:* Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Jul. 03, 2008

(RICHARD KREITZER)

Judicial Council Form POS-010          PROOF OF SERVICE          21589.wood1.24007
Rule 982.9.(a)&(b) Rev January 1, 2007      SUMMONS & COMPLAINT

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES COURTHOUSE, FEDERAL BUILDING | |
| *Plaintiff:* JAMES M. CADY ET AL | |
| *Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY | |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3.  *a. Party served:*                    INDEPENDENCE BLUE CROSS
    *b. Person served:*                  LORRAINE AWUKU AUTHORIZED TO ACCEPT

4.  *Address where the party was served:*     1901 MARKET STREET
                                              PHILADELPHIA, PA

5.  *I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 16, 2008 (2) at: 1:13PM
6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*

7.  ***Person Who Served Papers:***                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. DAVID  ROSENZWEIG                       d.  ***The Fee*** *for Service was:*    $113.20
    b. **TRI-COUNTY ATTORNEY SERVICE**          e.  I am: (3) registered California process server
       2219 THOUSAND OAKS BLVD #219                 *(i)*   Independent Contractor
       Thousand Oaks, CA  91362                     *(ii)*  *Registration No.:*        45
    c. 805-497-4300, FAX 805-497-4308               *(iii)* *County:*                  Ventura

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Wed, Jun. 25, 2008

PROOF OF SERVICE
SUMMONS & COMPLAINT

(DAVID  ROSENZWEIG)                    21589.wood1.24008

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| .WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300     FAX No: 805-288-1301 | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3. a. *Party served:*            BLUE CROSS & BLUE SHIELD OF RHODE ISLAND
   b. *Person served:*        VARRA LEONARD AUTHORIZED TO ACCEPT

4. *Address where the party was served:*     444 WESTMINSTER STREET
                                  PROVIDENCE, RI

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 18, 2008 (2) at: 1:56PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. ***Person Who Served Papers:***            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PAUL HUGHES                   d. *The Fee for Service was:*   $113.20
   b. **TRI-COUNTY ATTORNEY SERVICE**     e. I am: (3) registered California process server
       2219 THOUSAND OAKS BLVD #219           (i)   Independent Contractor
       Thousand Oaks, CA 91362              (ii)  *Registration No.:*   45
   c. 805-497-4300, FAX 805-497-4308           (iii) *County:*         Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 25, 2008

(PAUL HUGHES)

| Attorney or Party without Attorney:<br>WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301 | For Court Use Only |
|---|---|

Attorney for: Plaintiff

Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES COURTHOUSE, FEDERAL BUILDING

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3. a. Party served:          BLUE CROSS & BLUE SHIELD OF SOUTH CAROLINA
   b. Person served:        THERESA SPOATHAROS AUTHORIZED TO ACCEPT

4. Address where the party was served:    2501 FAIRWAY DRIVE
                                          COLUMBIA, SC

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 25, 2008 (2) at: 3:06PM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant
7. **Person Who Served Papers:**                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ARTHUR PULLETS                          d. **The Fee for Service was:**    $113.20
   b. **TRI-COUNTY ATTORNEY SERVICE**         e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219                  (i)   Independent Contractor
      Thousand Oaks, CA 91362                       (ii)  Registration No.:          45
   c. 805-497-4300, FAX 805-497-4308               (iii) County:                    Ventura

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:Mon, Jun. 30, 2008

PROOF OF SERVICE
                SUMMONS & COMPLAINT                    (ARTHUR PULLETS)    21589.wood1.24010

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| WOO___ ___ND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301 | | |
| Attorney for: **Plaintiff** | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES COURTHOUSE, FEDERAL BUILDING |

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3. a. *Party served:*      BLUE CROSS & BLUE SHIELD OF TENNESSEE INC
   b. *Person served:*    CALETTA BEAGLES AUTHORIZED TO ACCEPT

4. *Address where the party was served:*      801 PINE STREET
                                                   CHATANOOGA, TN

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 26, 2008 (2) at: 9:25AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. MARK PARKER
   b. **TRI-COUNTY ATTORNEY SERVICE**
       2219 THOUSAND OAKS BLVD #219
       Thousand Oaks, CA 91362
   c. 805-497-4300, FAX 805-497-4308

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $113.20
   e. I am: (3) registered California process server
       (i)    Independent Contractor
       (ii)    Registration No.:    45
       (iii) *County:*    Ventura

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Jul. 11, 2008

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | (MARK PARKER)    21589.wood1.24011 |
|---|---|---|

| Attorney or Party without Attorney:<br>WOOD AND BENDER<br>804 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300    FAX No: 805-288-1301<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES COURTHOUSE, FEDERAL BUILDING

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3.  a. *Party served:*                     BLUE CROSS & BLUE SHIELD OF TEXAS
    b. *Person served:*                    KAREN MOORE AUTHORIZED TO ACCEPT.

4. *Address where the party was served:*   124 W. CAPITAL AVE #1400
                                           LITTLE ROCK, AR

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 11:50AM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    a. as an individual defendant

7. *Person Who Served Papers:*                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. ANDIE MEYERS                         d.  *The Fee for Service was:*   $113.20
    b. **TRI-COUNTY ATTORNEY SERVICE**      e.  I am: (3)  registered California process server
       2219 THOUSAND OAKS BLVD #219               (i)   Independent Contractor
       Thousand Oaks, CA 91362                    (ii)  *Registration No.:*        45
    c. 805-497-4300, FAX 805-497-4308             (iii) *County:*                  Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Mon, Jun. 30, 2008

                                                                    _____
                                                                    (ANDIE MEYERS)

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>**WOOD AND BENDER**<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301 | |

*Attorney or Party without Attorney:*
**WOOD AND BENDER**
864 SANTA CLARA STREET
Ventura, CA 93003
*Telephone No:* 805-288-1300    *FAX No:* 805-288-1301

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES COURTHOUSE, FEDERAL BUILDING

*Plaintiff:* JAMES M. CADY ET AL

*Defendant:* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV08-2753 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

3. a. *Party served:*     BLUE CROSS & BLUE SHIELD OF VERMONT
   b. *Person served:*    ALLISON PARTRIDGE AUTORIZED TO ACCEPT

4. *Address where the party was served:*     445 INDUSTRIAL LANE
   BERLIN, VT

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 17, 2008 (2) at: 10:23AM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. ***Person Who Served Papers:***                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CONRAD  BOUCHER                              d. *The Fee for Service was:* $113.20
   b. **TRI-COUNTY ATTORNEY SERVICE**        e. I am: (3) registered California process server
   2219 THOUSAND OAKS BLVD #219                     (i)  Independent Contractor
   Thousand Oaks, CA 91362                           (ii) *Registration No.:*     45
   c. 805-497-4300, FAX 805-497-4308                 (iii) *County:*              Ventura

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Mon, Jul. 07, 2008

(CONRAD  BOUCHER)

Judicial Council Form POS-010                    **PROOF OF SERVICE**                *21589.wood1.24013*
Rule 982.9.(a)&(b) Rev January 1, 2007          **SUMMONS & COMPLAINT**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300     FAX No: 805-288-1301 | |
| Attorney for: Plaintiff     Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES COURTHOUSE, FEDERAL BUILDING

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

*3. a. Party served:*         MOUNTAIN STATE BLUE CROSS BLUE SHIELD INC,
*b. Person served:*          GINNY GORRELL AUTHORIZED TO ACCEPT

*4. Address where the party was served:*        700 MARKET SQUARE
                                               PARKERSBURG, VW

*5. I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 18, 2008 (2) at: 3:00PM
*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant
*7. **Person Who Served Papers:***                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM FOUGHT                                d. ***The Fee for Service was:*** $113.20
   **b. TRI-COUNTY ATTORNEY SERVICE**          e. I am: (3) registered California process server
      2219 THOUSAND OAKS BLVD #219                 *(i)*   Independent Contractor
      Thousand Oaks, CA 91362                       *(ii)  Registration No.:*        45
   c. 805-497-4300, FAX 805-497-4308               *(iii) County:*            Ventura

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Mon, Jun. 30, 2008

PROOF OF SERVICE
SUMMONS & COMPLAINT
(JIM FOUGHT)
21589.wood1.24014

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| WOOD AND BENDER<br>864 SANTA CLARA STREET<br>Ventura, CA 93003<br>Telephone No: 805-288-1300     FAX No: 805-288-1301 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES COURTHOUSE, FEDERAL BUILDING |

Plaintiff: JAMES M. CADY ET AL

Defendant: ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-2753 |
|---|---|---|---|---|

*1.* At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR LL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONSENTING TO A MAGISTRATE JUDGES JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, LOCATION OF COURT OFFICES

*3. a. Party served:*
*b. Person served:*

BLUE CROSS & BLUE SHIELD OF WYOMING
DEBORAH MCCOY AUTHORIZED TO ACCEPT

*4. Address where the party was served:*

2515 WARREN AVE #505
CHEYENNE, WY

*5. I served the party:*
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 18, 2008 (2) at: 9:55AM
*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*

*7. **Person Who Served Papers:***
a. JOHN CHELY
b. **TRI-COUNTY ATTORNEY SERVICE**
2219 THOUSAND OAKS BLVD #219
Thousand Oaks, CA 91362
c. 805-497-4300, FAX 805-497-4308

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:*     $128.20
e. I am: (3) registered California process server
    (i)   Independent Contractor
    (ii)  *Registration No.:*     45
    (iii) *County:*     Ventura

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jun. 25, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(JOHN CHELY)     21589.wood1.24015