1  Steven P. Rice (State Bar No. 094321)
      srice@crowell.com
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California 92614
   Telephone: (949) 798-1310
4  Facsimile: (949) 263-8414

5  Kathleen Taylor Sooy (*pro hac vice* pending)
      ksooy@crowell.com
6  Tracy A. Roman (*pro hac vice* pending)
      troman@crowell.com
7  Andrew Kaplan (*pro hac vice* pending)
      akaplan@crowell.com
8  CROWELL & MORING LLP
   1001 Pennsylvania Ave., N.W.
9  Washington, D.C. 20004
   Telephone: (202) 624-2500
10 Facsimile: (202) 628-5116

11 Attorneys for Defendants
   BlueCross BlueShield of Western New York and
12 BlueShield of Northeastern New York

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO., *et al.*,<br><br>Defendants. | Case No. CV-08-2753<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES OF DEFENDANTS BLUECROSS BLUESHIELD OF WESTERN NEW YORK AND BLUESHIELD OF NORTHEASTERN NEW YORK**<br><br>Magistrate:<br>Judge: Honorable Claudia Wilken |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby certifies that BlueCross BlueShield of Western New York and BlueShield of Northeastern New York are names under which HealthNow New York Inc. does business, and that HealthNow

New York Inc. is owned by HealthNow Systems, Inc. Undersigned counsel further certifies that no publicly traded entity owns at least 10 percent of HealthNow New York Inc.'s stock.

### CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

Pursuant to Civil Local Rule 3-16, the undersigned counsel for defendants BlueCross BlueShield of Western New York and BlueShield of Northeastern New York hereby certifies that as of this date, HealthNow New York Inc. does business as BlueCross BlueShield of Western New York and BlueShield of Northeastern New York and may have an interest in this proceeding. Further, HealthNow Systems Inc. owns HealthNow New York Inc. and also may have an interest in this proceeding.

Dated: July 29, 2008

Respectfully submitted,

_____
Steven P. Rice (State Bar No. 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen Taylor Sooy
Tracy A. Roman
Andrew Kaplan
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendants
BlueCross BlueShield of Western New York and
BlueShield of Northeastern New York