```
Steven P. Rice (State Bar No. 094321)
   srice@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen Taylor Sooy (pro hac vice pending)
   ksooy@crowell.com
Tracy A. Roman (pro hac vice pending)
   troman@crowell.com
Andrew Kaplan (pro hac vice pending)
   akaplan@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
Blue Cross Blue Shield of North Dakota
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO., *et al.*,<br><br>Defendants. | Case No. CV-08-2753<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES OF DEFENDANT BLUE CROSS BLUE SHIELD OF NORTH DAKOTA**<br><br>Magistrate:<br>Judge: Honorable Claudia Wilken |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby certifies that Blue Cross Blue Shield of North Dakota is the name under which Noridian Mutual Insurance Company does business in North Dakota. Undersigned counsel further certifies that no publicly traded entity owns at least 10 percent of Noridian Mutual Insurance Company's stock.

## CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

Pursuant to Civil Local Rule 3-16, the undersigned counsel for defendant Blue Cross Blue Shield of North Dakota hereby certifies that as of this date, Noridian Mutual Insurance Company does business in North Dakota as Blue Cross Blue Shield of North Dakota and may have an interest in this proceeding.

Dated: July 29, 2008

Respectfully submitted,

*Steven P. Rice* (signature)

Steven P. Rice (State Bar No. 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen Taylor Sooy
Tracy A. Roman
Andrew Kaplan
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
Blue Cross Blue Shield of North Dakota