1  Steven P. Rice (State Bar No. 094321)
      srice@crowell.com
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California 92614
   Telephone: (949) 798-1310
4  Facsimile: (949) 263-8414

5  Kathleen Taylor Sooy (*pro hac vice* pending)
      ksooy@crowell.com
6  Tracy A. Roman (*pro hac vice* pending)
      troman@crowell.com
7  Andrew Kaplan (*pro hac vice* pending)
      akaplan@crowell.com
8  CROWELL & MORING LLP
   1001 Pennsylvania Ave., N.W.
9  Washington, D.C. 20004
   Telephone: (202) 624-2500
10 Facsimile: (202) 628-5116

11 Attorneys for Defendant Blue Cross Blue Shield of North Dakota

                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

JAMES M. CADY, an Individual, on
Behalf of Himself and All Others
Similarly Situated,

         Plaintiff,

    v.

ANTHEM BLUE CROSS LIFE AND
HEALTH INSURANCE CO., *et al.*,

         Defendants.

Case No. CV-08-2753

**CERTIFICATE OF SERVICE BY MAIL**

---

**CERTIFICATE OF SERVICE BY MAIL**

I, Laurie Fallon, declare:

I am a citizen of the United States over the age of 18 and am not a party to the within cause. I am employed by Crowell & Moring LLP in Irvine, California. My business address is 3 Park Plaza, Irvine, California, 92614.

On July 29, 2008, I served a true copy of the foregoing document,

---

Case No. CV-08-2753
CERTIFICATE OF SERVICE

DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES OF DEFENDANT BLUE CROSS BLUE SHIELD OF NORTH DAKOTA

by placing it in addressed sealed envelopes, clearly labeled to identify the persons being served at the addresses shown below, and placing said envelopes in interoffice mail for collection and deposit with the United States Postal Service, on that same date, following ordinary business practice:

[SEE ATTACHED SERVICE LIST]

I am familiar with Crowell & Moring LLP's practice for collection and processing correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 29, 2008, at Irvine, California.



LAURIE FALLON

CERTIFICATE OF SERVICE — Case No. CV-08-2753

## SERVICE LIST

Edward Joseph Nevin, Jr.
Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111

David Eliab Wood
Jeffrey Alan Kiburtz
Wood & Bender LLP
864 E. Santa Clara Street
San Buenaventura, CA 93001

Patrick O'Connor
Raymond A. Kresge
Aaron R. Krauss
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Andrea E. Hammel
Cozen O'Connor
200 Four Falls Corporate Center, Suite 400
West Conshohocken, PA 19428

Jacqueline M. Saue
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

Michael J. Tuteur
Foley & Lardner LLP
111 Huntington Ave.
Boston, MA 02199

Eileen R. Ridley
Foley & Lardner LLP
One Maritime Plaza, Suite 600
San Francisco, CA 94111

William E. von Behren
Simon Manoucherian
Meserve, Mumper & Hughes LLP
300 South Grand, Suite 2400
Los Angeles, CA 90071

---

3
CERTIFICATE OF SERVICE

Case No. CV-08-2753