Steven P. Rice (State Bar No. 094321)
   srice@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen Taylor Sooy (*pro hac vice* pending)
   ksooy@crowell.com
Tracy A. Roman (*pro hac vice* pending)
   troman@crowell.com
Andrew Kaplan (*pro hac vice* pending)
   akaplan@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
Blue Cross and Blue Shield of Nebraska

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO., *et al.*,<br><br>Defendants. | Case No. CV-08-2753<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES OF DEFENDANT BLUE CROSS AND BLUE SHIELD OF NEBRASKA**<br><br>Magistrate:<br>Judge: Honorable Claudia Wilken |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby certifies that defendant Blue Cross and Blue Shield of Nebraska has no parent corporation and that no publicly traded entity owns at least 10 percent of its stock.

/ / /

/ / /

## CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

Pursuant to Civil Local Rule 3-16, the undersigned counsel for defendant Blue Cross and Blue Shield of Nebraska hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 29, 2008

Respectfully submitted,

*/s/ Steven P. Rice*

Steven P. Rice (State Bar No. 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen Taylor Sooy
Tracy A. Roman
Andrew Kaplan
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
Blue Cross and Blue Shield of Nebraska