EDWARD J. NEVIN, State Bar No. 41226
NEVIN & ABSOLOM
22 Battery Street, Suite 333
San Francisco, California  94111
Telephone:  (415) 392-5040
Facsimile:  (415) 392-3729
Email: ed.nevin@333law.com

DAVID E. WOOD, State Bar No. 121170
JEFFREY A. KIBURTZ, State Bar No. 228127
WOOD & BENDER LLP
864 E. Santa Clara Street
San Buenaventura, California  93001
Telephone:  (805) 288-1300
Facsimile:  (805) 288-1301
Email: dew@wood-bender.com
       jak@wood-bender.com

Attorneys for Plaintiff **JAMES M. CADY**
On Behalf Of Himself And All Others
Similarly Situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Case No.: 4:08-CV-02753-CW<br>Hon. Claudia Wilken<br>Courtroom: 2<br><br>Action Filed:  June 2, 2008<br><br>**PROOF OF SERVICE** |

73911v1

# PROOF OF SERVICE

I am employed in the County of Ventura, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 864 East Santa Clara Street, San Buenaventura, California 93001.

On July 29, 2008, I served copies of the document(s) described as follows:

1. **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT;**
2. **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON ALL NAMED DEFENDANTS;**
3. **PLAINTIFF'S NOTICE OF DISMISSAL AS TO BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC. and**
4. **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT:**

### SEE ATTACHED SERVICE LIST

☒ **By mail as follows**: By placing the aforementioned document(s) in a sealed envelope(s), addressed as per the attached service list, for collection and mailing from Wood & Bender through our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service with postage thereon fully prepaid at San Buenaventura, California in the ordinary course of business.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 29, 2008, at San Buenaventura, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Susan M. Freberg

73911v1

Cady v. Anthem Blue Cross Life and Health Insurance Company, et al.
U.S. District Court, California Northern District (Oakland)
Case No. 4:08-cv-02753-CW

### SERVICE LIST

| | |
|---|---|
| Eileen R. Ridley<br>FOLEY & LARDNER LLP<br>One Maritime Plaza<br>Suite 600<br>San Francisco, CA 94111<br>Telephone: (415) 434-4484<br>Facsimile: (415) 434-4507<br>Email: eridley@foley.com<br><br>Michael Tuteur<br>FOLEY & LARDNER LLP<br>111 Huntington Ave.<br>Boston, MA 02199<br>Telephone: (617) 342-4000<br>Facsimile: (617) 342-4001<br>Email: mtuteur@foley.com | Counsel for Defendants ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California corporation; ANTHEM BLUE CROSS AND BLUE SHIELD, an Indiana corporation; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a Georgia corporation; and EMPIRE BLUE CROSS BLUESHIELD, a New York corporation. |
| Eileen R. Ridley<br>FOLEY & LARDNER LLP<br>One Maritime Plaza<br>Suite 600<br>San Francisco, CA 94111<br>Telephone: (415) 434-4484<br>Facsimile: (415) 434-4507<br>Email: eridley@foley.com<br><br>Jacqueline M. Saue<br>FOLEY & LARDNER<br>3000 K Street, N.W.<br>Suite 500<br>Washington, DC 20007<br>Telephone: (202) 672-5300<br>Facsimile: (202) 672-5399<br>Email: jsaue@foley.com | Counsel for Defendants ARKANSAS BLUE CROSS AND BLUE SHEILD, A MUTUAL INSURANCE COMPANY, an Arkansas corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas corporation; and CAPITAL BLUE CROSS, a Pennsylvania corporation. |
| Steven Rodriguez<br>COZEN O'CONNOR<br>425 California Street, Suite 2400<br>San Francisco, California 94104<br>Telephone: (415) 617-6100<br>Facsimile: (415) 617-6101<br>Email: SRodriguez@cozen.com<br>Email: AKrauss@cozen.com | Counsel for Defendant BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, a Pennsylvania corporation. |

73911v1

3

PROOF OF SERVICE

Cady v. Anthem Blue Cross Life and Health Insurance Company, et al.
U.S. District Court, California Northern District (Oakland)
Case No. 4:08-cv-02753-CW

**SERVICE LIST** *(continued)*

| | |
|---|---|
| Andrea E. Hammel<br>COZEN O'CONNOR<br>200 Four Falls Corporate Center<br>Suite 400<br>West Conshohocken, PA 19428<br>Telephone:<br>Facsimile:<br>Email: ahammel@cozen.com<br><br>Raymond A. Kresge<br>Patrick O'Connor<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2000<br>Facsimile: (215) 665-2013<br>Email: rkresge@cozen.com<br>Email: poconnor@cozen.com | Counsel for Defendant BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, a Pennsylvania corporation. |
| Steven P. Rice<br>CROWELL & MORING, LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614-8505<br>Telephone: (949) 798-1310<br>Facsimile: (949) 263-8414<br>Email: srice@crowell.com<br><br>Kathleen Taylor Sooy<br>Tracy A. Roman<br>CROWELL & MORING, LLP<br>1001 Pennsylvania Ave., NW<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>Email: ksooy@crowell.com<br>Email: troman@crowell.com | Counsel for Defendants BLUE CROSS OF IDAHO HEALTH SERVICE, INC., a Idaho corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, a Missouri Corporation; BLUE CROSS BLUE SHIELD OF NORTH DAKOTA, a North Dakota corporation; BLUE CROSS AND BLUE SHIELD OF NEBRASKA, a Nebraska corporation; HEALTHNOW NEW YORK, INC., a New York corporation d/b/a/BLUECROSS BLUESHIELD OF WESTERN NEW YORK, a New York corporation; and BLUE SHIELD OF NORTHEASTERN NEW YORK, a New York corporation. |

Cady v. Anthem Blue Cross Life and Health Insurance Company, et al.
U.S. District Court, California Northern District (Oakland)
Case No. 4:08-cv-02753-CW

**SERVICE LIST (*continued*)**

| | |
|---|---|
| William von Behren<br>Simon Manoucherian<br>MESERVE, MUMPER & HUGHES LLP<br>300 South Grand, Suite 2400<br>Los Angeles, CA 90071<br>Telephone: (213) 620-0300<br>Facsimile: (213) 625-1930<br>Email: BvonBehren@mmhllp.com<br>Email: SManoucherian@mmhllp.com | Counsel for Defendants BLUE CROSS AND BLUE SHIELD OF ALABAMA, a Alabama corporation; BLUE CROSS BLUE SHIELD OF DELAWARE, a Delaware corporation; EXCELLUS BLUECROSS BLUESHIELD, a New York corporation; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California corporation; HAWAII MEDICAL SERVICE ASSOCIATION, a Hawaii corporation; HIGHMARK BLUE CROSS BLUE SHIELD, a Pennsylvania corporation; HIGHMARK BLUE SHEILD, a Pennsylvania corporation; BLUE CROSS AND BLUE SHIELD OF LOUISIANA, a Louisiana corporation; BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., a Massachusetts corporation; BCBSM FOUNDATION, a Michigan corporation; BCBSM FOUNDATION, INC., a Minnesota corporation; BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., a Montana corporation; BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, a North Carolina corporation; PREMERA BLUE CROSS, an Alaska corporation; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, a South Carolina corporation; BLUECROSS BLUESHIELD OF TENNESSEE, INC., a Tennessee corporation; REGENCE BLUESHIELD OF IDAHO, an Idaho corporation; THE REGENCE GROUP, an Oregon corporation; BLUE CROSS AND BLUE SHIELD OF VERMONT, a Vermont corporation; BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, a Mississippi corporation; BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, a Rhode Island corporation; WELLMARK, INC., an Iowa corporation; MOUNTAIN STATE BLUE CROSS AND BLUE SHIELD, INC., a West Virginia corporation and CAREFIRST, INC., a Maryland corporation. |

73911v1

5

PROOF OF SERVICE

Cady v. Anthem Blue Cross Life and Health Insurance Company, et al.
U.S. District Court, California Northern District (Oakland)
Case No. 4:08-cv-02753-CW

**SERVICE LIST (*continued*)**

| | |
|---|---|
| Eileen R. Ridley<br>FOLEY & LARDNER LLP<br>One Maritime Plaza<br>Suite 600<br>San Francisco, CA 94111<br>Telephone: (415) 434-4484<br>Facsimile: (415) 434-4507<br>Email: eridley@foley.com | *[Counsel for Stipulation Only]* for Defendants INDEPENDENCE BLUE CROSS, a Pennsylvania corporation; BLUE CROSS AND BLUE SHIELD OF TEXAS, a DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, an Illinois corporation; and BLUE CROSS & BLUE SHIELD OF WYOMING, a Wyoming corporation. |

73911v1

6
PROOF OF SERVICE