```
 1 │ Steven P. Rice (State Bar No. 094321)
   │    srice@crowell.com
 2 │ CROWELL & MORING LLP
   │ 3 Park Plaza, 20th Floor
 3 │ Irvine, California 92614
   │ Telephone: (949) 798-1310
 4 │ Facsimile: (949) 263-8414
 5 │ Kathleen Taylor Sooy (pro hac vice pending)
   │    ksooy@crowell.com
 6 │ Tracy A. Roman (pro hac vice pending)
   │    troman@crowell.com
 7 │ Andrew Kaplan (pro hac vice pending)
   │    akaplan@crowell.com
 8 │ CROWELL & MORING LLP
   │ 1001 Pennsylvania Ave., N.W.
 9 │ Washington, D.C. 20004
   │ Telephone: (202) 624-2500
10 │ Facsimile: (202) 628-5116
11 │ Attorneys for Defendants Blue Cross of Idaho Health Service, Inc.,
   │ Blue Cross and Blue Shield of Kansas City,
12 │ Blue Cross Blue Shield of North Dakota, Blue Cross and Blue Shield of Nebraska,
   │ BlueCross BlueShield of Western New York and BlueShield of Northeastern New York
```

**FILED**

JUL 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO., et al.,<br><br>Defendants. | Case No. CV-08-2753 CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Magistrate:<br>Judge: Honorable Claudia Wilken |

## APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil L.R. 11-3, Andrew Kaplan, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern

District of California on a *pro hac vice* basis representing Blue Cross of Idaho Health Service, Inc.,[1] Blue Cross and Blue Shield of Kansas City, Blue Cross Blue Shield of North Dakota, Blue Cross and Blue Shield of Nebraska, BlueCross BlueShield of Western New York and BlueShield of Northeastern New York in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorney is:

    Steven P. Rice
    Crowell & Moring LLP
    3 Park Plaza
    Irvine, CA 92614
    Telephone: (949) 798-1310

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 18, 2008

---

[1] Incorrectly sued as "Blue Cross of Idaho, Inc."

Case No. CV-08-2753
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

| | |
|---|---|
| Dated: July __, 2008 | Respectfully submitted, |
| | *[signature]* |
| | Steven P. Rice (State Bar No. 094321) |
| | CROWELL & MORING LLP |
| | 3 Park Plaza, 20th Floor |
| | Irvine, California 92614 |
| | Telephone: (949) 798-1310 |
| | Facsimile: (949) 263-8414 |
| | |
| | Kathleen Taylor Sooy (*pro hac vice* pending) |
| | Tracy A. Roman (*pro hac vice* pending) |
| | Andrew Kaplan (*pro hac vice* pending) |
| | CROWELL & MORING LLP |
| | 1001 Pennsylvania Ave., N.W. |
| | Washington, D.C. 20004 |
| | Telephone: (202) 624-2500 |
| | Facsimile: (202) 628-5116 |
| | |
| | Attorneys for Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross Blue Shield of North Dakota, Blue Cross and Blue Shield of Nebraska, BlueCross BlueShield of Western New York and BlueShield of Northeastern New York |

crowell|moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

---

3

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Case No. CV-08-2753