```
 1  Steven P. Rice (State Bar No. 094321)
       srice@crowell.com
 2  CROWELL & MORING LLP
    3 Park Plaza, 20th Floor
 3  Irvine, California 92614
    Telephone: (949) 798-1310
 4  Facsimile: (949) 263-8414

 5  Kathleen Taylor Sooy (pro hac vice pending)
       ksooy@crowell.com
 6  Tracy A. Roman (pro hac vice pending)
       troman@crowell.com
 7  Andrew Kaplan (pro hac vice pending)
       akaplan@crowell.com
 8  CROWELL & MORING LLP
    1001 Pennsylvania Ave., N.W.
 9  Washington, D.C. 20004
    Telephone: (202) 624-2500
10  Facsimile: (202) 628-5116

11  Attorneys for Defendants Blue Cross of Idaho Health Service, Inc.,
    Blue Cross and Blue Shield of Kansas City,
12  Blue Cross Blue Shield of North Dakota, Blue Cross and Blue Shield of Nebraska,
    BlueCross BlueShield of Western New York and BlueShield of Northeastern New York
```

**FILED**
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO., et al.,<br><br>Defendants. | Case No. CV-08-2753-CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>Magistrate:<br>Judge: Honorable Claudia Wilken |

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Kathleen Taylor Sooy, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern

Case No. CV-08-2753
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

District of California on a *pro hac vice* basis representing Blue Cross of Idaho Health Service, Inc.,[1] Blue Cross and Blue Shield of Kansas City, Blue Cross Blue Shield of North Dakota, Blue Cross and Blue Shield of Nebraska, BlueCross BlueShield of Western New York and BlueShield of Northeastern New York in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorney is:

   Steven P. Rice
   Crowell & Moring LLP
   3 Park Plaza
   Irvine, CA 92614
   Telephone: (949) 798-1310

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 22, 2008

---

[1] Incorrectly sued as "Blue Cross of Idaho, Inc."

| 2 | Case No. CV-08-2753 |
|---|---|
| APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE | |

Dated: July __, 2008

Respectfully submitted,

*[signature: Steven P. Rice]*

Steven P. Rice (State Bar No. 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen Taylor Sooy (*pro hac vice* pending)
Tracy A. Roman (*pro hac vice* pending)
Andrew Kaplan (*pro hac vice* pending)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross Blue Shield of North Dakota, Blue Cross and Blue Shield of Nebraska, BlueCross BlueShield of Western New York and BlueShield of Northeastern New York