1  FOLEY & LARDNER LLP
   One Maritime Plaza, Sixth Floor
2  San Francisco, CA 94111-3409
   Telephone:  415.434.4484
3  Facsimile:  415.434.4507

4  Eileen. R. Ridley, SBN 151735
   Email:  eridley@foley.com
5  Michael A. Naranjo, SBN 221449
   Email:  mnaranjo@foley.com
6  Patrick T. Wong, SBN 233222
   Email:  pwong@foley.com
7  Gillian Morshedi, SBN 251896
   Email:  gmorshedi@foley.com
8

9
   Attorneys for Defendants ANTHEM BLUE CROSS LIFE AND
10 HEALTH INSURANCE COMPANY, a California Corporation;;
   ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL
11 INSURANCE COMPANY, an Arkansas Corporation; ANTHEM
   BLUE CROSS AND BLUE SHIELD, an Indiana Corporation;
12 BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a
   Georgia Corporation; BLUE CROSS AND BLUE SHIELD OF
13 KANSAS, INC., a Kansas Corporation; CAPITAL BLUE CROSS,
   a Pennsylvania Corporation; and EMPIRE BLUECROSS
14 BLUESHIELD, a New York Corporation.

15             **UNITED STATES DISTRICT COURT**

16          **NORTHERN DISTRICT OF CALIFORNIA**

17

18 JAMES M. CADY, an Individual, on Behalf        Case No. CV 08-2753 CW
   of Himself and All Others Similarly Situated
19                                                Hon. Claudia Wilken
                   Plaintiff,
20                                                **STIPULATION AND ORDER FOR**
              v.                                  **EXTENSION OF TIME TO RESPOND TO**
21                                                **COMPLAINT [LOCAL RULE 6-1]**
   ANTHEM BLUE CROSS LIFE AND
22 HEALTH INSURANCE COMPANY, a
   California Corporation; PREMERA BLUE
23 CROSS, an Alaska Corporation; BLUE
   CROSS AND BLUE SHIELD OF
24 ALABAMA, an Alabama Corporation;
   ARKANSAS BLUE CROSS AND BLUE
25 SHIELD, an Arkansas Corporation; BLUE
   CROSS AND BLUE SHIELD OF ARIZONA,
26 INC., an Arizona Corporation; BLUE
   SHIELD OF CALIFORNIA LIFE &
27 HEALTH INSURANCE COMPANY, a
   California Corporation; ANTHEM BLUE
28 CROSS AND BLUE SHIELD, an Indiana

1  Corporation; CAREFIRST, INC., a Maryland
   Corporation; BLUE CROSS BLUE SHIELD
2  OF DELAWARE, a Delaware Corporation;
   BLUE CROSS AND BLUE SHIELD OF
3  FLORIDA, INC., a Florida Corporation;
   BLUE CROSS AND BLUE SHIELD OF
4  GEORGIA, INC., a Georgia Corporation;
   HAWAII MEDICAL SERVICE
5  ASSOCIATION, a Hawaii Corporation;
   WELLMARK, INC., an Iowa Corporation;
6  BLUE CROSS OF IDAHO, INC., an Idaho
   Corporation; REGENCE BLUESHIELD OF
7  IDAHO, INC., an Idaho Corporation; THE
   REGENCE GROUP, an Oregon Corporation;
8  BLUE CROSS AND BLUE SHIELD OF
   KANSAS, INC., a Kansas Corporation; BLUE
9  CROSS AND BLUE SHIELD OF
   LOUISIANA, A Louisiana Corporation;
10 BLUE CROSS AND BLUE SHIELD OF
   MASSACHUSETTS, INC., a Massachusetts
11 Corporation; BCBSM FOUNDATION, a
   Michigan Corporation; BCBSM
12 FOUNDATION, INC., a Minnesota
   Corporation; BLUE CROSS AND BLUE
13 SHIELD OF KANSAS CITY, a Missouri
   Corporation; BLUE CROSS & BLUE
14 SHIELD OF MISSISSIPPI, a Mississippi
   Corporation; BLUE CROSS AND BLUE
15 SHIELD OF MONTANA, INC., a Montana
   Corporation; BLUE CROSS AND BLUE
16 SHIELD OF NORTH CAROLINA, a North
   Carolina Corporation; BLUE CROSS BLUE
17 SHIELD OF NORTH DAKOTA, a North
   Dakota Corporation; BLUE CROSS AND
18 BLUE SHIELD OF NEBRASKA, a Nebraska
   Corporation; BLUECROSS BLUESHIELD
19 OF WESTERN NEW YORK, a New York
   Corporation; BLUE SHIELD OF
20 NORTHEASTERN NEW YORK, a New
   York Corporation; EMPIRE BLUECROSS
21 BLUESHIELD, a New York Corporation;
   EXCELLUS BLUECROSS BLUESHIELD, a
22 New York Corporation; BLUE CROSS OF
   NORTHEASTERN PENNSYLVANIA, a
23 Pennsylvania Corporation; CAPITAL BLUE
   CROSS, a Pennsylvania Corporation;
24 HIGHMARK BLUE CROSS BLUE SHIELD,
   A Pennsylvania Corporation; HIGHMARK
25 BLUE SHIELD, a Pennsylvania Corporation;
   INDEPENDENCE BLUE CROSS, a
26 Pennsylvania Corporation; BLUE CROSS &
   BLUE SHIELD OF RHODE ISLAND, a
27 Rhode Island Corporation; BLUE CROSS
   AND BLUE SHIELD OF SOUTH
28

2

1  CAROLINA, a South Carolina Corporation;
   BLUECROSS BLUESHIELD OF
2  TENNESSEE, INC., a Tennessee Corporation;
   BLUE CROSS AND BLUE SHIELD OF
3  TEXAS, a Texas Corporation; BLUE CROSS
   AND BLUE SHIELD OF VERMONT, a
4  Vermont Corporation; MOUNTAIN STATE
   BLUE CROSS BLUE SHIELD, INC., a West
5  Virginia Corporation; BLUE CROSS & BLUE
   SHIELD OF WYOMING, a Wyoming
6  Corporation

7                    Defendants.

8

9          Pursuant to U.S. District Court, Northern California Local Rule 6-1, the parties, by and

10  through their counsel of record, stipulate that each of the named defendants in this action has an

11  extension within which to respond to the complaint such that responsive pleadings and/or

12  motions from defendants shall be due on and including **August 15, 2008**.

13          All defenses to the complaint are reserved by defendants including any challenges to

14  service and jurisdiction.  Further, the last designated group of defendants below have authorized

15  Foley & Lardner, LLP to enter into this stipulation on their behalf but may substitute new and

16  different counsel for the further handling of the case.

17          IT IS SO STIPULATED.

18  DATED:  July ___, 2008                    WOOD & BENDER LLP

19

20

21                                    By:  _____
                                          David E. Wood
22                                        Attorneys for Plaintiffs JAMES M. CADY,
                                          an Individual, on Behalf of Himself and
23                                        All Others Similarly Situated

24

25

26

27

28

                                    3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  July ___. 2008                    FOLEY & LARDNER LLP

                                          By: _____
                                              Eileen R. Ridley
                                              Defendants ANTHEM BLUE CROSS
                                              LIFE AND HEALTH INSURANCE
                                              COMPANY, a California Corporation;
                                              ANTHEM BLUE CROSS AND BLUE
                                              SHIELD, an Indiana Corporation; BLUE
                                              CROSS AND BLUE SHIELD OF
                                              GEORGIA, INC., a Georgia Corporation;
                                              and EMPIRE BLUECROSS
                                              BLUESHIELD, a New York Corporation

DATED:  July ___. 2008                    FOLEY & LARDNER LLP

                                          By: _____
                                              Michael Tuteur
                                              Defendants ANTHEM BLUE CROSS
                                              LIFE AND HEALTH INSURANCE
                                              COMPANY, a California Corporation;
                                              ANTHEM BLUE CROSS AND BLUE
                                              SHIELD, an Indiana Corporation; BLUE
                                              CROSS AND BLUE SHIELD OF
                                              GEORGIA, INC., a Georgia Corporation;
                                              and EMPIRE BLUECROSS
                                              BLUESHIELD, a New York Corporation

DATED:  July ___. 2008                    FOLEY & LARDNER LLP

                                          By: _____
                                              Eileen R. Ridley
                                              Defendants ARKANSAS BLUE CROSS
                                              AND BLUE SHIELD, A MUTUAL
                                              INSURANCE COMPANY, an Arkansas
                                              Corporation; BLUE CROSS AND BLUE
                                              SHIELD OF KANSAS, INC., a Kansas
                                              Corporation; and CAPITAL BLUE
                                              CROSS, a Pennsylvania Corporation.

4

STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. CV 08-2753 CW

1

2   DATED:  July ___. 2008                FOLEY & LARDNER LLP

3

4

5                                          By: _____
                                               Jacqueline M. Saue
6                                              Defendants ARKANSAS BLUE CROSS
                                               AND BLUE SHIELD, A MUTUAL
7                                              INSURANCE COMPANY, an Arkansas
                                               Corporation; BLUE CROSS AND BLUE
8                                              SHIELD OF KANSAS, INC., a Kansas
                                               Corporation; and CAPITAL BLUE
9                                              CROSS, a Pennsylvania Corporation/

10

11  DATED:  July ___. 2008                COZEN O'CONNOR

12

13                                         By: _____
                                               Steven Rodriguez
14                                             Patrick O'Connor
                                               Defendant BLUE CROSS OF
15                                             NORTHEASTERN PENNSYLVANIA, A
                                               Pennsylvania Corporation
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. CV 08-2753 CW

DATED:  July ___. 2008                         CROWELL & MORING, LLP


By: _____
        Steven P. Rice, SBN 094321
        Crowell & Moring, LLP
        3 Park Plaza, 20th Floor
        Irvine, CA 92614-8505
        T:  949.798-1310
        F:  949.263-8414
        Email:  srice@crowell.com

        Kathleen Taylor Sooy
        Tracy A. Roman
        Crowell & Moring, LLP
        1001 Pennsylvania Ave., NW
        Washington, D.C. 20004
        T:  202.624.2500
        F.  202.628-5116
        Email:  ksooy@crowell.com
        Email:  troman@crowell.com


        Defendants BLUE CROSS OF IDAHO
        HEALTH SERVICE, INC., a Idaho
        Corporation; BLUE CROSS AND BLUE
        SHIELD OF KANSAS CITY, a Missouri
        Corporation; BLUE CROSS BLUE
        SHIELD OF NORTH DAKOTA, a North
        Dakota Corporation; BLUE CROSS AND
        BLUE SHIELD OF NEBRASKA, a
        Nebraska Corporation; HEALTHNOW
        NEW YORK, INC., a New York
        Corporation d/b/a BLUECROSS
        BLUESHIELD OF WESTERN NEW
        YORK, a New York Corporation; and
        BLUE SHIELD OF NORTHEASTERN
        NEW YORK, a New York Corporation

6

1

2    DATED:  July ___. 2008                    MESERVE, MUMPER & HUGHES LLP

3

4                                              By:  _____

5                                                  William von Behren
                                                   Simon Manoucherian
6                                                  Meserve, Mumper & Hughes LLP
                                                   300 South Grand, Ste. 2400
7                                                  Los Angeles, CA 90071
                                                   T:  213.620.0300
8                                                  F:  213.625.1930

9                                                  Defendants BLUE CROSS AND BLUE SHIELD
                                                   OF ALABAMA, a Alabama Corporation; BLUE
10                                                 CROSS BLUE SHIELD OF DELAWARE, a
                                                   Delaware Corporation; EXCELLUS BLUECROSS
11                                                 BLUESHIELD, a New York Corporation; BLUE
                                                   CROSS AND BLUE SHIELD OF FLORIDA,
12                                                 INC., a Florida Corporation; BLUE SHIELD OF
                                                   CALIFORNIA LIFE & HEALTH INSURANCE
13                                                 COMPANY, a California Corporation; HAWAII
                                                   MEDICAL SERVICE ASSOCIATION, a Hawaii
14                                                 Corporation; HIGHMARK BLUE CROSS BLUE
                                                   SHIELD, a Pennsylvania Corporation;
15                                                 HIGHMARK BLUE SHIELD, a Pennsylvania
                                                   Corporation; BLUE CROSS AND BLUE SHIELD
16                                                 OF LOUISIANA, a Louisiana Corporation; BLUE
                                                   CROSS AND BLUE SHIELD OF
17                                                 MASSACHUSETTS, INC., a Massachusetts
                                                   Corporation; BCBSM FOUNDATION, a Michigan
18                                                 Corporation; BCBSM FOUNDATION, INC., a
                                                   Minnesota Corporation; BLUE CROSS AND
19                                                 BLUE SHIELD OF MONTANA, INC., a Montana
                                                   Corporation; BLUE CROSS AND BLUE SHIELD
20                                                 OF NORTH CAROLINA, a North Carolina
                                                   Corporation; PREMERA BLUE CROSS, an Alaska
21                                                 Corporation; BLUE CROSS AND BLUE SHIELD
                                                   OF SOUTH CAROLINA, a South Carolina
22                                                 Corporation; BLUECROSS BLUESHIELD OF
                                                   TENNESSEE, INC., a Tennessee Corporation;
23                                                 REGENCE BLUESHIELD OF IDAHO, an Idaho
                                                   Corporation; THE REGENCE GROUP, an Oregon
24                                                 Corporation; BLUE CROSS AND BLUE SHIELD
                                                   OF VERMONT, a Vermont Corporation; BLUE
25                                                 CROSS & BLUE SHIELD OF MISSISSIPPI, a
                                                   Mississippi Corporation; BLUE CROSS & BLUE
26                                                 SHIELD OF RHODE ISLAND, a Rhode Island
                                                   Corporation; WELLMARK, INC., an Iowa
27                                                 Corporation; MOUNTAIN STATE BLUE CROSS
                                                   AND BLUE SHIELD, INC., a West Virginia
28                                                 Corporation; and CAREFIRST, Inc., a Maryland
                                                   Corporation;

7

STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. CV 08-2753 CW

1  DATED:  July ___. 2008                    FOLEY & LARDNER LLP
2                                             [*COUNSEL FOR STIPULATION ONLY*]

3

4
                                             By:  _____
5                                                  Eileen R. Ridley
                                                   Defendants INDEPENDENCE BLUE
6                                                  CROSS, a Pennsylvania Corporation;
                                                   BLUE CROSS AND BLUE SHIELD OF
7                                                  TEXAS, a DIVISION OF HEALTH
                                                   CARE SERVICE CORPORATION, A
8                                                  MUTUAL LEGAL RESERVE
                                                   COMPANY, an Illinois Corporation; and
9                                                  BLUE CROSS  & BLUE SHIELD OF
                                                   WYOMING, a Wyoming Corporation
10

11

12         Pursuant to the stipulation of the parties and good cause appearing, the defendants shall

13  have an extension within which to respond to the complaint such that responsive pleadings

14  and/or motions shall be due from the defendants on and including **August 15, 2008**.  Defendants

15  are reserving all defenses to the complaint including, without limitation, defenses regarding

16  service and jurisdiction.

17         IT IS SO ORDERED.

18

19  DATED:  August 5, 2008

20

21

22                                             By:  _____
                                                   Hon. Claudia Wilken
23                                                 U.S. District Court Judge

24

25

26

27

28
                                           8