RECEIVED
JUL 29 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO., *et al.*,<br><br>Defendants. | Case No. CV-08-2753-CW<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Andrew Kaplan, an active member in good standing of the bar of the District of Columbia whose address and telephone number is 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004, telephone number (202) 624-2500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Blue Cross of Idaho Health Service, Inc., Blue Cross and Blue Shield of Kansas City, Blue Cross Blue Shield of North Dakota, Blue Cross and Blue Shield of Nebraska, BlueCross BlueShield of Western New York and BlueShield of Northeastern New York.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG - 1 2008

Claudia Wilken
United States District Judge