**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
  email: eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
  email: mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
  email: pwong@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
111 HUNTINGTON AVENUE
BOSTON, MASSACHUSETTS 02199
TELEPHONE: 617.342.4000
FACSIMILE: 617.342.4001

MICHAEL J. TUTEUR (*PRO HAC VICE* PENDING)
  email: mtuteur@foley.com

ATTORNEYS FOR DEFENDANTS, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; AND EMPIRE BLUECROSS BLUESHIELD, A NEW YORK CORPORATION.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; *ET AL.*<br><br>Defendants. | CASE NO.: CV 08-2753 CW<br><br>**NOTICE OF APPEARANCE OF EILEEN R. RIDLEY, MICHAEL A. NARANJO, AND PATRICK T. WONG**<br><br>JUDGE: HON. CLAUDIA WILKEN |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;**

---

1   **PLEASE TAKE NOTICE THAT** Eileen R. Ridley (California Bar No. 151735 and
2   lead counsel), Michael A. Naranjo (California Bar No. 221449) and Patrick T. Wong (California
3   Bar No. 233222), all of the law offices of Foley & Lardner LLP, hereby file this Notice of
4   Appearance in the above-referenced action as counsel for defendants ANTHEM BLUE CROSS
5   LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; ANTHEM BLUE
6   CROSS AND BLUE SHIELD, an Indiana Corporation; BLUE CROSS AND BLUE SHIELD
7   OF GEORGIA, INC., a Georgia Corporation; and EMPIRE BLUECROSS BLUESHIELD, a
8   New York Corporation, and request that copies of all briefs, motions, orders, correspondence and
9   other papers be electronically served on the undersigned at the following respective e-mail
10  addresses:

11      Eileen R. Ridley - eridley@foley.com

12      Michael A. Naranjo – mnaranjo@foley.com

13      Patrick T. Wong – pwong@foley.com

14  DATED: AUGUST 8, 2008                              RESPECTFULLY SUBMITTED,

15                                                    FOLEY & LARDNER LLP
                                                      EILEEN R. RIDLEY
16

17

18                                                    BY: _____
                                                      EILEEN R. RIDLEY
19                                                    ATTORNEYS FOR DEFENDANTS ANTHEM
                                                      BLUE CROSS LIFE AND HEALTH
20                                                    INSURANCE COMPANY, A CALIFORNIA
                                                      CORPORATION; ANTHEM BLUE CROSS
21                                                    AND BLUE SHIELD, AN INDIANA
                                                      CORPORATION; BLUE CROSS AND BLUE
22                                                    SHIELD OF GEORGIA, INC., A GEORGIA
                                                      CORPORATION; AND EMPIRE
23                                                    BLUECROSS BLUESHIELD, A NEW
                                                      YORK CORPORATION.
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: AUGUST 8, 2008 | RESPECTFULLY SUBMITTED, |
| 2 | | FOLEY & LARDNER LLP |
| 3 | | MICHAEL A. NARANJO |

BY: /s/ Michael A. Naranjo
MICHAEL A. NARANJO
ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; AND EMPIRE BLUECROSS BLUESHIELD, A NEW YORK CORPORATION.

DATED: AUGUST 8, 2008

RESPECTFULLY SUBMITTED,

FOLEY & LARDNER LLP
PATRICK T. WONG

BY: /s/ Patrick W.
PATRICK T. WONG
ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; AND EMPIRE BLUECROSS BLUESHIELD, A NEW YORK CORPORATION.