```
FOLEY & LARDNER LLP
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
    email: eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
    email: mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
    email: pwong@foley.com
```

ATTORNEYS FOR DEFENDANTS, ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; AND CAPITAL BLUE CROSS, A PENNSYLVANIA CORPORATION.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ET AL.<br><br>DEFENDANTS. | CASE NO.: CV 08-2753 CW<br><br>**NOTICE OF APPEARANCE OF EILEEN R. RIDLEY, MICHAEL A. NARANJO, AND PATRICK T. WONG**<br><br>JUDGE: HON. CLAUDIA WILKEN |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;**

**PLEASE TAKE NOTICE THAT** Eileen R. Ridley (California Bar No. 151735 and lead counsel), Michael A. Naranjo (California Bar No. 221449) and Patrick T. Wong (California Bar No. 233222), all of the law offices of Foley & Lardner LLP, hereby file this Notice of Appearance in the above-referenced action as counsel for defendants ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, an Arkansas

1  Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas Corporation;
2  and CAPITAL BLUE CROSS, a Pennsylvania Corporation, and request that copies of all briefs,
3  motions, orders, correspondence and other papers be electronically served on the undersigned at
4  the following respective e-mail addresses:
5      Eileen R. Ridley - eridley@foley.com
6      Michael A. Naranjo – mnaranjo@foley.com
7      Patrick T. Wong – pwong@foley.com

8  DATED: AUGUST 8, 2008　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

9  　　　　　　　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP
　　　　　　　　　　　　　　　　　　　　　　　　EILEEN R. RIDLEY

12  BY: _____
　　　　EILEEN R. RIDLEY
　　　　ATTORNEYS FOR DEFENDANTS
　　　　ARKANSAS BLUE CROSS AND BLUE
　　　　SHIELD, A MUTUAL INSURANCE
　　　　COMPANY, AN ARKANSAS CORPORATION;
　　　　BLUE CROSS AND BLUE SHIELD OF
　　　　KANSAS, INC., A KANSAS CORPORATION;
　　　　AND CAPITAL BLUE CROSS, A
　　　　PENNSYLVANIA CORPORATION.

18  DATED: AUGUST 8, 2008　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

19  　　　　　　　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL A. NARANJO

22  BY: _____
　　　　MICHAEL A. NARANJO
　　　　ATTORNEYS FOR DEFENDANTS
　　　　ARKANSAS BLUE CROSS AND BLUE
　　　　SHIELD, A MUTUAL INSURANCE
　　　　COMPANY, AN ARKANSAS CORPORATION;
　　　　BLUE CROSS AND BLUE SHIELD OF
　　　　KANSAS, INC., A KANSAS CORPORATION;
　　　　AND CAPITAL BLUE CROSS, A
　　　　PENNSYLVANIA CORPORATION.

| | |
|---|---|
| 1  DATED: AUGUST 8, 2008 | RESPECTFULLY SUBMITTED, |
| 2 | FOLEY & LARDNER LLP<br>PATRICK T. WONG |

BY: */s/ Patrick Wong/*
PATRICK T. WONG
ATTORNEYS FOR DEFENDANTS
ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; AND CAPITAL BLUE CROSS, A PENNSYLVANIA CORPORATION.