Kathleen Taylor Sooy (admitted *pro hac vice*)
   ksooy@crowell.com
Tracy A. Roman (admitted *pro hac vice*)
   troman@crowell.com
Andrew Kaplan (admitted *pro hac vice*)
   akaplan@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Steven P. Rice (State Bar No. 094321)
   srice@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Attorneys for Defendant Blue Cross Blue Shield of Wyoming

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO., *et al.*,<br><br>    Defendants. | Case No. CV-08-2753<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES OF DEFENDANT BLUE CROSS BLUE SHIELD OF WYOMING**<br><br>Magistrate:<br>Judge: Honorable Claudia Wilken |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby certifies that defendant Blue Cross Blue Shield of Wyoming has no parent corporation and that no publicly traded entity owns at least 10 percent of its stock.

/ / /

/ / /

## CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

Pursuant to Civil Local Rule 3-16, the undersigned counsel for defendant Blue Cross and Blue Shield of Wyoming hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 11, 2008

Respectfully submitted,

*[signature]*

Kathleen Taylor Sooy (admitted *pro hac vice*)
Tracy A. Roman (admitted *pro hac vice*)
Andrew Kaplan (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Steven P. Rice (State Bar No. 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Attorneys for Defendant
Blue Cross Blue Shield of Wyoming

## CERTIFICATE OF SERVICE

I, Tracy A. Roman, certify that on August 11, 2008, I electronically filed the foregoing Disclosure Statement and Certification of Interested Persons or Entities of Defendant Blue Cross Blue Shield of Wyoming through the Court's ECF System, and the document is available for downloading. I also certify that on August 11, 2008, copies of the foregoing documents were served via U.S. Mail on the following:

> Edward Joseph Nevin, Jr.
> Nevin & Absalom
> 22 Battery Street, Suite 333
> San Francisco, CA 94111
>
> David Eliab Wood
> Jeffrey Alan Kiburtz
> Wood & Bender LLP
> 864 E. Santa Clara Street
> San Buenaventura, CA 93001
>
> Patrick O'Connor
> Raymond A. Kresge
> Aaron R. Krauss
> Cozen O'Connor
> 1900 Market Street
> Philadelphia, PA 19103
>
> Andrea E. Hammel
> Cozen O'Connor
> 200 Four Falls Corporate Center, Suite 400
> West Conshohocken, PA 19428
>
> Jacqueline M. Saue
> Foley & Lardner LLP
> 3000 K Street, N.W., Suite 500
> Washington, DC 20007
>
> Michael J. Tuteur
> Foley & Lardner LLP
> 111 Huntington Ave.
> Boston, MA 02199

1  Eileen R. Ridley
   Foley & Lardner LLP
2  One Maritime Plaza, Suite 600
   San Francisco, CA 94111
3
4  William E. von Behren
   Simon Manoucherian
5  Meserve, Mumper & Hughes LLP
   300 South Grand, Suite 2400
6  Los Angeles, CA 90071

7

8

9
                                    _____
10                                  Tracy A. Roman
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28