ORIGINAL

1  FOLEY & LARDNER LLP
   ATTORNEYS AT LAW
   ONE MARITIME PLAZA, SIXTH FLOOR
2  SAN FRANCISCO, CALIFORNIA 94111-3409
   TELEPHONE: 415.434.4484
3  FACSIMILE: 415.434.4507

4  EILEEN R. RIDLEY, BAR NO. 151735
      email: eridley@foley.com
   MICHAEL A. NARANJO, BAR NO. 221449
5     email: mnaranjo@foley.com
   PATRICK T. WONG, BAR NO. 233222
6     email: pwong@foley.com
   GILLIAN S.B. MORSHEDI, BAR NO. 251896
      email: gmorshedi@foley.com
7
   FOLEY & LARDNER LLP
   ATTORNEYS AT LAW
8  111 HUNTINGTON AVENUE
   BOSTON, MASSACHUSETTS 02199
9  TELEPHONE: 617.342.4000
   FACSIMILE: 617.342.4001

10 MICHAEL J. TUTEUR (*PRO HAC VICE* PENDING)
      email: mtuteur@foley.com
11

12 ATTORNEYS FOR DEFENDANTS, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE
   COMPANY, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS AND BLUE
13 SHIELD, AN INDIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF
   GEORGIA, INC., A GEORGIA CORPORATION; AND EMPIRE BLUECROSS
   BLUESHIELD, A NEW YORK CORPORATION.
14

FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
17                          OAKLAND DIVISION

18 JAMES M. CADY, AN INDIVIDUAL, ON BEHALF )  CASE NO.: CV 08-2753 CW
19 OF HIMSELF AND ALL OTHERS SIMILARLY     )
   SITUATED,                               )  **APPLICATION FOR ADMISSION OF**
20                                         )  **ATTORNEY *PRO HAC VICE***
              PLAINTIFF,                   )
21                                         )
        V.                                 )  JUDGE: HON. CLAUDIA WILKEN
22                                         )
   ANTHEM BLUE CROSS LIFE AND              )
23 HEALTH INSURANCE COMPANY, A             )
   CALIFORNIA CORPORATION; *ET AL.*        )
24                                         )
              DEFENDANTS.                  )
25                                         )
26                                         )
27                                         )
28 _____)

---

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: CV 08-2753-CW

SFCA_1444392.2

Pursuant to Civil L.R. 11-3, Michael J. Tuteur, an active member in good standing of the following bars: the Commonwealth of Massachusetts, the United States Supreme Court, the U.S. Court of Appeals for the First, Second, Fifth, and Sixth Circuits as well as the Court of Appeals for the District of Columbia and Federal Circuits; the United States District Court for the District of Massachusetts, the District of Columbia, the Eastern District of Michigan, and the Central District of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Anthem Blue Cross Life and Health Insurance Company, a California Corporation; Anthem Blue Cross and Blue Shield, an Indiana Corporation; Blue Cross and Blue Shield of Georgia, Inc., a Georgia Corporation; and Empire BlueCross BlueShield, a New York Corporation, in the above-titled action.

In support of this application, I certify under oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorney is:

    Eileen R. Ridley
    Foley & Lardner LLP
    One Maritime Plaza, Sixth Floor
    San Francisco, California 94111-3409
    Telephone: (415) 434-4484

///
///
///
///

1  I declare under penalty of perjury, under the laws of the United States of America,
2  that the foregoing is true and correct. Executed this 8th day of August, 2008 in Boston,
3  Massachusetts.
4  DATED: AUGUST 8, 2008

BY: /s/ Michael J. Tuteur
MICHAEL J. TUTEUR.

9  DATED: AUGUST 8, 2008

RESPECTFULLY SUBMITTED,

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
MICHAEL A. NARANJO
PATRICK T. WONG
GILLIAN S.B. MORSHEDI

BY: _____
EILEEN R. RIDLEY
ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; AND EMPIRE BLUECROSS BLUESHIELD, A NEW YORK CORPORATION.

SFCA_1444392.2

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 8th day of August, 2008 in Boston, Massachusetts.

DATED: AUGUST 8, 2008

BY: _____
MICHAEL J. TUTEUR.

DATED: AUGUST 8, 2008

RESPECTFULLY SUBMITTED,

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
MICHAEL A. NARANJO
PATRICK T. WONG
GILLIAN S.B. MORSHEDI

BY: /s/ _____
EILEEN R. RIDLEY
ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; AND EMPIRE BLUECROSS BLUESHIELD, A NEW YORK CORPORATION.