**RECEIVED**
AUG 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
AUG 1 2 2008


# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ET AL.<br><br>DEFENDANTS. | CASE NO.: CV 08-2753 CW<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>JUDGE: HON. CLAUDIA WILKEN |

Michael J. Tuteur, an active member in good standing of the following bars: the Commonwealth of Massachusetts, the United States Supreme Court, the U.S. Court of Appeals for the First, Second, Fifth, and Sixth Circuits as well as the Court of Appeals for the District of Columbia and Federal Circuits; the United States District Court for the District of Massachusetts, the District of Columbia, the Eastern District of Michigan, and the Central District of Illinois, and whose address and telephone number are as follows: Foley & Lardner, LLP, 111 Huntington Avenue, Boston, Massachusetts, 02199, Telephone: 617.342.4000, Fax: 617.342.4001, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Anthem Blue

Cross Life and Health Insurance Company, a California Corporation; Anthem Blue Cross and Blue Shield, an Indiana Corporation; Blue Cross and Blue Shield of Georgia, Inc., a Georgia Corporation; and Empire BlueCross BlueShield, a New York Corporation.

   IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: AUGUST 12, 2008

BY: _____
HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE