1  **EDWARD J. NEVIN, State Bar No. 41226**
   **NEVIN & ABSOLOM**
2  22 Battery Street, Suite 333
   San Francisco, California  94111
3  Tel:     (415) 392-5040
   Fax:     (415) 392-3729
4  E-Mail:  ed.nevin@333law.com

5
   **DAVID E. WOOD, State Bar No. 121170**
6  **JEFFREY A. KIBURTZ, State Bar No. 228127**
   **WOOD & BENDER LLP**
7  864 E. Santa Clara Street
   San Buenaventura, California  93001
8  Tel:     (805) 288-1300
   Fax:     (805) 288-1301
9  E-Mail: dew@wood-bender.com
           jak@wood-bender.com
10
11 Attorneys for Plaintiff **JAMES M. CADY**
   On Behalf Of Himself And All Others
12 Similarly Situated

13

14                    UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 JAMES M. CADY, an Individual, on Behalf of )  Case No.: 4:08-CV-02753-CW
   Himself and All Others Similarly Situated,  )  Assigned to: Hon. Claudia Wilken
18                                             )  Courtroom 2
                       Plaintiff,             )
19                                             )  Action Filed:  June 2, 2008
                                               )
20           vs.                               )
                                               )  **PLAINTIFF'S NOTICE OF DISMISSAL**
21 ANTHEM BLUE CROSS LIFE AND                 )  **AS TO BLUE CROSS AND BLUE**
   HEALTH INSURANCE COMPANY, a                )  **SHIELD OF TEXAS.**
22 California Corporation; PREMERA BLUE        )
   CROSS, an Alaska Corporation; BLUE         )
23 CROSS AND BLUE SHIELD OF                    )
   ALABAMA, an Alabama Corporation;           )
24 ARKANSAS BLUE CROSS AND BLUE               )
   SHIELD, an Arkansas Corporation; BLUE      )
25 CROSS AND BLUE SHIELD OF ARIZONA, )
   INC., an Arizona Corporation; BLUE SHIELD  )
26 OF CALIFORNIA LIFE & HEALTH               )
   INSURANCE COMPANY, a California           )
27 Corporation; ANTHEM BLUE CROSS AND        )

28                                    - 1 -
74461v1
                  PLAINTIFF'S NOTICE OF DISMISSAL AS TO
                  BLUE CROSS AND BLUE SHIELD OF TEXAS.

WOOD|BENDER LLP

864 E. Santa Clara Street | San Buenaventura | CA 93001    805·288·1300    fax: 805·288·1301    www.wood-bender.com

BLUE SHIELD, an Indiana Corporation;
CAREFIRST, INC., a Maryland Corporation;
BLUE CROSS BLUE SHIELD OF
DELAWARE, a Delaware Corporation; BLUE
CROSS AND BLUE SHIELD OF FLORIDA,
INC., a Florida Corporation; BLUE CROSS
AND BLUE SHIELD OF GEORGIA, INC., a
Georgia Corporation; HAWAII MEDICAL
SERVICE ASSOCIATION, a Hawaii
Corporation; WELLMARK, INC., an Iowa
Corporation; BLUE CROSS OF IDAHO, INC.,
an Idaho Corporation; REGENCE
BLUESHIELD OF IDAHO, INC., an Idaho
Corporation; THE REGENCE GROUP, an
Oregon Corporation; BLUE CROSS AND
BLUE SHIELD OF KANSAS, INC., a Kansas
Corporation; BLUE CROSS AND BLUE
SHIELD OF LOUISIANA, a Louisiana
Corporation; BLUE CROSS AND BLUE
SHIELD OF MASSACHUSETTS, INC., a
Massachusetts Corporation; BCBSM
FOUNDATION, a Michigan Corporation;
BCBSM FOUNDATION, INC., a Minnesota
Corporation; BLUE CROSS AND BLUE
SHIELD OF KANSAS CITY, a Missouri
Corporation; BLUE CROSS & BLUE SHIELD
OF MISSISSIPPI, a Mississippi Corporation;
BLUE CROSS AND BLUE SHIELD OF
MONTANA, INC., a Montana Corporation;
BLUE CROSS AND BLUE SHIELD OF
NORTH CAROLINA, a North Carolina
Corporation; BLUE CROSS BLUE SHIELD
OF NORTH DAKOTA, a North Dakota
Corporation; BLUE CROSS AND BLUE
SHIELD OF NEBRASKA, a Nebraska
Corporation; BLUECROSS BLUESHIELD OF
WESTERN NEW YORK, a New York
Corporation; BLUE SHIELD OF
NORTHEASTERN NEW YORK, a New York
Corporation; EMPIRE BLUECROSS
BLUESHIELD, a New York Corporation;
EXCELLUS BLUECROSS BLUESHIELD, a
New York Corporation; BLUE CROSS OF
NORTHEASTERN PENNSYLVANIA, a
Pennsylvania Corporation; CAPITAL BLUE
CROSS, a Pennsylvania Corporation;
HIGHMARK BLUE CROSS BLUE SHIELD,
a Pennsylvania Corporation; HIGHMARK
BLUE SHIELD, a Pennsylvania Corporation;
INDEPENDENCE BLUE CROSS, a

74461v1

- 2 -

PLAINTIFF'S NOTICE OF DISMISSAL AS TO
BLUE CROSS AND BLUE SHIELD OF TEXAS.

WOOD | BENDER LLP
864 E. Santa Clara Street | San Buenaventura | CA 93001    805·288·1300    fax: 805·288·1301    www.wood-bender.com

Pennsylvania Corporation; BLUE CROSS &
BLUE SHIELD OF RHODE ISLAND, a
Rhode Island Corporation; BLUE CROSS
AND BLUE SHIELD OF SOUTH
CAROLINA, a South Carolina Corporation;
BLUECROSS BLUESHIELD OF
TENNESSEE, INC., a Tennessee Corporation;
BLUE CROSS AND BLUE SHIELD OF
TEXAS, a Texas Corporation; BLUE CROSS
AND BLUE SHIELD OF VERMONT, a
Vermont Corporation; MOUNTAIN STATE
BLUE CROSS BLUE SHIELD, INC., a West
Virginia Corporation; BLUE CROSS & BLUE
SHIELD OF WYOMING, a Wyoming
Corporation,

Defendants.

## DISMISSAL

Plaintiff JAMES M. CADY, an individual, on behalf of himself and all others similarly situated (collectively "the Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to Defendant BLUE CROSS AND BLUE SHIELD OF TEXAS ("BCBSTX"), a Texas Corporation, without prejudice.

## CIRCUMSTANCES OF DISMISSAL

Plaintiff has brought this putative class action against Defendants, including BCBSTX, to seek relief for the declination of coverage for Radiofrequency Ablation therapy ("RFA") for certain types of pulmonary cancers in patients for whom surgery is not a viable option. RFA is, generally, a method for treating pulmonary cancer patients who are not surgical candidates. Plaintiff has defined the putative class as "insureds under Blue Cross Plans with inoperable, malignant pulmonary tumors not exceeding 7 cm in diameter have been denied approval and/or coverage for RFA, and have exhausted all administrative remedies with respect to their claims" (collectively, "Class"). Further, the Class is divided into two sub-classes: (1) Class members, when denied coverage for RFA, that underwent RFA at their own expense and therefore are out-

74461v1

- 3 -

PLAINTIFF'S NOTICE OF DISMISSAL AS TO
BLUE CROSS AND BLUE SHIELD OF TEXAS.

WOOD|BENDER LLP

864 E. Santa Clara Street | San Buenaventura | CA 93001    805-288-1300    fax: 805-288-1301    www.wood-bender.com

of-pocket for a benefit that one or more defendants should have covered ("Treated Sub-Class"); and (2) Class members, when denied coverage for RFA, did not undergo the treatment at their own expense ("Untreated Sub-Class").

BCBSTX has not filed an answer to the complaint, a motion for summary judgment as to these claims, nor otherwise made an appearance in relation to these claims, and no proceedings or discovery have been undertaken as to these claims. BCBSTX has, however, represented and provided Plaintiff with supporting information demonstrating that (1) its policy is to consider as "medically necessary" RFA for the treatment of certain patients otherwise meeting the definition of the Class; (2) it has not within the past four years declined coverage or refused pre-certification for RFA treatment on grounds that the RFA proposed or performed was not "medically necessary." There are, therefore, no members of the Class as presently defined who can state a claim for relief against BCBSTX.

### EFFECT OF DISMISSAL

The dismissal of BCBSTX is without prejudice. Plaintiff expressly reserves the right to in the future assert claims against BCBSTX either in his own or in a representative capacity and for any reason. Further, as BCBSTX will no longer be a party to this action, it will not be burdened by any orders or benefit from any release resulting from this litigation. Therefore, there will be no adverse effect on any heretofore unknown members of the Class with claims or potential claims against BCBSTX.

Each side will bear its own costs with respect to this dismissal.

///

Dated: August 13, 2008

WOOD & BENDER LLP

By _____
DAVID E. WOOD
JEFFREY A. KIBURTZ
Attorneys for Plaintiff JAMES M. CADY
On Behalf Of Himself And All Others
Similarly Situated

WOOD | BENDER LLP
864 E. Santa Clara Street | San Buenaventura | CA 93001   805-288-1300   fax: 805-288-1301   www.wood-bender.com

74461v1

- 4 -

PLAINTIFF'S NOTICE OF DISMISSAL AS TO
BLUE CROSS AND BLUE SHIELD OF TEXAS.