**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
    email: eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
    email: mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
    email: pwong@foley.com
GILLIAN S.B. MORSHEDI, BAR NO. 251896
    email: gmorshedi@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K STREET NW, SUITE 500
WASHINGTON, DC 20007-5143
TELEPHONE: 202.672.5300
FACSIMILE: 202.672.5399

JACQUELINE M. SAUE (*PRO HAC VICE* PENDING)
    email: jsaue@foley.com

ATTORNEYS FOR DEFENDANTS, ARKANSAS BLUE CROSS AND BLUE SHIELD, A
MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION; BLUE CROSS
AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; AND CAPITAL
BLUE CROSS, A PENNSYLVANIA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>    PLAINTIFF,<br><br>    V.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; *ET AL.*<br><br>    DEFENDANTS. | CASE NO.: CV 08-2753 CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>JUDGE: HON. CLAUDIA WILKEN |

Pursuant to Civil L.R. 11-3, JACQUELINE M. SAUE, an active member in good

standing of the following bars: the District of Columbia and Maryland, the United States

SFCA_1444670.1

1  Supreme Court, the U.S. Court of Appeals for the District of Columbia and Fourth Circuit, and

2  the U.S. District Courts for the District of Maryland and the District of Columbia, hereby applies

3  for admission to practice in the Northern District of California on a *pro hac vice* basis

4  representing Defendants ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL

5  INSURANCE COMPANY, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF

6  KANSAS, INC., a Kansas Corporation; and CAPITAL BLUE CROSS, a Pennsylvania

7  Corporation, in the above-titled action.

8        In support of this application, I certify under oath that:

9     1.    I am an active member in good standing of a United States Court or of the highest

10         court of another State or the District of Columbia, as indicated above;

11    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

12         Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

13         become familiar with the Local Rules and the Alternative Dispute Resolution

14         programs of this Court; and,

15    3.    An attorney who is a member of the bar of this Court in good standing and who

16         maintains an office within the State of California has been designated as co-

17         counsel in the above-entitled action.  The name, address and telephone number of

18         the attorney is:

19              Eileen R. Ridley
               Foley & Lardner LLP
20              One Maritime Plaza, Sixth Floor
               San Francisco, California 94111-3409
21              Telephone: (415) 434-4484

22        I declare under penalty of perjury, under the laws of the United States of America,

23  that the foregoing is true and correct.  Executed this 8th day of August, 2008 in Washington,   12th

24  D.C..

25  DATED: AUGUST 12, 2008

26

27              By: Jacqueline Saue

28              JACQUELINE M. SAUE.

2

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: CV 08-2753-CW

1

2 DATED: AUGUST 8, 2008

RESPECTFULLY SUBMITTED,

3

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
4    MICHAEL A. NARANJO
PATRICK T. WONG
5    GILLIAN S.B. MORSHEDI

6

7

8 BY:

EILEEN R. RIDLEY
9    ATTORNEYS FOR DEFENDANTS
ARKANSAS BLUE CROSS AND BLUE
10    SHIELD, A MUTUAL INSURANCE
COMPANY, AN ARKANSAS CORPORATION;
11    BLUE CROSS AND BLUE SHIELD OF
KANSAS, INC., A KANSAS CORPORATION;
12    AND CAPITAL BLUE CROSS, A
PENNSYLVANIA CORPORATION.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: CV 08-2753-CW

SFCA_1444670.1