```
 1  EDWARD J. NEVIN, State Bar No. 41226
    NEVIN & ABSOLOM
 2  22 Battery Street, Suite 333
    San Francisco, California 94111
 3  Tel:    (415) 392-5040
    Fax:    (415) 392-3729
 4  E-Mail: ed.nevin@333law.com

 5
    DAVID E. WOOD, State Bar No. 121170
 6  JEFFREY A. KIBURTZ, State Bar No. 228127
    WOOD & BENDER LLP
 7  864 E. Santa Clara Street
    San Buenaventura, California 93001
 8  Tel:    (805) 288-1300
    Fax:    (805) 288-1301
 9  E-Mail: dew@wood-bender.com
            jak@wood-bender.com
10
    Attorneys for Plaintiff JAMES M. CADY
11  On Behalf Of Himself And All Others
    Similarly Situated
12
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; PREMERA BLUE CROSS, an Alaska Corporation; BLUE CROSS AND BLUE SHIELD OF ALABAMA, an Alabama Corporation; ARKANSAS BLUE CROSS AND BLUE SHIELD, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona Corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation; ANTHEM BLUE CROSS AND | Case No.: 4:08-CV-02753-CW<br>Assigned to: Hon. Claudia Wilken<br>Courtroom 2<br><br>Action Filed: June 2, 2008<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL AS TO INDEPENDENCE BLUE CROSS** |

74682v1

- 1 -

PLAINTIFF'S NOTICE OF DISMISSAL AS TO
INDEPENDENCE BLUE CROSS

| | |
|---|---|
| 1 | BLUE SHIELD, an Indiana Corporation; ) |
| | CAREFIRST, INC., a Maryland Corporation; ) |
| 2 | BLUE CROSS BLUE SHIELD OF ) |
| | DELAWARE, a Delaware Corporation; BLUE ) |
| 3 | CROSS AND BLUE SHIELD OF FLORIDA, ) |
| | INC., a Florida Corporation; BLUE CROSS ) |
| 4 | AND BLUE SHIELD OF GEORGIA, INC., a ) |
| | Georgia Corporation; HAWAII MEDICAL ) |
| 5 | SERVICE ASSOCIATION, a Hawaii ) |
| | Corporation; WELLMARK, INC., an Iowa ) |
| 6 | Corporation; BLUE CROSS OF IDAHO, INC.,) |
| 7 | an Idaho Corporation; REGENCE ) |
| | BLUESHIELD OF IDAHO, INC., an Idaho ) |
| 8 | Corporation; THE REGENCE GROUP, an ) |
| | Oregon Corporation; BLUE CROSS AND ) |
| 9 | BLUE SHIELD OF KANSAS, INC., a Kansas ) |
| | Corporation; BLUE CROSS AND BLUE ) |
| 10 | SHIELD OF LOUISIANA, a Louisiana ) |
| | Corporation; BLUE CROSS AND BLUE ) |
| 11 | SHIELD OF MASSACHUSETTS, INC., a ) |
| | Massachusetts Corporation; BCBSM ) |
| 12 | FOUNDATION, a Michigan Corporation; ) |
| 13 | BCBSM FOUNDATION, INC., a Minnesota ) |
| | Corporation; BLUE CROSS AND BLUE ) |
| 14 | SHIELD OF KANSAS CITY, a Missouri ) |
| | Corporation; BLUE CROSS & BLUE SHIELD) |
| 15 | OF MISSISSIPPI, a Mississippi Corporation; ) |
| | BLUE CROSS AND BLUE SHIELD OF ) |
| 16 | MONTANA, INC., a Montana Corporation; ) |
| | BLUE CROSS AND BLUE SHIELD OF ) |
| 17 | NORTH CAROLINA, a North Carolina ) |
| | Corporation; BLUE CROSS BLUE SHIELD ) |
| 18 | OF NORTH DAKOTA, a North Dakota ) |
| | Corporation; BLUE CROSS AND BLUE ) |
| 19 | SHIELD OF NEBRASKA, a Nebraska ) |
| | Corporation; BLUECROSS BLUESHIELD OF ) |
| 20 | WESTERN NEW YORK, a New York ) |
| 21 | Corporation; BLUE SHIELD OF ) |
| | NORTHEASTERN NEW YORK, a New York ) |
| 22 | Corporation; EMPIRE BLUECROSS ) |
| | BLUESHIELD, a New York Corporation; ) |
| 23 | EXCELLUS BLUECROSS BLUESHIELD, a ) |
| 24 | New York Corporation; BLUE CROSS OF ) |
| | NORTHEASTERN PENNSYLVANIA, a ) |
| 25 | Pennsylvania Corporation; CAPITAL BLUE ) |
| | CROSS, a Pennsylvania Corporation; ) |
| 26 | HIGHMARK BLUE CROSS BLUE SHIELD, ) |
| | a Pennsylvania Corporation; HIGHMARK ) |
| 27 | BLUE SHIELD, a Pennsylvania Corporation; ) |
| 28 | INDEPENDENCE BLUE CROSS, a ) |

WOOD BENDER LLP
864 E. Santa Clara Street | San Buenaventura | CA 93001   805-288-1300  fax: 805-288-1301   www.wood-bender.com
74682v1

- 2 -
PLAINTIFF'S NOTICE OF DISMISSAL AS TO
INDEPENDENCE BLUE CROSS

Pennsylvania Corporation; BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, a Rhode Island Corporation; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, a South Carolina Corporation; BLUECROSS BLUESHIELD OF TENNESSEE, INC., a Tennessee Corporation; BLUE CROSS AND BLUE SHIELD OF TEXAS, a Texas Corporation; BLUE CROSS AND BLUE SHIELD OF VERMONT, a Vermont Corporation; MOUNTAIN STATE BLUE CROSS BLUE SHIELD, INC., a West Virginia Corporation; BLUE CROSS & BLUE SHIELD OF WYOMING, a Wyoming Corporation,

Defendants.

## DISMISSAL

Plaintiff JAMES M. CADY, an individual, on behalf of himself and all others similarly situated (collectively "the Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to Defendant INDEPENDENCE BLUE CROSS ("IBC"), a Pennsylvania non-profit corporation, without prejudice.

## CIRCUMSTANCES OF DISMISSAL

Plaintiff has brought this putative class action against Defendants, including IBC, to seek relief for the alleged declination of coverage for Radiofrequency Ablation therapy ("RFA") for certain types of pulmonary cancers in patients for whom surgery is not a viable option. RFA is, generally, a method for treating pulmonary cancer patients who are not surgical candidates. Plaintiff has defined the putative class as "insureds under Blue Cross Plans with inoperable, malignant pulmonary tumors not exceeding 7 cm in diameter who have been denied approval and/or coverage for RFA, and have exhausted all administrative remedies with respect to their claims" (collectively, "Class"). Further, the putative Class is divided into two sub-classes: (1) Class members who, when denied coverage for RFA, underwent RFA at their own expense and

therefore are out-of-pocket for a benefit that one or more defendants should have covered ("Treated Sub-Class"); and (2) Class members who, when denied coverage for RFA, did not undergo the treatment at their own expense ("Untreated Sub-Class").

IBC has not yet filed an answer to the complaint or a motion for summary judgment as to these claims, and no proceedings or discovery have been undertaken as to these claims. IBC has, however, represented and provided Plaintiff with supporting information demonstrating that (1) IBC's publicly available medical policy states in part that RFA "is considered medically necessary and, therefore, covered for treatment" of certain patients otherwise meeting the definition of the Class; (2) based on a review of records, IBC has not within the past four years declined coverage or refused pre-certification for RFA treatment on grounds that the RFA proposed or performed was not "medically necessary." There are, therefore, no members of the Class as presently defined who can state a claim for relief against IBC.

### EFFECT OF DISMISSAL

The dismissal of IBC is without prejudice. Plaintiff expressly reserves the right to in the future assert claims against IBC either in his own or in a representative capacity and for any reason. Further, as IBC will no longer be a party to this action, it will not be burdened by any orders or benefit from any release resulting from this litigation. Therefore, there will be no adverse effect on any heretofore unknown members of the Class with claims or potential claims against IBC.

Each side will bear its own costs with respect to this dismissal.

///

Dated: August 13, 2008

WOOD & BENDER LLP

By_____
DAVID E. WOOD
JEFFREY A. KIBURTZ
Attorneys for Plaintiff **JAMES M. CADY**
On Behalf Of Himself And All Others
Similarly Situated

PLAINTIFF'S NOTICE OF DISMISSAL AS TO
INDEPENDENCE BLUE CROSS