**EDWARD J. NEVIN**, State Bar No. 41226
**NEVIN & ABSOLOM**
22 Battery Street, Suite 333
San Francisco, California 94111
Tel:   (415) 392-5040
Fax:   (415) 392-3729
E-Mail: ed.nevin@333law.com

**DAVID E. WOOD**, State Bar No. 121170
**JEFFREY A. KIBURTZ**, State Bar No. 228127
**WOOD & BENDER LLP**
864 E. Santa Clara Street
San Buenaventura, California 93001
Tel:   (805) 288-1300
Fax:   (805) 288-1301
E-Mail: dew@wood-bender.com
          jak@wood-bender.com

Attorneys for Plaintiff **JAMES M. CADY**
On Behalf Of Himself And All Others
Similarly Situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; PREMERA BLUE CROSS, an Alaska Corporation; BLUE CROSS AND BLUE SHIELD OF ALABAMA, an Alabama Corporation; ARKANSAS BLUE CROSS AND BLUE SHIELD, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF ARIZONA, INC., an Arizona Corporation; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, a California Corporation; ANTHEM BLUE CROSS AND | Case No.: 4:08-CV-02753-CW<br>Assigned to: Hon. Claudia Wilken<br>Courtroom 2<br><br>Action Filed: June 2, 2008<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL AS TO BLUE CROSS OF NORTHEASTERN PENNSYLVANIA** |

- 1 -
PLAINTIFF'S NOTICE OF DISMISSAL AS TO
BLUE CROSS OF NORTHEASTERN PENNSYLVANIA

74737v1

WOOD BENDER LLP

864 E. Santa Clara Street | San Buenaventura | CA 93001   805-288-1300   fax: 805-288-1301   www.wood-bender.com

| | |
|---|---|
| 1 | BLUE SHIELD, an Indiana Corporation; ) |
| | CAREFIRST, INC., a Maryland Corporation; ) |
| 2 | BLUE CROSS BLUE SHIELD OF ) |
| | DELAWARE, a Delaware Corporation; BLUE ) |
| 3 | CROSS AND BLUE SHIELD OF FLORIDA, ) |
| | INC., a Florida Corporation; BLUE CROSS ) |
| 4 | AND BLUE SHIELD OF GEORGIA, INC., a ) |
| | Georgia Corporation; HAWAII MEDICAL ) |
| 5 | SERVICE ASSOCIATION, a Hawaii ) |
| | Corporation; WELLMARK, INC., an Iowa ) |
| 6 | Corporation; BLUE CROSS OF IDAHO, INC.,) |
| | an Idaho Corporation; REGENCE ) |
| 7 | BLUESHIELD OF IDAHO, INC., an Idaho ) |
| | Corporation; THE REGENCE GROUP, an ) |
| 8 | Oregon Corporation; BLUE CROSS AND ) |
| | BLUE SHIELD OF KANSAS, INC., a Kansas ) |
| 9 | Corporation; BLUE CROSS AND BLUE ) |
| | SHIELD OF LOUISIANA, a Louisiana ) |
| 10 | Corporation; BLUE CROSS AND BLUE ) |
| | SHIELD OF MASSACHUSETTS, INC., a ) |
| 11 | Massachusetts Corporation; BCBSM ) |
| | FOUNDATION, a Michigan Corporation; ) |
| 12 | BCBSM FOUNDATION, INC., a Minnesota ) |
| | Corporation; BLUE CROSS AND BLUE ) |
| 13 | SHIELD OF KANSAS CITY, a Missouri ) |
| | Corporation; BLUE CROSS & BLUE SHIELD ) |
| 14 | OF MISSISSIPPI, a Mississippi Corporation; ) |
| | BLUE CROSS AND BLUE SHIELD OF ) |
| 15 | MONTANA, INC., a Montana Corporation; ) |
| | BLUE CROSS AND BLUE SHIELD OF ) |
| 16 | NORTH CAROLINA, a North Carolina ) |
| | Corporation; BLUE CROSS BLUE SHIELD ) |
| 17 | OF NORTH DAKOTA, a North Dakota ) |
| | Corporation; BLUE CROSS AND BLUE ) |
| 18 | SHIELD OF NEBRASKA, a Nebraska ) |
| | Corporation; BLUECROSS BLUESHIELD OF ) |
| 19 | WESTERN NEW YORK, a New York ) |
| | Corporation; BLUE SHIELD OF ) |
| 20 | NORTHEASTERN NEW YORK, a New York ) |
| | Corporation; EMPIRE BLUECROSS ) |
| 21 | BLUESHIELD, a New York Corporation; ) |
| | EXCELLUS BLUECROSS BLUESHIELD, a ) |
| 22 | New York Corporation; BLUE CROSS OF ) |
| | NORTHEASTERN PENNSYLVANIA, a ) |
| 23 | Pennsylvania Corporation; CAPITAL BLUE ) |
| | CROSS, a Pennsylvania Corporation; ) |
| 24 | HIGHMARK BLUE CROSS BLUE SHIELD, ) |
| | a Pennsylvania Corporation; HIGHMARK ) |
| 25 | BLUE SHIELD, a Pennsylvania Corporation; ) |
| | INDEPENDENCE BLUE CROSS, a ) |

Pennsylvania Corporation; BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, a Rhode Island Corporation; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, a South Carolina Corporation; BLUECROSS BLUESHIELD OF TENNESSEE, INC., a Tennessee Corporation; BLUE CROSS AND BLUE SHIELD OF TEXAS, a Texas Corporation; BLUE CROSS AND BLUE SHIELD OF VERMONT, a Vermont Corporation; MOUNTAIN STATE BLUE CROSS BLUE SHIELD, INC., a West Virginia Corporation; BLUE CROSS & BLUE SHIELD OF WYOMING, a Wyoming Corporation,

Defendants.

## DISMISSAL

Plaintiff JAMES M. CADY, an individual, on behalf of himself and all others similarly situated (collectively "the Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to Defendant BLUE CROSS OF NORTHEASTERN PENNSYLVANIA ("BCNEPA"), a Pennsylvania corporation, without prejudice.

## CIRCUMSTANCES OF DISMISSAL

Plaintiff has brought this putative class action against Defendants, including BCNEPA, to seek relief for the alleged declination of coverage for Radiofrequency Ablation therapy ("RFA") for certain types of pulmonary cancers in patients for whom surgery is not a viable option. RFA is, generally, a method for treating pulmonary cancer patients who are not surgical candidates. Plaintiff has defined the putative class as "insureds under Blue Cross Plans with inoperable, malignant pulmonary tumors not exceeding 7 cm in diameter who have been denied approval and/or coverage for RFA, and have exhausted all administrative remedies with respect to their claims" (collectively, "Class"). Further, the putative Class is divided into two sub-classes: (1) Class members who, when denied coverage for RFA, underwent RFA at their own expense and

therefore are out-of-pocket for a benefit that one or more defendants should have covered ("Treated Sub-Class"); and (2) Class members who, when denied coverage for RFA, did not undergo the treatment at their own expense ("Untreated Sub-Class").

BCNEPA has not yet filed an answer to the complaint or a motion for summary judgment as to these claims, and no proceedings or discovery have been undertaken as to these claims. BCNEPA has, however, represented and provided Plaintiff with supporting information demonstrating that (1) its policy does not require the denial of RFA for the treatment of certain patients otherwise meeting the definition of the Class; (2) it has not within the past four years declined coverage or refused pre-certification for RFA treatment on grounds that the RFA proposed or performed was not "medically necessary." There are, therefore, no members of the Class as presently defined who can state a claim for relief against BCNEPA.

## EFFECT OF DISMISSAL

The dismissal of BCNEPA is without prejudice. Plaintiff expressly reserves the right to in the future assert claims against BCNEPA either in his own or in a representative capacity and for any reason. Further, as BCNEPA will no longer be a party to this action, it will not be burdened by any orders or benefit from any release resulting from this litigation. Therefore, there will be no adverse effect on any heretofore unknown members of the Class with claims or potential claims against BCNEPA.

Each side will bear its own costs with respect to this dismissal.

///

Dated: August 14, 2008

WOOD & BENDER LLP

By: _____
DAVID E. WOOD
JEFFREY A. KIBURTZ
Attorneys for Plaintiff **JAMES M. CADY**
On Behalf Of Himself And All Others
Similarly Situated

74737v1