**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
  email: eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
  email: mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
  email: pwong@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
111 HUNTINGTON AVENUE
BOSTON, MASSACHUSETTS 02199
TELEPHONE: 617.342.4000
FACSIMILE: 617.342.4001

MICHAEL J. TUTEUR (ADMITTED *PRO HAC VICE*)
  email: mtuteur@foley.com

ATTORNEYS FOR DEFENDANTS, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; AND EMPIRE BLUECROSS BLUESHIELD, A NEW YORK CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                    PLAINTIFF,<br><br>    v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; *ET AL.*<br><br>                    DEFENDANTS. | CASE NO.: CV 08-2753 CW<br><br>**DISCLOSURE OF STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 3-16]<br><br>JUDGE: HON. CLAUDIA WILKEN |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned hereby certifies that Defendants ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; ANTHEM BLUE CROSS AND BLUE SHIELD, an Indiana Corporation; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a Georgia Corporation; and EMPIRE BLUECROSS BLUESHIELD[1], a New York Corporation, are wholly-owned subsidiaries of WellPoint, Inc., a publicly traded entity in the New York Stock Exchange incorporated under the laws of the State of Indiana.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to the Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. WellPoint, Inc., a publicly traded entity in the New York Stock Exchange incorporated under the laws of the State of Indiana, wholly owns the following Defendants in the above-captioned matter: (a) ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, a California Corporation; (b) ANTHEM BLUE CROSS AND BLUE SHIELD, an Indiana Corporation; (c) BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., a Georgia Corporation; and (d) EMPIRE BLUECROSS BLUESHIELD, a New York Corporation.

DATED: AUGUST 15, 2008               FOLEY & LARDNER LLP

BY: /S/ MICHAEL J. TUTEUR
MICHAEL J. TUTEUR (ADMITTED *PRO HAC VICE*)
EILEEN R. RIDLEY
ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ANTHEM BLUE CROSS AND BLUE SHIELD; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.; AND EMPIRE BLUECROSS BLUESHIELD

---

[1] The correct name of this defendant is Empire HealthChoice Assurance, Inc.