| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW |
| 2 | ONE MARITIME PLAZA, SIXTH FLOOR<br>SAN FRANCISCO, CALIFORNIA 94111-3409<br>TELEPHONE: 415.434.4484 |
| 3 | FACSIMILE: 415.434.4507 |
| 4 | EILEEN R. RIDLEY, BAR NO. 151735<br>  email: eridley@foley.com |
| 5 | MICHAEL A. NARANJO, BAR NO. 221449<br>  email: mnaranjo@foley.com<br>PATRICK T. WONG, BAR NO. 233222 |
| 6 |   email: pwong@foley.com |
| 7 | **FOLEY & LARDNER LLP**<br>ATTORNEYS AT LAW |
| 8 | 3000 K STREET NW, SUITE 500<br>WASHINGTON, DC 20007-5143<br>TELEPHONE: 202.672.5300 |
| 9 | FACSIMILE: 202.672.5399 |
| 10 | JACQUELINE M. SAUE (*PRO HAC VICE* APPLICATION PENDING)<br>  email: jsaue@foley.com |
| 11 | ATTORNEYS FOR DEFENDANTS, ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; AND CAPITAL BLUE CROSS, A PENNSYLVANIA CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>    PLAINTIFF,<br><br>  v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; *ET AL.*<br><br>    DEFENDANTS. | CASE NO.: CV 08-2753 CW<br><br>**DISCLOSURE OF STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 3-16]<br><br>JUDGE: HON. CLAUDIA WILKEN |

---

DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.: CV 08-2753-CW

SFCA_1445691.1

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned hereby certifies that:

(1) Defendant ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, an Arkansas Corporation, is a mutual insurance company and thus has no parent corporation and no publicly traded entity owns at least 10 percent of its stock;

(2) BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas Corporation, has no parent corporation and no publicly traded entity owns at least 10 percent of its stock; and

(3) CAPITAL BLUE CROSS, a Pennsylvania Corporation, has no parent corporation and no publicly traded entity owns at least 10 percent of its stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, specifically as to ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas Corporation; and CAPITAL BLUE CROSS, a Pennsylvania Corporation, there is no such interest to report.

DATED: AUGUST 15, 2008    **FOLEY & LARDNER LLP**

BY: /S/ PATRICK T. WONG
JACQUELINE M. SAUE (*PRO HAC VICE* APPLICATION PENDING)
EILEEN R. RIDLEY
MICHAEL A. NARANJO
PATRICK T. WONG
ATTORNEYS FOR DEFENDANTS ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; AND CAPITAL BLUE CROSS, A PENNSYLVANIA CORPORATION