1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
7  Facsimile:  (213) 625-1930

8  Attorneys for Defendant
   BLUE CROSS BLUE SHIELD OF ALABAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated, | Case No. C-08-02753 CW |
| Plaintiffs, | DEFENDANT BLUE CROSS BLUE SHIELD OF ALABAMA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| vs. | [Civil Local Rule 3-16] |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL., | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

////
////
////
////
////
////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95526.1

1

DEFENDANT BLUE CROSS BLUE
SHIELD OF ALABAMA'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1  Dated: August 15, 2008			MESERVE, MUMPER & HUGHES LLP
						William E. von Behren
2						Simon Manoucherian
						Russell G. Gomm
3						Joann V. Lee

4						By:       /s/
5						    Simon Manoucherian
						    Attorneys for Defendant
6						    BLUE CROSS BLUE SHIELD OF
						    ALABAMA

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95526.1                    2        DEFENDANT BLUE CROSS BLUE
                                     SHIELD OF ALABAMA'S
                                     CERTIFICATION OF INTERESTED
                                     ENTITIES OR PERSONS