1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
7  Facsimile: (213) 625-1930

8  Attorneys for Defendant
   BLUE SHIELD OF CALIFORNIA LIFE &
9  HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>    Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

////
////
////
////

| **PARTY** | **CONNECTION** |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| Blue Shield Of California Life & Health Insurance Company | Defendant |
| California Physicians' Service dba Blue Shield of California | Holding Company of Blue Shield Of California Life & Health Insurance Company |
| California Physicians' Service Foundation dba Blue Shield of California Foundation | Subsidiary of California Physicians' Service dba Blue Shield of California |
| CareAmerica Life Insurance Company | Subsidiary of California Physicians' Service dba Blue Shield of California |
| CareTrust Networks | Subsidiary of California Physicians' Service dba Blue Shield of California |

Dated:  August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:      /s/
Simon Manoucherian
Attorneys for Defendant
BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY