William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
BLUE SHIELD OF CALIFORNIA LIFE &
HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>    Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY hereby makes the following disclosures:

////

////

////

////

////

| **PARTY** | **CONNECTION** |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| Blue Shield Of California Life & Health Insurance Company | Defendant |
| California Physicians' Service dba Blue Shield of California | Holding Company of Blue Shield Of California Life & Health Insurance Company |

Dated: August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:     /s/
Simon Manoucherian
Attorneys for Defendant
BLUE SHIELD OF CALIFORNIA
LIFE & HEALTH INSURANCE
COMPANY

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95529.1

2

DEFENDANT BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY'S DISCLOSURE STATEMENT