William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendants
CAREFIRST OF MARYLAND, INC. and
GROUP HOSPITALIZATION AND MEDICAL
SERVICES, INC., both d/b/a CAREFIRST
BLUECROSS BLUESHIELD, erroneously sued
herein as CAREFIRST, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>　　　　　Defendants. | Case No. C-08-02753 CW<br><br>CAREFIRST OF MARYLAND, INC. and GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., both d/b/a CAREFIRST BLUECROSS BLUESHIELD, erroneously sued herein as CAREFIRST, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

////

////

| **PARTY** | **CONNECTION** |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| CAREFIRST OF MARYLAND, INC. d/b/a CAREFIRST BLUECROSS BLUESHIELD, | Defendant |
| GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. d/b/a CAREFIRST BLUECROSS BLUESHIELD | Defendant |
| CFS Health Group, Inc. | Subsidiary of CAREFIRST OF MARYLAND, INC. |
| The GHMSI Companies, Inc. | Subsidiary of GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. |
| CareFirst BlueChoice, Inc. | Subsidiary of GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. and CAREFIRST OF MARYLAND, INC. |
| CapitalCare, Inc. | Subsidiary of GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC. and CAREFIRST OF MARYLAND, INC. |

Dated:  August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By: ___/s/___
Simon Manoucherian
Attorneys for Defendant CAREFIRST OF MARYLAND, INC. and GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., both d/b/a CAREFIRST BLUECROSS BLUESHIELD, erroneously sued herein as CAREFIRST, INC.