William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
BCBSD, INC., erroneously sued as BLUE CROSS BLUE SHIELD OF DELAWARE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BCBSD, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

////
////
////
////
////
////

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

95666.1

1

DEFENDANT BCBSD, INC.'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

| | | |
|---|---|---|
| 1 | Dated: August 15, 2008 | MESERVE, MUMPER & HUGHES LLP |
| 2 | | William E. von Behren<br>Simon Manoucherian |
| 3 | | Russell G. Gomm<br>Joann V. Lee |
| 4 | | |
| 5 | | By:        /s/<br>Simon Manoucherian |
| 6 | | Attorneys for Defendant<br>BCBSD, INC., erroneously sued as |
| 7 | | BLUE CROSS BLUE SHIELD OF<br>DELAWARE |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95666.1

2

DEFENDANT BCBSD, INC.'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS