William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
BCBSD, INC., erroneously sued as BLUE CROSS
BLUE SHIELD OF DELAWARE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BCBSD, INC.'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant BCBSD, INC., erroneously sued as BLUE CROSS BLUE SHIELD OF DELAWARE hereby states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

////

////

////

////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95531.1

1

DEFENDANT BCBSD, INC.'S
DISCLOSURE STATEMENT

1    Dated:  August 15, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee


By: _____/s/_____

    Simon Manoucherian
    Attorneys for Defendant
    BCBSD, INC., erroneously sued as
    BLUE CROSS BLUE SHIELD OF
    DELAWARE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95531.1

2

DEFENDANT BCBSD, INC.'S
DISCLOSURE STATEMENT