William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
EXCELLUS HEALTH PLAN, INC., d/b/a
EXCELLUS BLUECROSS BLUESHIELD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>   Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT EXCELLUS HEALTH PLAN, INC., d/b/a EXCELLUS BLUECROSS BLUESHIELD'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

////

////

////

////

| **PARTY** | **CONNECTION** |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| EXCELLUS HEALTH PLAN, INC., d/b/a EXCELLUS BLUECROSS BLUESHIELD | Defendant |
| Lifetime HealthCare, Inc., d/b/a The Lifetime HealthCare Companies | Sole corporate member of EXCELLUS HEALTH PLAN, INC. |
| Univera Healthcare | An assumed name of EXCELLUS HEALTH PLAN, INC. |

Dated: August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By: _____/s/_____
Simon Manoucherian
Attorneys for Defendant
EXCELLUS HEALTH PLAN, INC.,
d/b/a EXCELLUS BLUECROSS BLUESHIELD