William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
EXCELLUS HEALTH PLAN, INC., d/b/a
EXCELLUS BLUECROSS BLUESHIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>    Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT EXCELLUS HEALTH PLAN, INC., d/b/a EXCELLUS BLUECROSS BLUESHIELD'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant EXCELLUS HEALTH PLAN, INC., d/b/a EXCELLUS BLUECROSS BLUESHIELD hereby makes the following disclosures:

////
////
////
////
////

| | **PARTY** | **CONNECTION** |
|---|---|---|
| | JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| | EXCELLUS HEALTH PLAN, INC., d/b/a EXCELLUS BLUECROSS BLUESHIELD | Defendant |
| | Lifetime HealthCare, Inc., d/b/a The Lifetime HealthCare Companies | Sole corporate member of EXCELLUS HEALTH PLAN, INC. |

Dated:  August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:  /s/
Simon Manoucherian
Attorneys for Defendant
EXCELLUS HEALTH PLAN, INC., d/b/a EXCELLUS BLUECROSS BLUESHIELD