William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
BLUE CROSS BLUE SHIELD OF FLORIDA,
INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>                    Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BLUE CROSS BLUE SHIELD OF FLORIDA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

////

////

////

////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95669.1

1

DEFENDANT BLUE CROSS BLUE
SHIELD OF FLORIDA, INC.'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

| PARTY | CONNECTION |
|-------|------------|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| BLUE CROSS BLUE SHIELD OF FLORIDA, INC. | Defendant |
| TriServe Alliance, LLC | Direct non-majority ownership |
| Prime Therapeutics, LLC | Direct non-majority ownership |
| Capital Health Plan, Inc. | No ownership |
| Blue Foundation for a Healthy Florida, Inc. | No ownership – non-controlling member |
| Navigy Holdings, Inc. | Wholly owned subsidiary |
| Diversified Health Service, Inc. | Wholly owned subsidiary |
| Diversified Service Options, Inc. | Wholly owned subsidiary |
| Navigy, Inc. | Wholly owned subsidiary |
| Health Options, Inc. | Wholly owned subsidiary |
| First Coast Service Options, Inc. | Wholly owned subsidiary |
| Incepture, Inc. | Wholly owned subsidiary |
| Comp Options Insurance Co., Inc. (d/b/a OptaComp) | Wholly owned subsidiary |
| C2C Solutions, Inc. | Wholly owned subsidiary |
| TriCenturion, Inc. | Indirect 50% ownership |
| Availity, LLC | Indirect non-majority ownership |
| Novitas Health, LLC | Indirect 50% ownership |
| BP Informatics, LLC | Indirect 20% ownership |

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95669.1

2

DEFENDANT BLUE CROSS BLUE
SHIELD OF FLORIDA, INC.'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

| PARTY | CONNECTION |
|-------|-----------|
| Med-Vantage, Inc. | Indirect 51% ownership |
| L&SV Partners, LLC | Indirect 50% ownership |
| Group Service Underwriters, Inc. | Indirect 50% ownership |
| Florida Combined Life Insurance Company, Inc. | Indirect 50% ownership |
| Life and Specialty Ventures, LLC | Indirect 50% ownership |
| Select Data Service Admin., Inc. | Indirect non-majority ownership |
| USAble Life | Indirect non-majority ownership |
| Able Benefit Solutions, Inc. | Indirect non-majority ownership |
| Educations Benefits, Inc. | Indirect non-majority ownership |
| USAble Agency, Inc. | Indirect non-majority ownership |

Dated:  August 15, 2008                MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:_____/s/_____

Simon Manoucherian
Attorneys for Defendant
BLUE CROSS BLUE SHIELD OF
FLORIDA, INC.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95669.1

3

DEFENDANT BLUE CROSS BLUE
SHIELD OF FLORIDA, INC.'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS