1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
7  Facsimile: (213) 625-1930

8  Attorneys for Defendant
   BLUE CROSS BLUE SHIELD OF FLORIDA,
9  INC.

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  JAMES M. CADY, an Individual, on          ) Case No. C-08-02753 CW
    Behalf of Himself and All Others          )
14  Similarly Situated,                       ) DEFENDANT BLUE CROSS BLUE
                                              ) SHIELD OF FLORIDA, INC.'S
15              Plaintiffs,                   ) DISCLOSURE STATEMENT
                                              )
16        vs.                                 ) [F.R.C.P. 7.1]
                                              )
17  ANTHEM BLUE CROSS LIFE AND                )
    HEALTH INSURANCE COMPANY,                 )
18  ET AL.,                                   )
                                              )
19              Defendants.                   )
                                              )

20

21        Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant BLUE

22  CROSS BLUE SHIELD OF FLORIDA, INC. hereby states that it has no parent

23  corporation and no publicly held corporation owns ten percent or more of its stock.

24  ////
25  ////
26  ////
27  ////
28  ////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95533.1                              1

DEFENDANT BLUE CROSS BLUE
SHIELD OF FLORIDA, INC.'S
DISCLOSURE STATEMENT

1 | Dated: August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:  /s/
Simon Manoucherian
Attorneys for Defendant
BLUE CROSS BLUE SHIELD OF FLORIDA, INC.