1 William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
2 Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
3 Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
4 Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
5 MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
6 Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
7 Facsimile:  (213) 625-1930

8 Attorneys for Defendant
HAWAII MEDICAL SERVICE ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>                    Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT HAWAII MEDICAL SERVICE ASSOCIATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

////
////
////
////
////
////

| | |
|---|---|
| 1   Dated: August 15, 2008 | MESERVE, MUMPER & HUGHES LLP |
| | William E. von Behren |
| 2 | Simon Manoucherian |
| | Russell G. Gomm |
| 3 | Joann V. Lee |

By: \_\_\_\_\_/s/_____
    Simon Manoucherian
    Attorneys for Defendant
    HAWAII MEDICAL SERVICE
    ASSOCIATION

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

95671.1

2

DEFENDANT HAWAII MEDICAL
SERVICE ASSOCIATION'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS