William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
HAWAII MEDICAL SERVICE ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>        Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT HAWAII MEDICAL SERVICE ASSOCIATION'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant HAWAII MEDICAL SERVICE ASSOCIATION hereby states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

////
////
////
////
////

1  Dated: August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By: _____/s/_____
Simon Manoucherian
Attorneys for Defendant
HAWAII MEDICAL SERVICE ASSOCIATION