William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
HIGHMARK INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD and HIGHMARK BLUE SHIELD, erroneously sued herein as HIGHMARK BLUE CROSS BLUE SHIELD and HIGHMARK BLUESHIELD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>　　　　Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT HIGHMARK INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD and HIGHMARK BLUE SHIELD, erroneously sued herein as HIGHMARK BLUE CROSS BLUE SHIELD and HIGHMARK BLUESHIELD'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report

////

////

////

////

1  Dated: August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:     /s/
Simon Manoucherian
Attorneys for Defendant
HIGHMARK INC. d/b/a
HIGHMARK BLUE CROSS BLUE
SHIELD and HIGHMARK BLUE
SHIELD, erroneously sued herein as
HIGHMARK BLUE CROSS BLUE
SHIELD and HIGHMARK
BLUESHIELD

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95672.1

2

DEFENDANT HIGHMARK INC.'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS