1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
7  Facsimile: (213) 625-1930

8  Attorneys for Defendant
   HIGHMARK INC. d/b/a HIGHMARK BLUE
9  CROSS BLUE SHIELD and HIGHMARK BLUE
   SHIELD, erroneously sued herein as HIGHMARK
10 BLUE CROSS BLUE SHIELD and HIGHMARK
   BLUESHIELD

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 JAMES M. CADY, an Individual, on          )  Case No. C-08-02753 CW
   Behalf of Himself and All Others          )
16 Similarly Situated,                       )  DEFENDANT HIGHMARK INC. d/b/a
                                             )  HIGHMARK BLUE CROSS BLUE
17             Plaintiffs,                   )  SHIELD and HIGHMARK BLUE
                                             )  SHIELD, erroneously sued herein as
18       vs.                                 )  HIGHMARK BLUE CROSS BLUE
                                             )  SHIELD and HIGHMARK
19 ANTHEM BLUE CROSS LIFE AND                )  BLUESHIELD'S DISCLOSURE
   HEALTH INSURANCE COMPANY,                 )  STATEMENT
20 ET AL.,                                   )
                                             )  [F.R.C.P. 7.1]
21             Defendants.                   )
                                             )
22

23       Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant

24 HIGHMARK INC. d/b/a HIGHMARK BLUE CROSS BLUE SHIELD and

25 HIGHMARK BLUE SHIELD, erroneously sued herein as HIGHMARK BLUE

26 CROSS BLUE SHIELD and HIGHMARK BLUESHIELD hereby states that it has

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95536.1                              1                DEFENDANT HIGHMARK INC.'S
                                                      DISCLOSURE STATEMENT

1  no parent corporation and no publicly held corporation owns ten percent or more of
2  its stock.

3

4  Dated: August 15, 2008      MESERVE, MUMPER & HUGHES LLP
                                William E. von Behren
5                               Simon Manoucherian
                                Russell G. Gomm
6                               Joann V. Lee

7                               By: _____/s/_____
8                                  Simon Manoucherian
                                   Attorneys for Defendant
9                                  HIGHMARK INC. d/b/a
                                   HIGHMARK BLUE CROSS BLUE
10                                 SHIELD and HIGHMARK BLUE
                                   SHIELD, erroneously sued herein as
11                                 HIGHMARK BLUE CROSS BLUE
                                   SHIELD and HIGHMARK
12                                 BLUESHIELD

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95536.1                            2                DEFENDANT HIGHMARK INC.'S
                                                    DISCLOSURE STATEMENT