1  William E. von Behren (Bar No. 106642)
   Simon Manoucherian (Bar No. 198760)
2  Russell G. Gomm (Bar No. 231056)
   Joann V. Lee (Bar No. 251653)
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   BLUE CROSS AND BLUE SHIELD OF
7  MASSACHUSETTS, INC.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES M. CADY, an Individual, on          ) Case No. C-08-02753 CW
   Behalf of Himself and All Others          )
12 Similarly Situated,                       ) DEFENDANT BLUE CROSS AND
                                             ) BLUE SHIELD OF
13              Plaintiff,                   ) MASSACHUSETTS, INC.'S
                                             ) CERTIFICATION OF INTERESTED
14         vs.                               ) ENTITIES OR PERSONS
                                             )
15 ANTHEM BLUE CROSS LIFE AND                ) [Civil Local Rule 3-16]
   HEALTH INSURANCE COMPANY,                 )
16 ET AL.,                                   )
                                             )
17              Defendant.                   )
                                             )
18

19         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

20 persons, associations of persons, firms, partnerships, corporations (including parent

21 corporations) or other entities have a financial interest in the subject matter in

22 controversy or in a party to the proceeding:

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

| **PARTY** | **CONNECTION** |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. | Defendant |
| Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. | Subsidiary of BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. |

Dated: August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:  /s/
  Simon Manoucherian
  Attorneys for Defendant
  BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC.