William E. von Behren (Bar No. 106642)
Simon Manoucherian (Bar No. 198760)
Russell G. Gomm (Bar No. 231056)
Joann V. Lee (Bar No. 251653)
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
BLUE CROSS AND BLUE SHIELD OF
MASSACHUSETTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendant. | Case No. C-08-02753 CW<br><br>DEFENDANT BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC. hereby states that it has no parent corporation and it issues no stock.

////
////
////
////
////
////
////

1  Dated:  August 15, 2008
                                       MESERVE, MUMPER & HUGHES LLP
                                       William E. von Behren
                                       Simon Manoucherian
                                       Russell G. Gomm
                                       Joann V. Lee

                                       By: _____/s/_____
                                           Simon Manoucherian
                                           Attorneys for Defendant
                                       BLUE CROSS BLUE SHIELD OF
                                       MASSACHUSETTS, INC.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95541.1

2

DEFENDANT BLUE CROSS AND BLUE
SHIELD OF MASSACHUSETTS, INC.'S
DISCLOSURE STATEMENT