William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
BLUE CROSS BLUE SHIELD OF MICHIGAN,
erroneously sued herein as BCBSM
FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>    Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BLUE CROSS BLUE SHIELD OF MICHIGAN, ERRONEOUSLY SUED HEREIN AS BCBSM FOUNDATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

////
////
////
////
////

1  Dated:  August 15, 2008            MESERVE, MUMPER & HUGHES LLP
                                       William E. von Behren
2                                      Simon Manoucherian
                                       Russell G. Gomm
3                                      Joann V. Lee

4                                      By:      /s/
5                                         Simon Manoucherian
                                          Attorneys for Defendant
6                                         BLUE CROSS BLUE SHIELD OF
                                          MICHIGAN, erroneously sued herein
7                                         as BCBSM FOUNDATION

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95678.1                                    2

DEFENDANT BLUE CROSS BLUE
SHIELD OF MICHIGAN'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS