William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
BCBSM, INC., d/b/a BLUE CROSS BLUE
SHIELD OF MINNESOTA, erroneously sued
herein as BCBSM FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>          Defendant. | Case No. C-08-02753 CW<br><br>DEFENDANT BCBSM, INC., d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA, erroneously sued herein as BCBSM FOUNDATION, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

////

////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95679.1                                1                        DEFENDANT BLUE CROSS BLUE
                                                                SHIELD OF MINNESOTA'S
                                                                CERTIFICATION OF INTERESTED
                                                                ENTITIES OR PERSONS

| PARTY | CONNECTION |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| BCBSM, INC., d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA, erroneously sued herein as BCBSM FOUNDATION, INC. | Defendant |
| AWARE INTEGRATED, INC. | Holding Company of BCBSM, Inc. |

Dated: August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:     /s/
Simon Manoucherian
Attorneys for Defendant
BCBSM, INC., d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA, erroneously sued herein as BCBSM FOUNDATION, INC.