William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
BCBSM, INC., d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA, erroneously sued herein as BCBSM FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendant. | Case No. C-08-02753 CW<br><br>DEFENDANT BCBSM, INC., d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA, erroneously sued herein as BCBSM FOUNDATION, INC.'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant BCBSM, INC., d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA, erroneously sued herein as BCBSM FOUNDATION, INC. hereby makes the following disclosures:

////

////

| **PARTY** | **CONNECTION** |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| BCBSM, INC., d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA, erroneously sued herein as BCBSM FOUNDATION, INC. | Defendant |
| AWARE INTEGRATED, INC. | Holding Company of BCBSM, Inc. |

Dated: August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By: /s/
Simon Manoucherian
Attorneys for Defendant
BCBSM, INC., d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA, erroneously sued herein as BCBSM FOUNDATION, INC.