William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
BLUE CROSS & BLUE SHIELD OF
MISSISSIPPI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BLUE CROSS & BLUE SHIELD OF MISSISSIPPI'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant BLUE CROSS & BLUE SHIELD OF MISSISSIPPI hereby states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

////
////
////
////
////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95544.1                                    1

DEFENDANT BLUE CROSS & BLUE
SHIELD OF MISSISSIPPI'S DISCLOSURE
STATEMENT

1  Dated:  August 15, 2008                MESERVE, MUMPER & HUGHES LLP
                                          William E. von Behren
2                                         Simon Manoucherian
                                          Russell G. Gomm
3                                         Joann V. Lee

4                                         By:      /s/
5                                             Simon Manoucherian
                                              Attorneys for Defendant
6                                             BLUE CROSS & BLUE SHIELD OF
                                              MISSISSIPPI