1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
7  Facsimile:  (213) 625-1930

8  Attorneys for Defendant
   BLUE CROSS AND BLUE SHIELD OF
9  MONTANA, INC.

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  JAMES M. CADY, an Individual, on        ) Case No. C-08-02753 CW
    Behalf of Himself and All Others         )
14  Similarly Situated,                      ) DEFENDANT BLUE CROSS AND
                                             ) BLUE SHIELD OF MONTANA,
15            Plaintiffs,                    ) INC.'S CERTIFICATION OF
                                             ) INTERESTED ENTITIES OR
16      vs.                                  ) PERSONS
                                             )
17  ANTHEM BLUE CROSS LIFE AND               ) [Civil Local Rule 3-16]
    HEALTH INSURANCE COMPANY,                )
18  ET AL.,                                  )
                                             )
19            Defendants.                    )
                                             )
20

21      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

22  than the named parties, there is no such interest to report.

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95681.1                                    1

DEFENDANT BLUE CROSS AND BLUE
SHIELD OF MONTANA, INC.'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

| | |
|---|---|
| Dated: August 15, 2008 | MESERVE, MUMPER & HUGHES LLP<br>William E. von Behren<br>Simon Manoucherian<br>Russell G. Gomm<br>Joann V. Lee<br><br>By:　　/s/<br>　　Simon Manoucherian<br>　　Attorneys for Defendant<br>　　BLUE CROSS AND BLUE SHIELD<br>　　OF MONTANA, INC. |

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

95681.1

2

DEFENDANT BLUE CROSS AND BLUE SHIELD OF MONTANA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS