1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
7  Facsimile: (213) 625-1930

8  Attorneys for Defendant
   BLUE CROSS AND BLUE SHIELD OF
9  MONTANA, INC.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  JAMES M. CADY, an Individual, on       )  Case No. C-08-02753 CW
    Behalf of Himself and All Others       )
14  Similarly Situated,                    )  DEFENDANT BLUE CROSS AND
                                           )  BLUE SHIELD OF MONTANA,
15              Plaintiffs,                )  INC.'S DISCLOSURE STATEMENT
                                           )
16        vs.                              )  [F.R.C.P. 7.1]
                                           )
17  ANTHEM BLUE CROSS LIFE AND             )
    HEALTH INSURANCE COMPANY,              )
18  ET AL.,                                )
                                           )
19              Defendants.                )
                                           )
20

21        Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant BLUE

22  CROSS AND BLUE SHIELD OF MONTANA, INC. hereby states that it has no

23  parent corporation and has no stock.

24  ////
25  ////
26  ////
27  ////
28  ////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95546.1                                   1                DEFENDANT BLUE CROSS AND BLUE
                                                           SHIELD OF MONTANA, INC.'S
                                                           DISCLOSURE STATEMENT

1  Dated: August 15, 2008          MESERVE, MUMPER & HUGHES LLP
                                   William E. von Behren
2                                  Simon Manoucherian
                                   Russell G. Gomm
3                                  Joann V. Lee

4                                  By:     /s/
5                                      Simon Manoucherian
                                        Attorneys for Defendant
6                                       BLUE CROSS AND BLUE SHIELD
                                        OF MONTANA, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95546.1                                2                    DEFENDANT BLUE CROSS AND BLUE
                                                            SHIELD OF MONTANA, INC.'S
                                                            DISCLOSURE STATEMENT