1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
7  Facsimile:  (213) 625-1930

8  Attorneys for Defendant
   HIGHMARK WEST VIRGINIA INC. d/b/a
9  MOUNTAIN STATE BLUE CROSS BLUE
   SHIELD, erroneously sued herein as MOUNTAIN
10 STATE BLUE CROSS BLUE SHIELD, INC.

11               UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13

14 JAMES M. CADY, an Individual, on        ) Case No. C-08-02753 CW
   Behalf of Himself and All Others        )
15 Similarly Situated,                     ) DEFENDANT HIGHMARK WEST
                                           ) VIRGINIA INC. d/b/a MOUNTAIN
16             Plaintiffs,                 ) STATE BLUE CROSS BLUE SHIELD,
                                           ) erroneously sued herein as
17     vs.                                 ) MOUNTAIN STATE BLUE CROSS
                                           ) BLUE SHIELD, INC.'S
18 ANTHEM BLUE CROSS LIFE AND              ) CERTIFICATION OF INTERESTED
   HEALTH INSURANCE COMPANY,               ) ENTITIES OR PERSONS
19 ET AL.,                                 )
                                           ) [Civil Local Rule 3-16]
20             Defendants.                 )
                                           )
21

22     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

23 than the named parties, there is no such interest to report.

24 ////

25 ////

26 ////

27 ////

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95682.1                              1                    DEFENDANT HIGHMARK WEST
                                                          VIRGINIA INC. d/b/a MOUNTAIN STATE
                                                          BLUE CROSS BLUE SHIELD'S
                                                          CERTIFICATION OF INTERESTED

| | |
|---|---|
| 1  Dated:  August 15, 2008 | MESERVE, MUMPER & HUGHES LLP<br>William E. von Behren<br>Simon Manoucherian<br>Russell G. Gomm<br>Joann V. Lee |
| | By:    /s/<br>Simon Manoucherian<br>Attorneys for Defendant<br>HIGHMARK WEST VIRGINIA INC.<br>d/b/a MOUNTAIN STATE BLUE<br>CROSS BLUE SHIELD, erroneously<br>sued herein as MOUNTAIN STATE<br>BLUE CROSS BLUE SHIELD, INC. |

Line numbers: 1–28

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

95682.1

2

DEFENDANT HIGHMARK WEST VIRGINIA INC. d/b/a MOUNTAIN STATE BLUE CROSS BLUE SHIELD'S CERTIFICATION OF INTERESTED