William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
HIGHMARK WEST VIRGINIA INC. d/b/a
MOUNTAIN STATE BLUE CROSS BLUE
SHIELD, erroneously sued herein as MOUNTAIN
STATE BLUE CROSS BLUE SHIELD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT HIGHMARK WEST VIRGINIA INC. d/b/a MOUNTAIN STATE BLUE CROSS BLUE SHIELD, erroneously sued herein as MOUNTAIN STATE BLUE CROSS BLUE SHIELD, INC.'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant HIGHMARK WEST VIRGINIA INC. d/b/a MOUNTAIN STATE BLUE CROSS BLUE SHIELD, erroneously sued herein as MOUNTAIN STATE BLUE CROSS BLUE SHIELD, INC. hereby states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

////

| | |
|---|---|
| Dated:  August 15, 2008 | MESERVE, MUMPER & HUGHES LLP<br>William E. von Behren<br>Simon Manoucherian<br>Russell G. Gomm<br>Joann V. Lee<br><br>By:       /s/<br>          Simon Manoucherian<br>          Attorneys for Defendant<br>          HIGHMARK WEST VIRGINIA INC.<br>          d/b/a MOUNTAIN STATE BLUE<br>          CROSS BLUE SHIELD, erroneously<br>          sued herein as MOUNTAIN STATE<br>          BLUE CROSS BLUE SHIELD, INC. |

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95547.1                              2                              DEFENDANT HIGHMARK WEST
                                                                    VIRGINIA INC. d/b/a MOUNTAIN STATE
                                                                    BLUE CROSS BLUE SHIELD'S
                                                                    DISCLOSURE STATEMENT