1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
7  Facsimile:  (213) 625-1930

8  Attorneys for Defendant
   BLUE CROSS AND BLUE SHIELD OF NORTH
9  CAROLINA

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  JAMES M. CADY, an Individual, on        )  Case No. C-08-02753 CW
    Behalf of Himself and All Others        )
14  Similarly Situated,                     )  DEFENDANT BLUE CROSS AND
                                            )  BLUE SHIELD OF NORTH
15           Plaintiffs,                    )  CAROLINA'S CERTIFICATION OF
                                            )  INTERESTED ENTITIES OR
16      vs.                                 )  PERSONS
                                            )
17  ANTHEM BLUE CROSS LIFE AND              )  [Civil Local Rule 3-16]
    HEALTH INSURANCE COMPANY,               )
18  ET AL.,                                 )
                                            )
19           Defendants.                    )
                                            )
20

21       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

22  than the named parties, there is no such interest to report.

23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

LAW OFFICES
MESERVE, MUMPER & HUGHES LLP

95683.1                             1

DEFENDANT BLUE CROSS AND BLUE
SHIELD OF NORTH CAROLINA'S
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

| | |
|---|---|
| 1  Dated: August 15, 2008 | MESERVE, MUMPER & HUGHES LLP<br>William E. von Behren<br>Simon Manoucherian<br>Russell G. Gomm<br>Joann V. Lee |
| 2 | |
| 3 | |
| 4 | By:     /s/ |
| 5 | Simon Manoucherian<br>Attorneys for Defendant |
| 6 | BLUE CROSS AND BLUE SHIELD<br>OF NORTH CAROLINA |