1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
7  Facsimile:  (213) 625-1930

8  Attorneys for Defendant
   BLUE CROSS AND BLUE SHIELD OF NORTH
9  CAROLINA

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

13  JAMES M. CADY, an Individual, on      )  Case No. C-08-02753 CW
    Behalf of Himself and All Others       )
14  Similarly Situated,                    )  DEFENDANT BLUE CROSS AND
                                           )  BLUE SHIELD OF NORTH
15            Plaintiffs,                   )  CAROLINA'S DISCLOSURE
                                           )  STATEMENT
16       vs.                               )
                                           )  [F.R.C.P. 7.1]
17  ANTHEM BLUE CROSS LIFE AND            )
    HEALTH INSURANCE COMPANY,             )
18  ET AL.,                                )
                                           )
19            Defendants.                  )
                                           )
20

21       Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant BLUE

22  CROSS AND BLUE SHIELD OF NORTH CAROLINA hereby states that it has no

23  parent corporation and no publicly held corporation owns ten percent or more of its

24  stock.

25  ////

26  ////

27  ////

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95549.1                              1

DEFENDANT BLUE CROSS AND BLUE
SHIELD OF NORTH CAROLINA'S
DISCLOSURE STATEMENT

1   Dated:  August 15, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee


By:  _____/s/_____

    Simon Manoucherian
    Attorneys for Defendant
    BLUE CROSS AND BLUE SHIELD
    OF NORTH CAROLINA

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95549.1

2

DEFENDANT BLUE CROSS AND BLUE
SHIELD OF NORTH CAROLINA'S
DISCLOSURE STATEMENT