William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
PREMERA BLUE CROSS, a Washington
Corporation, erroneously sued herein as
PREMERA BLUE CROSS, an Alaska Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT PREMERA BLUE CROSS, a Washington Corporation, erroneously sued herein as PREMERA BLUE CROSS, an Alaska Corporation's CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

////

////

////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95684.1

1

DEFENDANT PREMERA BLUE CROSS'
CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

| **PARTY** | **CONNECTION** |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| PREMERA BLUE CROSS, a Washington Corporation, erroneously sued herein as PREMERA BLUE CROSS, an Alaska Corporation | Defendant |
| PREMERA, a Washington nonprofit corporation | PREMERA is the sole voting member of Premera Blue Cross |

Dated:  August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:  /s/
Simon Manoucherian
Attorneys for Defendant
PREMERA BLUE CROSS, a Washington Corporation, erroneously sued herein as PREMERA BLUE CROSS, an Alaska Corporation