William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
PREMERA BLUE CROSS, a Washington
Corporation, erroneously sued herein as
PREMERA BLUE CROSS, an Alaska Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>　　　　Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT PREMERA BLUE CROSS, a Washington Corporation, erroneously sued herein as PREMERA BLUE CROSS, an Alaska Corporation's DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

　　　　Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant PREMERA BLUE CROSS, a Washington Corporation, erroneously sued herein as PREMERA BLUE CROSS, an Alaska Corporation hereby makes the following disclosures:

| PARTY | CONNECTION |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| PREMERA BLUE CROSS, a Washington Corporation, erroneously sued herein as PREMERA BLUE CROSS, an Alaska Corporation | Defendant |
| PREMERA, a Washington nonprofit corporation | PREMERA is the sole voting member of Premera Blue Cross |

Dated:  August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:     /s/
Simon Manoucherian
Attorneys for Defendant
PREMERA BLUE CROSS, a Washington Corporation, erroneously sued herein as PREMERA BLUE CROSS, an Alaska Corporation

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

95550.1

2

DEFENDANT PREMERA BLUE CROSS' DISCLOSURE STATEMENT