William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
REGENCE BLUESHIELD OF IDAHO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT REGENCE BLUESHIELD OF IDAHO, INC.'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant REGENCE BLUESHIELD OF IDAHO, INC. hereby states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

////
////
////
////
////

| | | |
|---|---|---|
| 1 | Dated:  August 15, 2008 | MESERVE, MUMPER & HUGHES LLP |
| 2 | | William E. von Behren<br>Simon Manoucherian |
| 3 | | Russell G. Gomm<br>Joann V. Lee |
| 4 | | |
| 5 | | By:      /s/<br>    Simon Manoucherian |
| 6 | | Attorneys for Defendant<br>REGENCE BLUESHIELD OF IDAHO, INC. |

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95551.1

2

DEFENDANT REGENCE BLUESHIELD
OF IDAHO, INC.'S DISCLOSURE
STATEMENT