1 William E. von Behren (Bar No. 106642)
  BvonBehren@mmhllp.com
2 Simon Manoucherian (Bar No. 198760)
  SManoucherian@mmhllp.com
3 Russell G. Gomm (Bar No. 231056)
  RGomm@mmhllp.com
4 Joann V. Lee (Bar No. 251653)
  JLee@mmhllp.com
5 MESERVE, MUMPER & HUGHES LLP
  300 South Grand Avenue, 24th Floor
6 Los Angeles, California 90071-3185
  Telephone: (213) 620-0300
7 Facsimile: (213) 625-1930

8 Attorneys for Defendant
  BLUE CROSS & BLUE SHIELD OF RHODE
9 ISLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>  Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BLUE CROSS & BLUE SHIELD OF RHODE ISLAND'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

////
////
////
////
////
////

| | |
|---|---|
| 1  Dated: August 15, 2008 | MESERVE, MUMPER & HUGHES LLP<br>William E. von Behren<br>Simon Manoucherian<br>Russell G. Gomm<br>Joann V. Lee |
| | By:  /s/<br>    Simon Manoucherian<br>    Attorneys for Defendant<br>    BLUE CROSS & BLUE SHIELD OF RHODE ISLAND |