1 William E. von Behren (Bar No. 106642)
  BvonBehren@mmhllp.com
2 Simon Manoucherian (Bar No. 198760)
  SManoucherian@mmhllp.com
3 Russell G. Gomm (Bar No. 231056)
  RGomm@mmhllp.com
4 Joann V. Lee (Bar No. 251653)
  JLee@mmhllp.com
5 MESERVE, MUMPER & HUGHES LLP
  300 South Grand Avenue, 24th Floor
6 Los Angeles, California 90071-3185
  Telephone:  (213) 620-0300
7 Facsimile:  (213) 625-1930

8 Attorneys for Defendant
  BLUE CROSS & BLUE SHIELD OF RHODE
9 ISLAND

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 JAMES M. CADY, an Individual, on        )  Case No. C-08-02753 CW
   Behalf of Himself and All Others        )
14 Similarly Situated,                     )  DEFENDANT BLUE CROSS & BLUE
                                           )  SHIELD OF RHODE ISLAND'S
15          Plaintiffs,                    )  DISCLOSURE STATEMENT
                                           )
16       vs.                               )  [F.R.C.P. 7.1]
                                           )
17 ANTHEM BLUE CROSS LIFE AND              )
   HEALTH INSURANCE COMPANY,               )
18 ET AL.,                                 )
                                           )
19          Defendants.                    )
                                           )

20

21       Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant BLUE

22 CROSS & BLUE SHIELD OF RHODE ISLAND hereby states that it has no parent

23 corporation and no publicly held corporation owns ten percent or more of its stock.

24 ////

25 ////

26 ////

27 ////

28 ////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95553.1                                    1

DEFENDANT BLUE CROSS & BLUE
SHIELD OF RHODE ISLAND'S
DISCLOSURE STATEMENT

1   Dated:  August 15, 2008                    MESERVE, MUMPER & HUGHES LLP
                                               William E. von Behren
2                                              Simon Manoucherian
                                               Russell G. Gomm
3                                              Joann V. Lee

4
                                               By:        /s/
5                                                   Simon Manoucherian
                                                   Attorneys for Defendant
6                                                  BLUE CROSS & BLUE SHIELD OF
                                                   RHODE ISLAND
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95553.1                                    2

DEFENDANT BLUE CROSS & BLUE
SHIELD OF RHODE ISLAND'S
DISCLOSURE STATEMENT