William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>            Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

////
////
////
////
////
////

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

95687.1

1

DEFENDANT BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| 1  Dated: August 15, 2008 | MESERVE, MUMPER & HUGHES LLP<br>William E. von Behren<br>Simon Manoucherian<br>Russell G. Gomm<br>Joann V. Lee |
| | By:     /s/<br>Simon Manoucherian<br>Attorneys for Defendant<br>BLUE CROSS AND BLUE SHIELD<br>OF SOUTH CAROLINA |