1 William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
2 Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
3 Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
4 Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
5 MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
6 Los Angeles, California 90071-3185
Telephone: (213) 620-0300
7 Facsimile: (213) 625-1930

8 Attorneys for Defendant
BLUECROSS BLUESHIELD TENNESSEE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BLUECROSS BLUESHIELD TENNESSEE, INC.'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant BLUECROSS BLUESHIELD TENNESSEE, INC. hereby states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

////

////

////

////

| | |
|---|---|
| 1  Dated: August 15, 2008 | MESERVE, MUMPER & HUGHES LLP<br>William E. von Behren<br>Simon Manoucherian<br>Russell G. Gomm<br>Joann V. Lee |
| | By:       /s/<br>    Simon Manoucherian<br>    Attorneys for Defendant<br>    BLUECROSS BLUESHIELD<br>    TENNESSEE, INC. |

Lines numbered 1–28.