1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
7  Facsimile:  (213) 625-1930

8  Attorneys for Defendant
   BLUE CROSS AND BLUE SHIELD OF
9  VERMONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>    Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT BLUE CROSS AND BLUE SHIELD OF VERMONT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

////
////
////
////
////
////

1  Dated: August 15, 2008                MESERVE, MUMPER & HUGHES LLP
                                         William E. von Behren
2                                        Simon Manoucherian
                                         Russell G. Gomm
3                                        Joann V. Lee

4                                        By:        /s/
5                                             Simon Manoucherian
                                              Attorneys for Defendant
6                                             BLUE CROSS AND BLUE SHIELD
                                              OF VERMONT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95689.1                                  2        DEFENDANT BLUE CROSS AND BLUE
                                                  SHIELD OF VERMONT'S
                                                  CERTIFICATION OF INTERESTED
                                                  ENTITIES OR PERSONS