```
William E. von Behren (Bar No. 106642)
Simon Manoucherian (Bar No. 198760)
Russell G. Gomm (Bar No. 231056)
Joann V. Lee (Bar No. 251653)
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
WELLMARK, INC., d/b/a WELLMARK BLUE
CROSS AND BLUE SHIELD OF IOWA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>　　　　Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

////

////

////

////

////

////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

95690.1                                 1

DEFENDANT WELLMARK, INC., d/b/a
WELLMARK BLUE CROSS AND BLUE
SHIELD OF IOWA'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

| PARTY | CONNECTION |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated | Plaintiffs |
| WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA | Defendant |
| Wellmark of South Dakota, Inc., d/b/a Wellmark Blue Cross and Blue Shield of South Dakota | Subsidiary of WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA |
| Wellmark Health Plan of Iowa, Inc. | Subsidiary of WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA |

Dated: August 15, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:     /s/
Simon Manoucherian
Attorneys for Defendant
WELLMARK, INC., d/b/a
WELLMARK BLUE CROSS AND
BLUE SHIELD OF IOWA

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

95690.1

2

DEFENDANT WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS