William E. von Behren (Bar No. 106642)
Simon Manoucherian (Bar No. 198760)
Russell G. Gomm (Bar No. 231056)
Joann V. Lee (Bar No. 251653)
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
WELLMARK, INC., d/b/a WELLMARK BLUE
CROSS AND BLUE SHIELD OF IOWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an Individual, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,<br><br>Defendants. | Case No. C-08-02753 CW<br><br>DEFENDANT WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA'S DISCLOSURE STATEMENT<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Defendant WELLMARK, INC., d/b/a WELLMARK BLUE CROSS AND BLUE SHIELD OF IOWA hereby states that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

////
////
////
////
////
////

| | | |
|---|---|---|
| 1 | Dated: August 15, 2008 | MESERVE, MUMPER & HUGHES LLP<br>William E. von Behren<br>Simon Manoucherian<br>Russell G. Gomm<br>Joann V. Lee |
| 2 | | |
| 3 | | |
| 4 | | By:      /s/ |
| 5 | | Simon Manoucherian<br>Attorneys for Defendant<br>WELLMARK, INC., d/b/a<br>WELLMARK BLUE CROSS AND<br>BLUE SHIELD OF IOWA |
| 6 | | |
| 7 | | |

Lines 8-28: (blank)