1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
3  Russell G. Gomm (Bar No. 231056)
   RGomm@mmhllp.com
4  Joann V. Lee (Bar No. 251653)
   JLee@mmhllp.com
5  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
6  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
7  Facsimile: (213) 625-1930

8  Attorneys for Defendants
   BLUE CROSS AND BLUE SHIELD OF
9  ALABAMA, BLUE SHIELD OF CALIFORNIA,
   BLUE CROSS BLUE SHIELD OF DELAWARE,
10 BLUE CROSS AND BLUE SHIELD OF
   FLORIDA, INC., BLUECROSS AND
11 BLUESHIELD OF LOUISIANA, BLUECROSS
   BLUESHIELD OF MASSACHUSETTS, INC.,
12 BLUE CROSS BLUE SHIELD OF MICHIGAN,
   BLUE CROSS BLUE SHIELD OF
13 MINNESOTA, BLUE CROSS AND BLUE
   SHIELD OF MISSISSIPPI, BLUE CROSS AND
14 BLUE SHIELD OF MONTANA, INC., BLUE
   CROSS AND BLUE SHIELD OF NORTH
15 CAROLINA, BLUE CROSS AND BLUE
   SHIELD OF RHODE ISLAND, BLUE CROSS
16 AND BLUE SHIELD OF SOUTH CAROLINA,
   BLUECROSS BLUESHEILD OF TENNESSEE,
17 INC., BLUECROSS BLUESHIELD OF
   VERMONT, CAREFIRST BLUECROSS
18 BLUESHIELD, EXCELLUS, INC., HAWAII
   MEDICAL SERVICE ASSOCIATION,
19 HIGHMARK, INC., MOUNTAIN STATE BLUE
   CROSS BLUE SHIELD, PREMERA BLUE
20 CROSS, THE REGENCE GROUP, and
   WELLMARK BLUECROSS BLUESHEILD OF
21 IOWA

22              UNITED STATES DISTRICT COURT

23              NORTHERN DISTRICT OF CALIFORNIA

24

25 JAMES M. CADY, an individual, on        )   Case No. CV 08-02753
   Behalf of Himself and All Others        )
26 Similarly Situated ,                    )   NOTICE OF APPEARANCE
                                           )
27         Plaintiffs,                     )
                                           )
28     vs.

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**

95772.1                           1                    NOTICE OF APPEARANCE

| | |
|---|---|
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL., | |
| Defendants. | |

Notice is hereby given that Russell G. Gomm is hereby appearing in this action on behalf of the above named defendants.

Dated: August 18, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By: \_\_\_\_/s/_____
Russell G. Gomm
Attorneys for Defendants
BLUE CROSS AND BLUE SHIELD OF ALABAMA, BLUE SHIELD OF CALIFORNIA, BLUE CROSS BLUE SHIELD OF DELAWARE, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUECROSS AND BLUESHIELD OF LOUISIANA, BLUECROSS BLUESHIELD OF MASSACHUSETTS, INC., BLUE CROSS BLUE SHIELD OF MICHIGAN, BLUE CROSS BLUE SHIELD OF MINNESOTA, BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI, BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, BLUECROSS BLUESHIELD OF TENNESSEE, INC., BLUECROSS BLUESHIELD OF VERMONT, CAREFIRST BLUECROSS BLUESHIELD, EXCELLUS, INC., HAWAII MEDICAL SERVICE ASSOCIATION, HIGHMARK, INC., MOUNTAIN STATE BLUE CROSS BLUE SHIELD, PREMERA BLUE CROSS, THE REGENCE GROUP, and WELLMARK BLUECROSS BLUESHEILD OF IOWA