ORIGINAL

RECEIVED
AUG 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



FILED
AUG 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ET AL.<br><br>Defendants. | CASE NO.: CV 08-2753 CW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>JUDGE: HON. CLAUDIA WILKEN |

JACQUELINE M. SAUE, an active member in good standing of the following bars: the District of Columbia and Maryland, the United States Supreme Court, the U.S. Court of Appeals for the District of Columbia and Fourth Circuit, and the U.S. District Courts for the District of Maryland and the District of Columbia, and whose address and telephone number are as follows: Foley & Lardner, LLP, 2000 K Street NW, Suite 500, Washington, DC 20007-5143, Telephone: 202.672.5300; Fax: 202.672.5399, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, an Arkansas Corporation; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., a Kansas

1  Corporation; and CAPITAL BLUE CROSS, a Pennsylvania Corporation.

2        IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the
3  terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate *pro hac*
4  *vice*. Service of papers upon and communication with co-counsel designated in the application
5  will constitute notice to the party. All future filings in this action are subject to the requirements
6  contained in General Order No. 45, *Electronic Case Filing*.

7  DATED: AUGUST 20, 2008

9  BY: _____
10 HON. CLAUDIA WILKEN
   U.S. DISTRICT COURT JUDGE

---

2
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: CV 08-2753-CW

SFCA_1444671.1