William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendants
BLUE CROSS AND BLUE SHIELD OF ALABAMA, BLUE SHIELD OF CALIFORNIA, BLUE CROSS BLUE SHIELD OF DELAWARE, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUECROSS AND BLUESHIELD OF LOUISIANA, BLUECROSS BLUESHIELD OF MASSACHUSETTS, INC., BLUE CROSS BLUE SHIELD OF MICHIGAN, BLUE CROSS BLUE SHIELD OF MINNESOTA, BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI, BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, BLUECROSS BLUESHEILD OF TENNESSEE, INC., BLUECROSS BLUESHIELD OF VERMONT, CAREFIRST BLUECROSS BLUESHIELD, EXCELLUS, INC., HAWAII MEDICAL SERVICE ASSOCIATION, HIGHMARK, INC., MOUNTAIN STATE BLUE CROSS BLUE SHIELD, PREMERA BLUE CROSS, THE REGENCE GROUP, and WELLMARK BLUECROSS BLUESHEILD OF IOWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an individual, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. | Case No. CV 08-02753 <br><br> JOINDER IN MOTION OF CERTAIN DEFENDANTS TO CHANGE TIME |

ANTHEM BLUE CROSS LIFE AND
HEALTH INSURANCE COMPANY,
ET AL.,

        Defendants.

For the reasons set forth therein, and for the reasons set forth in the Declaration of William E. von Behren, attached hereto as Exhibit "A", defendants BLUE CROSS AND BLUE SHIELD OF ALABAMA, BLUE SHIELD OF CALIFORNIA, BLUE CROSS BLUE SHIELD OF DELAWARE, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUECROSS AND BLUESHIELD OF LOUISIANA, BLUECROSS BLUESHIELD OF MASSACHUSETTS, INC., BLUE CROSS BLUE SHIELD OF MICHIGAN, BLUE CROSS BLUE SHIELD OF MINNESOTA, BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI, BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, BLUECROSS BLUESHEILD OF TENNESSEE, INC., BLUECROSS BLUESHIELD OF VERMONT, CAREFIRST BLUECROSS BLUESHIELD, EXCELLUS, INC., HAWAII MEDICAL SERVICE ASSOCIATION, HIGHMARK, INC., MOUNTAIN STATE BLUE CROSS BLUE SHIELD, PREMERA BLUE CROSS, THE REGENCE GROUP, and WELLMARK BLUECROSS BLUESHEILD OF IOWA hereby join in the Notice of Motion and Motion of Certain Defendants to Change Time, filed by defendants BLUE CROSS OF IDAHO HEALTH SERVICE, INC., BLUE CROSS AND BLUE SHIELD OF KANSAS CITY, BLUE CROSS AND BLUE SHIELD OF NEBRASKA, HEALTHNOW NEW YORK INC. (D/B/A/ BLUECROSS BLUESHIELD OF WESTERN NEW YORK AND BLUESHIELD OF NORTHEASTERN NEW YORK), BLUE CROSS BLUE SHIELD OF NORTH DAKOTA, AND

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95855.1

2

JOINDER IN MOTION OF CERTAIN
DEFENDANTS TO CHANGE TIME

BLUECROSS BLUESHIELD OF WYOMING and request that this Court postpone all of the deadlines in its June 5, 2008 Order [Docket No. 4], including initial disclosures under Federal Rule of Civil Procedure 26, until resolution of the defendants' pending Motions to Dismiss, which, among other things, challenge the Court's subject matter jurisdiction.

Dated:  August 21, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:      /s/
William E. von Behren
Attorneys for Defendants
BLUE CROSS AND BLUE SHIELD OF ALABAMA, BLUE SHIELD OF CALIFORNIA, BLUE CROSS BLUE SHIELD OF DELAWARE, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUECROSS AND BLUESHIELD OF LOUISIANA, BLUECROSS BLUESHIELD OF MASSACHUSETTS, INC., BLUE CROSS BLUE SHIELD OF MICHIGAN, BLUE CROSS BLUE SHIELD OF MINNESOTA, BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI, BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, BLUECROSS BLUESHEILD OF TENNESSEE, INC., BLUECROSS BLUESHIELD OF VERMONT, CAREFIRST BLUECROSS BLUESHIELD, EXCELLUS, INC., HAWAII MEDICAL SERVICE ASSOCIATION, HIGHMARK, INC., MOUNTAIN STATE BLUE CROSS BLUE SHIELD, PREMERA BLUE CROSS, THE REGENCE GROUP, and WELLMARK BLUECROSS BLUESHEILD OF IOWA

| | |
|---|---|
| 1 | William E. von Behren (Bar No. 106642)<br>BvonBehren@mmhllp.com |
| 2 | Simon Manoucherian (Bar No. 198760)<br>SManoucherian@mmhllp.com |
| 3 | Russell G. Gomm (Bar No. 231056)<br>RGomm@mmhllp.com |
| 4 | Joann V. Lee (Bar No. 251653)<br>JLee@mmhllp.com |
| 5 | MESERVE, MUMPER & HUGHES LLP<br>300 South Grand Avenue, 24th Floor |
| 6 | Los Angeles, California 90071-3185<br>Telephone: (213) 620-0300 |
| 7 | Facsimile: (213) 625-1930 |
| 8 | Attorneys for Defendants<br>BLUE CROSS AND BLUE SHIELD OF |
| 9 | ALABAMA, BLUE SHIELD OF CALIFORNIA,<br>BLUE CROSS BLUE SHIELD OF DELAWARE, |
| 10 | BLUE CROSS AND BLUE SHIELD OF<br>FLORIDA, INC., BLUECROSS AND |
| 11 | BLUESHIELD OF LOUISIANA, BLUECROSS<br>BLUESHIELD OF MASSACHUSETTS, INC., |
| 12 | BLUE CROSS BLUE SHIELD OF MICHIGAN,<br>BLUE CROSS BLUE SHIELD OF |
| 13 | MINNESOTA, BLUE CROSS AND BLUE<br>SHIELD OF MISSISSIPPI, BLUE CROSS AND |
| 14 | BLUE SHIELD OF MONTANA, INC., BLUE<br>CROSS AND BLUE SHIELD OF NORTH |
| 15 | CAROLINA, BLUE CROSS AND BLUE<br>SHIELD OF RHODE ISLAND, BLUE CROSS |
| 16 | AND BLUE SHIELD OF SOUTH CAROLINA,<br>BLUECROSS BLUESHEILD OF TENNESSEE, |
| 17 | INC., BLUECROSS BLUESHIELD OF<br>VERMONT, CAREFIRST BLUECROSS |
| 18 | BLUESHIELD, EXCELLUS, INC., HAWAII<br>MEDICAL SERVICE ASSOCIATION, |
| 19 | HIGHMARK, INC., MOUNTAIN STATE BLUE<br>CROSS BLUE SHIELD, PREMERA BLUE |
| 20 | CROSS, THE REGENCE GROUP, and<br>WELLMARK BLUECROSS BLUESHEILD OF |
| 21 | IOWA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 25 | JAMES M. CADY, an individual, on<br>Behalf of Himself and All Others<br>Similarly Situated, | ) Case No. CV 08-02753<br>)<br>) DECLARATION OF WILLIAM E. |
| 26 | | ) VON BEHREN IN SUPPORT OF |
| 27 | Plaintiffs, | ) JOINDER IN MOTION OF CERTAIN<br>) DEFENDANTS TO CHANGE TIME |
| 28 | vs. | |

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95854.1                                   1                  DECLARATION OF WILLIAM E. VON BEHREN

ANTHEM BLUE CROSS LIFE AND
HEALTH INSURANCE COMPANY,
ET AL.,

      Defendants.

I, William E. von Behren, hereby declare as follows:

    1.    I am an attorney at law licensed to practice before all Courts of the State of California and this Court. I am a partner in the law firm of Meserve, Mumper & Hughes, LLP, attorneys of record for defendants BLUE CROSS AND BLUE SHIELD OF ALABAMA, BLUE SHIELD OF CALIFORNIA, BLUE CROSS BLUE SHIELD OF DELAWARE, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUECROSS AND BLUESHIELD OF LOUISIANA, BLUECROSS BLUESHIELD OF MASSACHUSETTS, INC., BLUE CROSS BLUE SHIELD OF MICHIGAN, BLUE CROSS BLUE SHIELD OF MINNESOTA, BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI, BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, BLUECROSS BLUESHEILD OF TENNESSEE, INC., BLUECROSS BLUESHIELD OF VERMONT, CAREFIRST BLUECROSS BLUESHIELD, EXCELLUS, INC., HAWAII MEDICAL SERVICE ASSOCIATION, HIGHMARK, INC., MOUNTAIN STATE BLUE CROSS BLUE SHIELD, PREMERA BLUE CROSS, THE REGENCE GROUP, and WELLMARK BLUECROSS BLUESHEILD OF IOWA ("Represented Defendants"). I am the attorney primarily responsible for handling this action on behalf of Represented Defendants. As such, I have personal knowledge of the facts contained in this Declaration, and if called upon as a witness, I could and would competently testify

1  to these facts under oath.  I make this Declaration in support of these defendants'
2  Joinder in the Motion of Certain Defendants to Change Time.

3   2. I am informed and believe that each individual Represented Defendant
4  is a separate and distinct company, despite the fact that each is licensed to use the
5  name or names "Blue Cross" and/or "Blue Shield."

6   3. I am informed and believe that each individual Represented Defendant
7  has its own employees, separate and distinct from those of any other Represented
8  Defendant.

9   4. I am informed and believe that each individual Represented Defendant
10  has its own system for documenting claims information.

11   5. I am informed and believe that each individual Represented Defendant
12  has its own computer system or systems, including systems to store, manage, and
13  administer claim data.

14   6. In order to prepare its initial disclosures pursuant to Federal Rules of
15  Civil Procedure ("FRCP"), Rule 26(a)(1), each individual Represented Defendant
16  would be required to determine, among other things, what claims, if any, it had
17  received or processed for RFA.

18   7. For various reasons, including because RFA was not assigned its own
19  CPT Code until very recently, each individual Represented Defendant would be
20  required to devote significant resources to prepare its initial disclosures.  The
21  amount of resources would vary depending on the size, type of claims-management
22  system, type of computer system or systems, CPT codes used, and other factors of
23  each individual Represented Defendant.  I am informed and believe that the amount
24  of person-hours thus required for each individual Represented Defendant to prepare
25  its initial disclosures could be as little as approximately five hours or as much as
26  hundreds of hours.

27   8. On August 19, 2008, I spoke via telephone with Jeffrey A. Kiburtz of
28  Wood & Bender, counsel for plaintiff JAMES M. CADY.  I explained to plaintiff's

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

95854.1                                        3

DECLARATION OF WILLIAM E. VON BEHREN

1  counsel the tremendous burdens associated with the Represented Defendants'
2  complying with the obligations of FRCP 26 and this Court's Case Management
3  Order at this early stage, including making initial disclosures pursuant to FRCP
4  26(a)(1), especially considering the pending Motions to Dismiss.  I requested that
5  plaintiff's counsel stipulate to request that the Court postpone the deadlines set in its
6  June 4, 2008 Order, until after the Court ruled on the issues set forth in the
7  defendants' Motions to Dismiss.

8      9.  In the above-referenced telephone conversation, Plaintiff's counsel
9  refused to so stipulate.

10      Executed this 21st day of August, 2008, at Los Angeles, California.

11      I declare under penalty of perjury under the laws of the United States of
12  America that the foregoing is true and correct.

13                                                 /s/
14                                             William E. von Behren

15
16
17
18
19
20
21
22
23
24
25
26
27
28