UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James M. Cady

          Plaintiff(s),

v.

Anthem Blue Cross et al.

          Defendant(s).

_____/

Case No. C 08-02753 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/19/08

Dated: 8/25/08

_____
[Party]
Executive Counsel - WellPoint

_____
[Counsel]
Eileen R Ridley -
Foley & Lardner LLP