UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James M. Cady, on Behalf of Himself
and All Others Similarly Situated
             Plaintiff(s),

v.

Anthem Blue Cross Life and Health
Insurance Co. et al.,
             Defendant(s).

Case No. CV-08-2753-CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/25/08

[Party] Senior Vice President & General Counsel
Blue Cross Blue Shield of North Dakota

Dated: 8/26/08

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05