UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James M. Cady, on Behalf of Himself
and All Others Similarly Situated
                 Plaintiff(s),

Case No. CV-08-2753-CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Anthem Blue Cross Life and Health
Insurance Co. et al.,
                 Defendant(s).
_____/

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/26/08

Dated: 8/26/08

_____
[Party]  Blue Cross Blue Shield of
        Kansas City

_____
[Counsel]