UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James M. Cady, on Behalf of Himself
and All Others Similarly Situated
                    Plaintiff(s),

                    v.

Anthem Blue Cross Life and Health
Insurance Co. et al.,
                    Defendant(s).
_____/

Case No.  CV-08-2753-CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

          Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

          (1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

          (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

          (3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 8/26/08

Dated: 8/26/08

Blue Cross of Idaho Health Service, Inc.
[Party] Elaine A. Arnold
          Elaine A. Arnold
          Associate General Consel
[Counsel]