UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James M. Cady, on Behalf of Himself and
All Others Similarly Situated

                    Plaintiff(s),

                        v.

Anthem Blue Cross Life and Health
Insurance Co. et al.,

                    Defendant(s).
_____/

CASE NO. CV-08-2753-CW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  September 16, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Kathleen Taylor Sooy / | Blue Cross of Idaho Health Service, Inc.; Blue Cross and Blue Shield of Kansas City; Blue Cross and Blue Shield of Nebraska [parties continued below] | | |
| [parties continued] | HealthNow New York Inc. (d/b/a/ BlueCross BlueShield of Western New York and BlueShield of Northeastern New York); Blue Cross Blue Shield of North Dakota; [parties continued below] | | |
| [parties continued] | BlueCross BlueShield of Wyoming / | (202) 624-2500 / | ksooy@crowell.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                                           Attorney for Plaintiff

Dated: 8/26/08

                                                                           Attorney for Defendant

Rev 12.05