**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
  email: eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
  email: mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
  email: pwong@foley.com

ATTORNEYS FOR DEFENDANTS, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; CAPITAL BLUE CROSS, A PENNSYLVANIA CORPORATION; AND EMPIRE BLUECROSS BLUESHIELD, A NEW YORK CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; *ET AL.*<br><br>DEFENDANTS. | CASE NO.: CV 08-2753 CW<br><br>**JOINDER IN MOTION OF CERTAIN DEFENDANTS TO CHANGE TIME**<br><br>JUDGE: HON. CLAUDIA WILKEN |

For the reasons set forth therein, and for the reasons set forth in the Declaration of Eileen R. Ridley, attached hereto as Exhibit "A", Defendants ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ANTHEM BLUE CROSS AND BLUE SHIELD; BLUE

1  CROSS AND BLUE SHIELD OF GEORGIA, INC.; EMPIRE BLUECROSS BLUESHIELD[1];
2  ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY;
3  BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.; and CAPITAL BLUE CROSS
4  hereby join in the Notice of Motion and Motion of Certain Defendants to change time, filed by
5  Defendants BLUE CROSS OF IDAHO HEALTH SERVICE, INC.; BLUE CROSS AND BLUE
6  SHIELD OF KANSAS CITY; BLUE CROSS AND BLUE SHIELD OF NEBRASKA;
7  HEALTHNOW NEW YORK INC. (D/B/A/ BLUECROSS BLUESHIELD OF WESTERN
8  NEW YORK AND BLUESHIELD OF NORTHEASTERN NEW YORK); BLUE CROSS
9  BLUE SHIELD OF NORTH DAKOTA, AND BLUECROSS BLUESHIELD OF WYOMING
10 on August 21, 2008 [Dkt. # 102], and request that this Court postpone all of the deadlines in its
11 June 5, 2008 Order [Dkt. # 4], including initial disclosures under the Rule 26 of the Federal
12 Rules of Civil Procedure, pending the resolution of the Defendants' Motions to Dismiss, which
13 challenge the Court's subject matter jurisdiction, among other things.

DATED: AUGUST 27, 2008          **FOLEY & LARDNER LLP**

BY: /S/_____
EILEEN R. RIDLEY
DEFENDANTS ANTHEM BLUE CROSS LIFE AND
HEALTH INSURANCE COMPANY; ANTHEM BLUE
CROSS AND BLUE SHIELD; BLUE CROSS AND BLUE
SHIELD OF GEORGIA, INC.; AND EMPIRE
HEALTHCHOICE ASSURANCE, INC.; ARKANSAS
BLUE CROSS AND BLUE SHIELD, A MUTUAL
INSURANCE COMPANY; BLUE CROSS AND BLUE
SHIELD OF KANSAS, INC.; AND CAPITAL BLUE
CROSS

---

[1] The correct name of this defendant is Empire HealthChoice Assurance, Inc.

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
  email: eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
  email: mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
  email: pwong@foley.com

ATTORNEYS FOR DEFENDANTS, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; CAPITAL BLUE CROSS, A PENNSYLVANIA CORPORATION; AND EMPIRE BLUECROSS BLUESHIELD, A NEW YORK CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; *ET AL.*<br><br>DEFENDANTS. | CASE NO.: CV 08-2753 CW<br><br>**DECLARATION OF EILEEN R. RIDLEY IN SUPPORT OF JOINDER IN MOTION OF CERTAIN DEFENDANTS TO CHANGE TIME**<br><br>JUDGE: HON. CLAUDIA WILKEN |

I, Eileen R. Ridley, declare as follows:

    1.    I am an attorney at law, licensed to practice in the State of California and before this Court. I am a partner with the law firm of Foley & Lardner LLP, lead counsel of record for Defendants ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ANTHEM BLUE CROSS AND BLUE SHIELD; BLUE CROSS AND BLUE SHIELD OF

DECLARATION OF EILEEN R. RIDLEY IN SUPPORT OF JOINDER IN MOTION OF CERTAIN DEFENDANTS TO CHANGE TIME
CASE NO.: CV 08-2753-CW

SFCA_1450678.2

1  GEORGIA, INC.; EMPIRE BLUECROSS BLUESHIELD[1]; ARKANSAS BLUE CROSS AND
2  BLUE SHIELD, A MUTUAL INSURANCE COMPANY; BLUE CROSS AND BLUE
3  SHIELD OF KANSAS, INC.; and CAPITAL BLUE CROSS (hereinafter individually and
4  collectively referred to as "Defendant(s)") in the above-captioned cases.  I have personal
5  knowledge of the matters stated herein and, if called to do so, could and would testify of my own
6  personal knowledge to the facts set forth below.

7      2.   I am informed and believe that each individual Defendant is a separate and
8  distinct legal entity.

9      3.   I am informed and believe that, as for Defendants ANTHEM BLUE CROSS
10 LIFE AND HEALTH INSURANCE COMPANY; ANTHEM BLUE CROSS AND BLUE
11 SHIELD; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.; and EMPIRE
12 BLUECROSS BLUESHIELD, while each individual Defendant is now part of a larger health
13 insurance company, each continues to have many of its own employees, separate and distinct
14 from those of any other Defendant.

15     4.   As for Defendants ARKANSAS BLUE CROSS AND BLUE SHIELD, A
16 MUTUAL INSURANCE COMPANY; BLUE CROSS AND BLUE SHIELD OF KANSAS,
17 INC.; and CAPITAL BLUE CROSS, each individual Defendant has its own employees, separate
18 and distinct from those of any other Defendant.

19     5.   I am informed and believe that each individual Defendant has, or during portions
20 of the alleged class period, has had, its own system for documenting claims information.

21     6.   I am informed and believe that each individual Defendant has, or during portions
22 of the alleged class period, has had, its own computer system or systems, including systems to
23 store, manage, and administer claims data.

24     7.   In order to prepare its Rule 26 initial disclosures, each individual Defendant
25 would be required to determine, among other things, what claims, if any, it had received or
26 processed for RFA.

---

[1] The correct name of this defendant is Empire HealthChoice Assurance, Inc.

2
DECLARATION OF EILEEN R. RIDLEY IN SUPPORT OF JOINDER IN MOTION OF CERTAIN
DEFENDANTS TO CHANGE TIME
CASE NO.: CV 08-2753-CW

SFCA_1450678.2

1      8.    For various reasons, including because RFA was not assigned its own CPT code
2  until very recently, each individual Defendant would be required to devote significant resources
3  to prepare its initial disclosures.  The amount of resources would vary depending on the size,
4  type of claims-management system, type of computer system or systems, CPT codes used, and
5  other factors of each individual Defendant.  I am informed and believe that the amount of
6  person-hours alone required for Defendants to prepare its initial disclosures could be as
7  significant as hundreds of hours.
8      9.    Attorneys from Counsel's firm, including myself, have spoke with Plaintiff's
9  counsel regarding the postponement of Rule 26 disclosures and other discovery pending the
10 resolution of the pending Motions to Dismiss.  I am also aware that counsel for the other
11 defendants have also communicated with counsel for Plaintiff regarding the same issues.  In all
12 occasions, Plaintiff's counsel refused to stipulate.
13     I declare under penalty of perjury under the laws of the State of California and the United
14 States of America that the foregoing is true and correct.

16 DATED: AUGUST 27, 2008        BY:  /S/_____
                                                     EILEEN R. RIDLEY

---

3
DECLARATION OF EILEEN R. RIDLEY IN SUPPORT OF JOINDER IN MOTION OF CERTAIN
DEFENDANTS TO CHANGE TIME
CASE NO.: CV 08-2753-CW

SFCA_1450678.2