EDWARD J. NEVIN, STATE BAR NO. 41226
**NEVIN & ABLOSOM**
22 BATTERY STREET, SUITE 333
SAN FRANCISCO, CALIFORNIA 94111
TEL: (415) 392-5040
FAX: (415) 392-3729
E-MAIL: ed.nevin@333law.com

DAVID E. WOOD, STATE BAR NO. 121170
JEFFREY A. KIBURTZ, STATE BAR NO. 228127
**WOOD & BENDER LLP**
864 E. SANTA CLARA STREET
SAN BUENAVENTURA, CALIFORNIA 93001
TEL: (805) 288-1300
FAX: (805) 288-1301
E-MAIL: dew@wood-bender.com
E-MAIL: jak@wood-bender.com

ATTORNEYS FOR PLAINTIFF, JAMES A. CADY ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
  email: eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
  email: mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
  email: pwong@foley.com

ATTORNEYS FOR DEFENDANTS, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; CAPITAL BLUE CROSS, A PENNSYLVANIA CORPORATION; AND EMPIRE BLUECROSS BLUESHIELD, A NEW YORK CORPORATION

WILLIAM E. VON BEHREN (BAR NO. 106642)
  BvonBehren@mmhllp.com
SIMON MANOUCHERIAN (BAR NO. 198760)
  SManoucherian@mmhllp.com
RUSSELL G. GOMM (BAR NO. 231056)
  RGomm@mmhllp.com
JOANN V. LEE (BAR NO. 251653)
  JLee@mmhllp.com
**MESERVE, MUMPER & HUGHES LLP**
300 SOUTH GRAND AVENUE, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3185
TELEPHONE: (213) 620-0300
FACSIMILE: (213) 625-1930

ATTORNEYS FOR DEFENDANTS
BLUE CROSS AND BLUE SHIELD OF ALABAMA, BLUE SHIELD OF CALIFORNIA, BLUE CROSS BLUE SHIELD OF DELAWARE, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUECROSS AND BLUESHIELD OF LOUISIANA, BLUECROSS BLUESHIELD OF MASSACHUSETTS, INC., BLUE CROSS BLUE SHIELD OF MICHIGAN, BLUE CROSS BLUE SHIELD OF MINNESOTA, BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI, BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, BLUECROSS BLUESHIELD OF TENNESSEE, INC., BLUECROSS BLUESHIELD OF VERMONT, CAREFIRST BLUECROSS BLUESHIELD, EXCELLUS, INC., HAWAII MEDICAL SERVICE ASSOCIATION, HIGHMARK, INC., MOUNTAIN STATE BLUE CROSS BLUE SHIELD, PREMERA BLUE CROSS, THE REGENCE GROUP, AND WELLMARK BLUECROSS BLUESHIELD OF IOWA

STIPULATION REGARDING ADR
CASE NO.: CV 08-2753-CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**OAKLAND DIVISION**

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>V.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ET AL.<br><br>DEFENDANTS. | CASE NO.: CV 08-2753 CW<br><br>**STIPULATION REGARDING ADR**<br><br>JUDGE: HON. CLAUDIA WILKEN<br><br>CASE MANAGEMENT: SEPTEMBER 16, 2008 |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, Counsel for Plaintiff JAMES M. CADY and Defendants ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY; ANTHEM BLUE CROSS AND BLUE SHIELD; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.; CAPITAL BLUE CROSS; and EMPIRE BLUECROSS BLUESHIELD[1]; BLUE CROSS AND BLUE SHIELD OF ALABAMA; BLUE SHIELD OF CALIFORNIA; BLUE CROSS BLUE SHIELD OF DELAWARE; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.; BLUECROSS AND BLUESHIELD OF LOUISIANA; BLUECROSS BLUESHIELD OF MASSACHUSETTS, INC.; BLUE CROSS BLUE SHIELD OF MICHIGAN; BLUE CROSS BLUE SHIELD OF MINNESOTA; BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI; BLUE CROSS AND BLUE SHIELD OF MONTANA, INC.; BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA; BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA; BLUECROSS

---

[1] The correct name of this defendant is Empire HealthChoice Assurance, Inc.

BLUESHEILD OF TENNESSEE, INC.; BLUECROSS BLUESHIELD OF VERMONT; CAREFIRST BLUECROSS BLUESHIELD; EXCELLUS, INC.; HAWAII MEDICAL SERVICE ASSOCIATION; HIGHMARK, INC.; MOUNTAIN STATE BLUE CROSS BLUE SHIELD; PREMERA BLUE CROSS; THE REGENCE GROUP; and WELLMARK BLUECROSS BLUESHIELD OF IOWA report that they have met and conferred regarding ADR, and have discussed and reached the following:

(1)  Given Defendants' pending motions to dismiss Plaintiff's complaint, the Parties agree that this case is not ready for an ADR process; however,

(2)  To the extent that the Court requires the Parties to agree at this time to an ADR process, the Parties elect to proceed through private mediation, the details of which (including the date of the proceeding) will be agreed upon by the Parties at a later time.

DATED: AUGUST 26, 2008        NEVIN & ABLOSOM

BY: _____
EDWARD J. NEVIN
ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

DATED: AUGUST 26, 2008        WOOD & BENDER LLP

BY: _____
DAVID E. WOOD
JEFFREY A. KIBURTZ
ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

DATED: AUGUST 26, 2008        FOLEY & LARDNER LLP

BY: _____
MICHAEL J. TUTEUR (ADMITTED PRO HAC VICE)
EILEEN R. RIDLEY
ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE

BLUESHEILD OF TENNESSEE; INC.; BLUECROSS BLUESHIELD OF VERMONT; CAREFIRST BLUECROSS BLUESHIELD; EXCELLUS, INC.; HAWAII MEDICAL SERVICE ASSOCIATION; HIGHMARK, INC.; MOUNTAIN STATE BLUE CROSS BLUE SHIELD; PREMERA BLUE CROSS; THE REGENCE GROUP; and WELLMARK BLUECROSS BLUESHIELD OF IOWA report that they have met and conferred regarding ADR, and have discussed and reached the following:

    (1)    Given Defendants' pending motions to dismiss Plaintiff's complaint, the Parties agree that this case is not ready for an ADR process; however,

    (2)    To the extent that the Court requires the Parties to agree at this time to an ADR process, the Parties elect to proceed through private mediation, the details of which (including the date of the proceeding) will be agreed upon by the Parties at a later time.

DATED: AUGUST 26, 2008          **NEVIN & ABLOSOM**

BY: _____
EDWARD J. NEVIN
ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

DATED: AUGUST 26, 2008          **WOOD & BENDER LLP**

BY: _____
DAVID E. WOOD
JEFFREY A. KIBURTZ
ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

DATED: AUGUST 26, 2008          **FOLEY & LARDNER LLP**

BY: _____
MICHAEL J. TUTEUR (ADMITTED *PRO HAC VICE*)
EILEEN R. RIDLEY
ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE

1  BLUESHEILD OF TENNESSEE; INC.; BLUECROSS BLUESHIELD OF VERMONT;
2  CAREFIRST BLUECROSS BLUESHIELD; EXCELLUS, INC.; HAWAII MEDICAL
3  SERVICE ASSOCIATION; HIGHMARK, INC.; MOUNTAIN STATE BLUE CROSS BLUE
4  SHIELD; PREMERA BLUE CROSS; THE REGENCE GROUP; and WELLMARK
5  BLUECROSS BLUESHIELD OF IOWA report that they have met and conferred regarding
6  ADR, and have discussed and reached the following:
7      (1)    Given Defendants' pending motions to dismiss Plaintiff's complaint, the Parties
8  agree that this case is not ready for an ADR process; however,
9      (2)    To the extent that the Court requires the Parties to agree at this time to an ADR
10 process, the Parties elect to proceed through private mediation, the details of which (including
11 the date of the proceeding) will be agreed upon by the Parties at a later time.

DATED: AUGUST 26, 2008                **NEVIN & ABLOSOM**

BY: _____
EDWARD J. NEVIN
ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF
OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

DATED: AUGUST 26, 2008                **WOOD & BENDER LLP**

BY: _____
DAVID E. WOOD
JEFFREY A. KIBURTZ
ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF
OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

DATED: AUGUST 26, 2008                **FOLEY & LARDNER LLP**

BY: _____
MICHAEL J. TUTEUR (ADMITTED PRO HAC VICE)
EILEEN R. RIDLEY
ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS
LIFE AND HEALTH INSURANCE COMPANY, A
CALIFORNIA CORPORATION; ANTHEM BLUE CROSS
AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE

|   |   |
|---|---|
| 1 | CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; AND EMPIRE HEALTHCHOICE ASSURANCE, INC., A NEW YORK CORPORATION |
| 2 |   |
| 3  DATED: AUGUST 26, 2008 | **FOLEY & LARDNER LLP** |

BY: /s/ *(signature)*
JACQUELINE M. SAUE (ADMITTED *PRO HAC VICE*)
EILEEN R. RIDLEY
ATTORNEYS FOR DEFENDANTS ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; AND CAPITAL BLUE CROSS, A PENNSYLVANIA CORPORATION

DATED: AUGUST 26, 2008            **MESERVE, MUMPER & HUGHES LLP**

BY:_____
WILLIAM VON BEHREN
SIMON MANOUCHERIAN
RUSSELL G. GOMM
MESERVE, MUMPER & HUGHES LLP
300 SOUTH GRAND AVE., STE. 2400
LOS ANGELES, CA 90071
T: 213.620.0300
F: 213.625.1930

ATTORNEYS FOR DEFENDANTS BLUE CROSS AND BLUE SHIELD OF ALABAMA, AN ALABAMA CORPORATION; BLUE CROSS BLUE SHIELD OF DELAWARE, A DELAWARE CORPORATION; EXCELLUS BLUECROSS BLUESHIELD, A NEW YORK CORPORATION; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., A FLORIDA CORPORATION; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; HAWAII MEDICAL SERVICE ASSOCIATION, A HAWAII CORPORATION; HIGHMARK BLUE CROSS BLUE SHIELD, A PENNSYLVANIA CORPORATION; HIGHMARK BLUE SHIELD, A PENNSYLVANIA CORPORATION; BLUE CROSS AND BLUE SHIELD OF LOUISIANA, A LOUISIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., A MASSACHUSETTS CORPORATION; BCBSM FOUNDATION, A MICHIGAN CORPORATION; BCBSM FOUNDATION, INC., A MINNESOTA CORPORATION; BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., A MONTANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF

CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; AND EMPIRE HEALTHCHOICE ASSURANCE, INC., A NEW YORK CORPORATION

DATED: AUGUST 26, 2008              **FOLEY & LARDNER LLP**

BY: _____
    JACQUELINE M. SAUE (ADMITTED *PRO HAC VICE*)
    EILEEN R. RIDLEY
    ATTORNEYS FOR DEFENDANTS ARKANSAS BLUE
    CROSS AND BLUE SHIELD, A MUTUAL INSURANCE
    COMPANY, AN ARKANSAS CORPORATION; BLUE CROSS
    AND BLUE SHIELD OF KANSAS, INC., A KANSAS
    CORPORATION; AND CAPITAL BLUE CROSS, A
    PENNSYLVANIA CORPORATION

DATED: AUGUST 26, 2008              **MESERVE, MUMPER & HUGHES LLP**

BY: _/s/ William von Behren_____
    WILLIAM VON BEHREN
    SIMON MANOUCHERIAN
    RUSSELL G. GOMM
    MESERVE, MUMPER & HUGHES LLP
    300 SOUTH GRAND AVE., STE. 2400
    LOS ANGELES, CA 90071
    T: 213.620.0300
    F: 213.625.1930

    ATTORNEYS FOR DEFENDANTS BLUE CROSS AND BLUE
    SHIELD OF ALABAMA, AN ALABAMA CORPORATION;
    BLUE CROSS BLUE SHIELD OF DELAWARE, A
    DELAWARE CORPORATION; EXCELLUS BLUECROSS
    BLUESHIELD, A NEW YORK CORPORATION; BLUE
    CROSS AND BLUE SHIELD OF FLORIDA, INC., A
    FLORIDA CORPORATION; BLUE SHIELD OF
    CALIFORNIA LIFE & HEALTH INSURANCE
    COMPANY, A CALIFORNIA CORPORATION; HAWAII
    MEDICAL SERVICE ASSOCIATION, A HAWAII
    CORPORATION; HIGHMARK BLUE CROSS BLUE
    SHIELD, A PENNSYLVANIA CORPORATION; HIGHMARK
    BLUE SHIELD, A PENNSYLVANIA CORPORATION; BLUE
    CROSS AND BLUE SHIELD OF LOUISIANA, A
    LOUISIANA CORPORATION; BLUE CROSS AND BLUE
    SHIELD OF MASSACHUSETTS, INC., A
    MASSACHUSETTS CORPORATION; BCBSM FOUNDATION,
    A MICHIGAN CORPORATION; BCBSM FOUNDATION,
    INC., A MINNESOTA CORPORATION; BLUE CROSS AND
    BLUE SHIELD OF MONTANA, INC., A MONTANA
    CORPORATION; BLUE CROSS AND BLUE SHIELD OF

4
STIPULATION REGARDING ADR
CASE NO.: CV 08-2753-CW

SFCA_1450659.1

| | |
|---|---|
| 1 | NORTH CAROLINA, A NORTH CAROLINA CORPORATION; PREMERA BLUE CROSS, A WASHINGTON CORPORATION; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, A SOUTH CAROLINA CORPORATION; BLUECROSS BLUESHIELD OF TENNESSEE, INC., A TENNESSEE CORPORATION; REGENCE BLUESHIELD OF IDAHO, AN IDAHO CORPORATION; THE REGENCE GROUP, AN OREGON CORPORATION; BLUE CROSS AND BLUE SHIELD OF VERMONT, A VERMONT CORPORATION; BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, A MISSISSIPPI CORPORATION; BLUE CROSS & BLUE SHIELD OF RHODE ISLAND, A RHODE ISLAND CORPORATION; WELLMARK, INC., AN IOWA CORPORATION; MOUNTAIN STATE BLUE CROSS AND BLUE SHIELD, INC., A WEST VIRGINIA CORPORATION; AND CAREFIRST, INC., A MARYLAND CORPORATION |