William E. von Behren (Bar No. 106642)
BvonBehren@mmhllp.com
Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Russell G. Gomm (Bar No. 231056)
RGomm@mmhllp.com
Joann V. Lee (Bar No. 251653)
JLee@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
BLUE CROSS AND BLUE SHIELD OF ALABAMA, BLUE SHIELD OF CALIFORNIA, BLUE CROSS BLUE SHIELD OF DELAWARE, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUECROSS AND BLUESHIELD OF LOUISIANA, BLUECROSS BLUESHIELD OF MASSACHUSETTS, INC., BLUE CROSS BLUE SHIELD OF MICHIGAN, BLUE CROSS BLUE SHIELD OF MINNESOTA, BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI, BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, BLUECROSS BLUESHEILD OF TENNESSEE, INC., BLUECROSS BLUESHIELD OF VERMONT, CAREFIRST BLUECROSS BLUESHIELD, EXCELLUS, INC., HAWAII MEDICAL SERVICE ASSOCIATION, HIGHMARK, INC., MOUNTAIN STATE BLUE CROSS BLUE SHIELD, PREMERA BLUE CROSS, THE REGENCE GROUP, and WELLMARK BLUECROSS BLUESHEILD OF IOWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. CADY, an individual, on Behalf of Himself and All Others Similarly Situated , <br><br> Plaintiffs, <br><br> vs. | Case No. CV 08-02753 <br><br> NOTICE OF APPEARANCE |

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

95774.1

1

NOTICE OF APPEARANCE

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL.,

    Defendants.

Notice is hereby given that Joann V. Lee is hereby appearing in this action on behalf of the above named defendants.

Dated:  August 18, 2008

MESERVE, MUMPER & HUGHES LLP
William E. von Behren
Simon Manoucherian
Russell G. Gomm
Joann V. Lee

By:     /s/
    Joann V. Lee
    Attorneys for Defendants
BLUE CROSS AND BLUE SHIELD OF ALABAMA, BLUE SHIELD OF CALIFORNIA, BLUE CROSS BLUE SHIELD OF DELAWARE, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., BLUECROSS AND BLUESHIELD OF LOUISIANA, BLUECROSS BLUESHIELD OF MASSACHUSETTS, INC., BLUE CROSS BLUE SHIELD OF MICHIGAN, BLUE CROSS BLUE SHIELD OF MINNESOTA, BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI, BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA, BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, BLUECROSS BLUESHIELD OF TENNESSEE, INC., BLUECROSS BLUESHIELD OF VERMONT, CAREFIRST BLUECROSS BLUESHIELD, EXCELLUS, INC., HAWAII MEDICAL SERVICE ASSOCIATION, HIGHMARK, INC., MOUNTAIN STATE BLUE CROSS BLUE SHIELD, PREMERA BLUE CROSS, THE REGENCE GROUP, and WELLMARK BLUECROSS BLUESHEILD OF IOWA