**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
                                          No. C 08-2753 CW
9   JAMES M. CADY, an individual, on
    behalf of himself and all others    ORDER GRANTING
10  similarly situated,                 DEFENDANTS' MOTION TO
                                        STAY, AS MODIFIED;
11           Plaintiff,                 DENYING PLAINTIFF'S
                                        MOTION TO STAY; AND
12      v.                              CONTINUING CASE
                                        MANAGEMENT CONFERENCE
13  ANTHEM BLUE CROSS LIFE AND HEALTH
    INSURANCE CO., et al.,
14
             Defendants.
15  _____/

16

17

18      In light of the pending motions to dismiss, six of the

19  approximately forty Defendants have moved to stay the remaining

20  deadlines set out in the Court's June 5, 2008 order setting the

21  initial case management conference.  The only remaining event

22  described in that order, other than the case management conference

23  itself, is the September 9, 2008 deadline for filing the case

24  management statement and Rule 26(f) report and for completing the

25  Rule 26(a) initial disclosures or stating objections to doing so.

26  In addition, Plaintiff has moved to stay the deadline for his

27  response to Defendants' motions to dismiss, claiming that he cannot

28  refute the arguments raised by those motions without first

**United States District Court**
For the Northern District of California

1   obtaining limited discovery.

2       The motions to stay are resolved as follows.  The initial case

3   management conference currently scheduled for September 16, 2008 is

4   hereby continued to September 25, 2008 at 2:00 p.m., to take place

5   at the same time as the hearing on Defendants' motions to dismiss.

6   The parties must file their case management statement and Rule

7   26(f) report by September 18, 2008.  The Rule 26(a) initial

8   disclosures need not be provided at that time; if Defendants object

9   to providing the disclosures until the motions to dismiss have been

10  decided, they may state so in the case management statement and

11  Rule 26(f) report, as provided by Rules 26(a)(1)(C) and

12  26(f)(3)(A).

13      Plaintiff's argument concerning his need for discovery in

14  order to demonstrate his standing to sue is not grounds to stay the

15  hearing on Defendants' motions to dismiss; they are more

16  appropriately directed in opposition to those motions to dismiss.

17  If Plaintiff can show that dismissal would not be appropriate

18  without allowing discovery, the Court will deny the motions to

19  dismiss and order such discovery.  The standing issue may then be

20  the subject of an early motion for summary judgment.

21      The parties should address these matters in their case

22  management statement and Rule 26(f) report.  No discovery requests

23  may be served until after the case management conference.

24      IT IS SO ORDERED.

25

26  Dated: 8/28/08

                                    _____
27                                  CLAUDIA WILKEN
                                    United States District Judge
28

                                    2