UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James M. Cady

                Plaintiff(s),

Case No. C 08-02753 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Anthem Blue Cross et al.

                Defendant(s).

_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/27/08

Dated: 8/28/08

*Pam Blalock*
[Party]
Pam Blalock, Senior Managing
Attorney Blue Cross Blue Shield
of Alabama

*Joan Lee*
[Counsel]