# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

James M. Cady

                 Plaintiff(s),

     v.

Anthem Blue Cross et al.

                 Defendant(s).

_____/

Case No. C 08-02753 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/28/08

Dated: 8/28/08

_____
[Party]

Assistant General Counsel
Blue Cross Blue Shield of Florida
_____
[Counsel]