EDWARD J. NEVIN, STATE BAR NO. 41226
**NEVIN & ABLOSOM**
22 BATTERY STREET, SUITE 333
SAN FRANCISCO, CALIFORNIA 94111
TEL:  (415) 392-5040
FAX:  (415) 392-3729
E-MAIL: ed.nevin@333law.com

DAVID E. WOOD, STATE BAR NO. 121170
JEFFREY A. KIBURTZ, STATE BAR NO. 228127
**WOOD & BENDER LLP**
864 E. SANTA CLARA STREET
SAN BUENAVENTURA, CALIFORNIA 93001
TEL:  (805) 288-1300
FAX:  (805) 288-1301
E-MAIL: dew@wood-bender.com
E-MAIL: jak@wood-bender.com

ATTORNEYS FOR PLAINTIFF, JAMES A. CADY ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE:  415.434.4484
FACSIMILE:  415.434.4507

EILEEN R. RIDLEY, BAR NO. 151735
    email: eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
    email: mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
    email: pwong@foley.com

ATTORNEYS FOR DEFENDANTS, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE
COMPANY, A CALIFORNIA CORPORATION; ARKANSAS BLUE CROSS AND BLUE
SHIELD, A MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION;
ANTHEM BLUE CROSS AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE
CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; BLUE
CROSS AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; CAPITAL
BLUE CROSS, A PENNSYLVANIA CORPORATION; AND EMPIRE BLUECROSS
BLUESHIELD, A NEW YORK CORPORATION

WILLIAM E. VON BEHREN (BAR NO. 106642)
    BvonBehren@mmhllp.com
SIMON MANOUCHERIAN (BAR NO. 198760)
    SManoucherian@mmhllp.com
RUSSELL G. GOMM (BAR NO. 231056)
    RGomm@mmhllp.com
JOANN V. LEE (BAR NO. 251653)
    JLee@mmhllp.com
**MESERVE, MUMPER & HUGHES LLP**
300 SOUTH GRAND AVENUE, 24TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3185
TELEPHONE:  (213) 620-0300
FACSIMILE:  (213) 625-1930

ATTORNEYS FOR DEFENDANTS
BLUE CROSS AND BLUE SHIELD OF ALABAMA, BLUE SHIELD OF CALIFORNIA, BLUE
CROSS BLUE SHIELD OF DELAWARE, BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,
BLUECROSS AND BLUESHIELD OF LOUISIANA, BLUECROSS BLUESHIELD OF
MASSACHUSETTS, INC., BLUE CROSS BLUE SHIELD OF MICHIGAN, BLUE CROSS BLUE
SHIELD OF MINNESOTA, BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI, BLUE CROSS
AND BLUE SHIELD OF MONTANA, INC., BLUE CROSS AND BLUE SHIELD OF NORTH
CAROLINA, BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, BLUE CROSS AND BLUE
SHIELD OF SOUTH CAROLINA, BLUECROSS BLUESHIELD OF TENNESSEE, INC.,
BLUECROSS BLUESHIELD OF VERMONT, CAREFIRST BLUECROSS BLUESHIELD,
EXCELLUS, INC., HAWAII MEDICAL SERVICE ASSOCIATION, HIGHMARK, INC., MOUNTAIN
STATE BLUE CROSS BLUE SHIELD, PREMERA BLUE CROSS, THE REGENCE GROUP, AND
WELLMARK BLUECROSS BLUESHIELD OF IOWA

STIPULATION REGARDING ADR
CASE NO.: CV 08-2753-CW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JAMES M. CADY, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | CASE NO.: CV 08-2753 CW |
| PLAINTIFF, | **STIPULATION REGARDING ADR** |
| v. | JUDGE: HON. CLAUDIA WILKEN |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; *ET AL.* | CASE MANAGEMENT: SEPTEMBER 16, 2008 |
| DEFENDANTS. | |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, Counsel for Plaintiff JAMES M. CADY and Defendants ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY; ANTHEM BLUE CROSS AND BLUE SHIELD; BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.; CAPITAL BLUE CROSS; and EMPIRE BLUECROSS BLUESHIELD[1]; BLUE CROSS AND BLUE SHIELD OF ALABAMA; BLUE SHIELD OF CALIFORNIA; BLUE CROSS BLUE SHIELD OF DELAWARE; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.; BLUECROSS AND BLUESHIELD OF LOUISIANA; BLUECROSS BLUESHIELD OF MASSACHUSETTS, INC.; BLUE CROSS BLUE SHIELD OF MICHIGAN; BLUE CROSS BLUE SHIELD OF MINNESOTA; BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI; BLUE CROSS AND BLUE SHIELD OF MONTANA, INC.; BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA; BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND; BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA; BLUECROSS

---

[1] The correct name of this defendant is Empire HealthChoice Assurance, Inc.

SFCA_1450659.1

1   BLUESHEILD OF TENNESSEE; INC.; BLUECROSS BLUESHIELD OF VERMONT;

2   CAREFIRST BLUECROSS BLUESHIELD; EXCELLUS, INC.; HAWAII MEDICAL

3   SERVICE ASSOCIATION; HIGHMARK, INC.; MOUNTAIN STATE BLUE CROSS BLUE

4   SHIELD; PREMERA BLUE CROSS; THE REGENCE GROUP; and WELLMARK

5   BLUECROSS BLUESHIELD OF IOWA report that they have met and conferred regarding

6   ADR, and have discussed and reached the following:

7       (1)     Given Defendants' pending motions to dismiss Plaintiff's complaint, the Parties

8   agree that this case is not ready for an ADR process; however,

9       (2)     To the extent that the Court requires the Parties to agree at this time to an ADR

10  process, the Parties elect to proceed through private mediation, the details of which (including

11  the date of the proceeding) will be agreed upon by the Parties at a later time.

12  DATED: AUGUST 26, 2008              **NEVIN & ABLOSOM**

13

14

15                          BY: _____
                               EDWARD J. NEVIN
16                             ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF
                               OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

17  DATED: AUGUST 26, 2008              **WOOD & BENDER LLP**

18

19

20                          BY: _____
                               DAVID E. WOOD
21                             JEFFREY A. KIBURTZ
                               ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF
22                             OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

23  DATED: AUGUST 26, 2008              **FOLEY & LARDNER LLP**

24

25                          BY: _____
                               MICHAEL J. TUTEUR (ADMITTED *PRO HAC VICE*)
26                             EILEEN R. RIDLEY
                               ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS
27                             LIFE AND HEALTH INSURANCE COMPANY, A
                               CALIFORNIA CORPORATION; ANTHEM BLUE CROSS
28                             AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE

                                         3
                          STIPULATION REGARDING ADR
SFCA_1450659.1              CASE NO.: CV 08-2753-CW

1  BLUESHEILD OF TENNESSEE; INC.; BLUECROSS BLUESHIELD OF VERMONT;

2  CAREFIRST BLUECROSS BLUESHIELD; EXCELLUS, INC.; HAWAII MEDICAL

3  SERVICE ASSOCIATION; HIGHMARK, INC.; MOUNTAIN STATE BLUE CROSS BLUE

4  SHIELD; PREMERA BLUE CROSS; THE REGENCE GROUP; and WELLMARK

5  BLUECROSS BLUESHIELD OF IOWA report that they have met and conferred regarding

6  ADR, and have discussed and reached the following:

7      (1)    Given Defendants' pending motions to dismiss Plaintiff's complaint, the Parties

8  agree that this case is not ready for an ADR process; however,

9      (2)    To the extent that the Court requires the Parties to agree at this time to an ADR

10  process, the Parties elect to proceed through private mediation, the details of which (including

11  the date of the proceeding) will be agreed upon by the Parties at a later time.

12  DATED: AUGUST 26, 2008                    **NEVIN & ABLOSOM**

13

14                          BY: _____

15                          EDWARD J. NEVIN
                            ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF
16                          OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

17  DATED: AUGUST 26, 2008                    **WOOD & BENDER LLP**

18

19

20                          BY: _____
                            DAVID E. WOOD
21                          JEFFREY A. KIBURTZ
                            ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF
22                          OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

23  DATED: AUGUST 26, 2008                    **FOLEY & LARDNER LLP**

24

25                          BY: _____
                            MICHAEL J. TUTEUR (ADMITTED *PRO HAC VICE*)
26                          EILEEN R. RIDLEY
                            ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS
27                          LIFE AND HEALTH INSURANCE COMPANY, A
                            CALIFORNIA CORPORATION; ANTHEM BLUE CROSS
28                          AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE

3

STIPULATION REGARDING ADR
CASE NO.: CV 08-2753-CW

1  BLUESHEILD OF TENNESSEE; INC.; BLUECROSS BLUESHIELD OF VERMONT;

2  CAREFIRST BLUECROSS BLUESHIELD; EXCELLUS, INC.; HAWAII MEDICAL

3  SERVICE ASSOCIATION; HIGHMARK, INC.; MOUNTAIN STATE BLUE CROSS BLUE

4  SHIELD; PREMERA BLUE CROSS; THE REGENCE GROUP; and WELLMARK

5  BLUECROSS BLUESHIELD OF IOWA report that they have met and conferred regarding

6  ADR, and have discussed and reached the following:

7      (1)    Given Defendants' pending motions to dismiss Plaintiff's complaint, the Parties

8  agree that this case is not ready for an ADR process; however,

9      (2)    To the extent that the Court requires the Parties to agree at this time to an ADR

10 process, the Parties elect to proceed through private mediation, the details of which (including

11 the date of the proceeding) will be agreed upon by the Parties at a later time.

12 DATED: AUGUST 26, 2008              **NEVIN & ABLOSOM**

13

14

15                            BY: _____
                                 EDWARD J. NEVIN
16                               ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF
                                 OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

17 DATED: AUGUST 26, 2008              **WOOD & BENDER LLP**

18

19

20                            BY: _____
                                 DAVID E. WOOD
21                               JEFFREY A. KIBURTZ
                                 ATTORNEYS FOR PLAINTIFF JAMES A. CADY ON BEHALF
22                               OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

23 DATED: AUGUST 26, 2008              **FOLEY & LARDNER LLP**

24

25                            BY: _____
                                 MICHAEL J. TUTEUR (ADMITTED *PRO HAC VICE*)
26                               EILEEN R. RIDLEY
                                 ATTORNEYS FOR DEFENDANTS ANTHEM BLUE CROSS
27                               LIFE AND HEALTH INSURANCE COMPANY, A
                                 CALIFORNIA CORPORATION; ANTHEM BLUE CROSS
28                               AND BLUE SHIELD, AN INDIANA CORPORATION; BLUE

---

3

STIPULATION REGARDING ADR
CASE NO.: CV 08-2753-CW

SFCA_1450659.1

1    CROSS AND BLUE SHIELD OF GEORGIA, INC., A
     GEORGIA CORPORATION; AND EMPIRE HEALTHCHOICE
2    ASSURANCE, INC., A NEW YORK CORPORATION

3    DATED: AUGUST 26, 2008          **FOLEY & LARDNER LLP**

4

5

6    BY: _____
     JACQUELINE M. SAUE (ADMITTED *PRO HAC VICE*)
7    EILEEN R. RIDLEY
     ATTORNEYS FOR DEFENDANTS ARKANSAS BLUE
8    CROSS AND BLUE SHIELD, A MUTUAL INSURANCE
     COMPANY, AN ARKANSAS CORPORATION; BLUE CROSS
9    AND BLUE SHIELD OF KANSAS, INC., A KANSAS
     CORPORATION; AND CAPITAL BLUE CROSS, A
10   PENNSYLVANIA CORPORATION

11   DATED: AUGUST 26, 2008          **MESERVE, MUMPER & HUGHES LLP**

12

13   BY: _____
14   WILLIAM VON BEHREN
     SIMON MANOUCHERIAN
15   RUSSELL G. GOMM
     MESERVE, MUMPER & HUGHES LLP
16   300 SOUTH GRAND AVE., STE. 2400
     LOS ANGELES, CA 90071
17   T: 213.620.0300
     F: 213.625.1930
18
     ATTORNEYS FOR DEFENDANTS BLUE CROSS AND BLUE
19   SHIELD OF ALABAMA, AN ALABAMA CORPORATION;
     BLUE CROSS BLUE SHIELD OF DELAWARE, A
20   DELAWARE CORPORATION; EXCELLUS BLUECROSS
     BLUESHIELD, A NEW YORK CORPORATION; BLUE
21   CROSS AND BLUE SHIELD OF FLORIDA, INC., A
     FLORIDA CORPORATION; BLUE SHIELD OF
22   CALIFORNIA LIFE & HEALTH INSURANCE
     COMPANY, A CALIFORNIA CORPORATION; HAWAII
23   MEDICAL SERVICE ASSOCIATION, A HAWAII
     CORPORATION; HIGHMARK BLUE CROSS BLUE
24   SHIELD, A PENNSYLVANIA CORPORATION; HIGHMARK
     BLUE SHIELD, A PENNSYLVANIA CORPORATION; BLUE
25   CROSS AND BLUE SHIELD OF LOUISIANA, A
     LOUISIANA CORPORATION; BLUE CROSS AND BLUE
26   SHIELD OF MASSACHUSETTS, INC., A
     MASSACHUSETTS CORPORATION; BCBSM FOUNDATION,
27   A MICHIGAN CORPORATION; BCBSM FOUNDATION,
     INC., A MINNESOTA CORPORATION; BLUE CROSS AND
28   BLUE SHIELD OF MONTANA, INC., A MONTANA
     CORPORATION; BLUE CROSS AND BLUE SHIELD OF

4

SFCA_1450659.1

CROSS AND BLUE SHIELD OF GEORGIA, INC., A GEORGIA CORPORATION; AND EMPIRE HEALTHCHOICE ASSURANCE, INC., A NEW YORK CORPORATION

DATED:  AUGUST 26, 2008          **FOLEY & LARDNER LLP**




BY: _____

JACQUELINE M. SAUE (ADMITTED *PRO HAC VICE*)
EILEEN R. RIDLEY
ATTORNEYS FOR DEFENDANTS ARKANSAS BLUE CROSS AND BLUE SHIELD, A MUTUAL INSURANCE COMPANY, AN ARKANSAS CORPORATION; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC., A KANSAS CORPORATION; AND CAPITAL BLUE CROSS, A PENNSYLVANIA CORPORATION

DATED:  AUGUST 26, 2008          **MESERVE, MUMPER & HUGHES LLP**




BY: _____

WILLIAM VON BEHREN
SIMON MANOUCHERIAN
RUSSELL G. GOMM
MESERVE, MUMPER & HUGHES LLP
300 SOUTH GRAND AVE., STE. 2400
LOS ANGELES, CA 90071
T: 213.620.0300
F: 213.625.1930

ATTORNEYS FOR DEFENDANTS BLUE CROSS AND BLUE SHIELD OF ALABAMA, AN ALABAMA CORPORATION; BLUE CROSS BLUE SHIELD OF DELAWARE, A DELAWARE CORPORATION; EXCELLUS BLUECROSS BLUESHIELD, A NEW YORK CORPORATION; BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., A FLORIDA CORPORATION; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; HAWAII MEDICAL SERVICE ASSOCIATION, A HAWAII CORPORATION; HIGHMARK BLUE CROSS BLUE SHIELD, A PENNSYLVANIA CORPORATION; HIGHMARK BLUE SHIELD, A PENNSYLVANIA CORPORATION; BLUE CROSS AND BLUE SHIELD OF LOUISIANA, A LOUISIANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., A MASSACHUSETTS CORPORATION; BCBSM FOUNDATION, A MICHIGAN CORPORATION; BCBSM FOUNDATION, INC., A MINNESOTA CORPORATION; BLUE CROSS AND BLUE SHIELD OF MONTANA, INC., A MONTANA CORPORATION; BLUE CROSS AND BLUE SHIELD OF

4

STIPULATION REGARDING ADR
CASE NO.: CV 08-2753-CW

SFCA_1450659.1

1   NORTH CAROLINA, A NORTH CAROLINA CORPORATION;
    PREMERA BLUE CROSS, A WASHINGTON
2   CORPORATION; BLUE CROSS AND BLUE SHIELD OF
    SOUTH CAROLINA, A SOUTH CAROLINA CORPORATION;
3   BLUECROSS BLUESHIELD OF TENNESSEE, INC., A
    TENNESSEE CORPORATION; REGENCE BLUESHIELD OF
4   IDAHO, AN IDAHO CORPORATION; THE REGENCE
    GROUP, AN OREGON CORPORATION; BLUE CROSS AND
5   BLUE SHIELD OF VERMONT, A VERMONT
    CORPORATION; BLUE CROSS & BLUE SHIELD OF
6   MISSISSIPPI, A MISSISSIPPI CORPORATION; BLUE CROSS
    & BLUE SHIELD OF RHODE ISLAND, A RHODE ISLAND
7   CORPORATION; WELLMARK, INC., AN IOWA
    CORPORATION; MOUNTAIN STATE BLUE CROSS AND
8   BLUE SHIELD, INC., A WEST VIRGINIA CORPORATION;
    AND CAREFIRST, INC., A MARYLAND CORPORATION

9

10   **On the agreement of the parties, this case will be subject to private mediation**

11   **to be held no later that February 27, 2009.**

12



IT IS SO ORDERED
AS MODIFIED

Judge Claudia Wilken

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

SFCA_1450659.1